ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

04-1511C

Plaintiff(s) or Petitioner(s) Lucent Technologies Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Thomas A. Lemmer

Firm Name: McKenna Long & Aldridge LLP

Post Office Box:

Street Address: 1875 Lawrence Street, Suite 200

City-State-Zip: Denver, Colorado 80202

Telephone & Facsimile Numbers: 303-634-4350/303-634-4400

E-mail address: tlemmer@mckennalong.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O D

**See attached Sheet for three digit code.**

Amount Claimed: $ estimated maximum should not exceed $16.5 million

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** n/a

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003