ORIGINAL

FILED
SEP 2 9 2004
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

LUCENT TECHNOLOGIES INC.

Plaintiff,

vs.

UNITED STATES,

Defendant.

Case No. 04-1511C

**DISCLOSURE STATEMENT**

Plaintiff, Lucent Technologies Inc. ("Lucent"), states as follows:

1. It has no parent corporation.

2. No publicly held corporation owns 10% or more of Lucent's stock.

Respectfully submitted this 28th day of September, 2004.

Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
FAX: (303) 634-4400

ATTORNEY FOR PLAINTIFF
LUCENT TECHNOLOGIES INC.

OF COUNSEL:

Michael Garson
Corporate Counsel
Lucent Technologies Inc.
450 Spring Park Place
Herndon, VA 20170-5243
(703) 394-1450

DN:32063198.1