**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case No. 04-1511C<br>(Judge Braden) |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, Plaintiff, Lucent Technologies Inc. ("Lucent"), respectfully requests an enlargement of time of 22 days (to and including March 11, 2005) to file its answer in response to the Defendant's Answer and Counterclaim dated January 28, 2005 (the "Counterclaim"). Without the requested enlargement, Lucent would be required to file its reply on or before February 17, 2005.

On February 11, 2005, counsel for Lucent, Mr. Thomas A. Lemmer, contacted Mr. C. Coleman Bird, counsel for the United States, to discuss this motion. On February 14, 2005, Mr. Bird indicated to Mr. Lemmer that the United States would not oppose the enlargement of time requested by this motion. Accordingly, Lucent respectfully requests this Court to enter an Order granting Lucent's unopposed motion for a 22-day enlargement of time (to and including March 11, 2005) for Lucent to file its reply to the Counterclaim.

Respectfully submitted this 14th day of February, 2005.

s/Thomas A. Lemmer
Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
FAX: (303) 634-4400

ATTORNEY FOR PLAINTIFF
LUCENT TECHNOLOGIES INC.

OF COUNSEL:

Michael Garson
Corporate Counsel
Lucent Technologies Inc.
450 Spring Park Place
Herndon, VA 20170-5243
(703) 394-1450

DN:32064653.1