# In the United States Court of Federal Claims

No. 04-1511C
Filed: February 16, 2005

*************************************
LUCENT TECHNOLOGIES INC., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
*************************************

**ORDER**

Plaintiff's February 14, 2005, unopposed motion for enlargement of time of 22 days within which to file an answer in response to the Government's Answer and Counterclaim, through March 11, 2005, is hereby **GRANTED**.

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge