# In the United States Court of Federal Claims

No. 04-1511C
Filed: April 5, 2005

| | |
|---|---|
| ************************************** | |
| | * |
| LUCENT TECHNOLOGIES INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | |

**ORDER**

A status conference will be conducted, by telephone, on **May 11, 2005, at 3:00 pm, e.s.t.**

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge