**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AT&T CORP.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2258C** |
| | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S NOTICE OF DIRECTLY-RELATED CASES**

Defendant, the United States, respectfully submits this Notice of Directly-Related Cases pursuant to RCFC 40.2(a). This case (*AT&T Corp v. United States*, No. 03-2258) ("*AT&T I*") is directly related to the following two cases:

1. *Lucent Technologies, Inc. v. United States*, No. 04-1511C (pending before Judge Braden) ("*Lucent*")

2. *AT&T Corp. v. United States*, No. 04-1512C (pending before this Court) ("*AT&T II*")

As we demonstrate in Defendant's Motion to Transfer and Suggestion of the Appropriateness of Consolidation ("Defendant's Transfer Motion"), dated May 6, 2005, which accompanies this Notice, all three cases are "directly related" as defined in RCFC 40.2(a)(1), and should be handled by a single Judge in order to "conserve judicial resources and promote an efficient determination of these actions." RCFC 40.2(a)(4).

*Lucent* (No. 04-1511C) and *AT&T II* (No. 04-1512C) are directly related because the facts and legal issues raised in these two cases are almost identical. Both cases involve challenges to virtually identical Government contracting officer's final decisions issued the same

day (September 30, 2003) that applied the same Cost Accounting Standard ("CAS"), CAS 413.50(c)(12), 48 C.F.R. § 9904.413-50(c)(12)(1995), to the same transaction (Lucent's sale of its Advanced Technology Systems segment to General Dynamics Corporation ("GD")) and asserted a Government claim for the same amount. These two cases, in turn, are directly related to *AT&T I* (No. 03-2258C), because they also involve the application of the same Cost Accounting Standard (CAS 413.50(c)(12)) to a complex series of related transactions by which some or all of the operating assets that Lucent later sold to GD (in the transaction that is at issue in *Lucent* and *AT&T II*) had been earlier transferred from AT&T to Lucent as part of the spin-off transaction that created Lucent. In both *Lucent* and *AT&T II*, plaintiff's complaints specifically referred to the earlier spin-off transaction and the Government's claim against AT&T that is at issue in *AT&T I*. *See* Defendant's Transfer Motion, at 2-4.

Defendant respectfully requests that these three directly-related cases be transferred to a single Judge, and that, upon such transfer, *Lucent* and *AT&T II* be consolidated.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States of America

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: May 6, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 6th day of May, 2005, a copy of the foregoing "Defendant's Notice of Directly-Related Cases," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird