# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case No. 04-1511C<br>(Judge Braden) |
| AT&T CORP.,<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case No. 03-2258C, 04-1512C<br>(Judge Lettow) |

## PLAINTIFF'S RESPONSE TO GOVERNMENT'S MOTION TO TRANSFER AND SUGGESTION OF THE APPROPRIATENESS OF CONSOLIDATION

This responds to the government's Motion to Transfer and Suggestion of the Appropriateness of Consolidation. In its motion, the government requested that *Lucent v. United States*, Case No. 04-1511C (Fed. Cl.) ("*Lucent*"), be transferred from Judge Braden to Judge Lettow and suggested that *Lucent* then be consolidated with *AT&T Corp. v. United States*, Case No. 04-1512C (Fed. Cl.) ("*AT&T II*"), now pending before Judge Lettow. Lucent and the government discussed this motion with Judge Braden during a status conference on May 11, 2005. As a result of that discussion, which included the government's reaffirmation that it was not seeking to consolidate *Lucent* with *AT&T Corp. v. United States*, Case No. 03-2258C (Fed. Cl.) ("*AT&T I*"), Lucent does not object

to a transfer of *Lucent* to Judge Lettow, or to a transfer of *AT&T II* to Judge Braden. Regarding consolidating *Lucent* with *AT&T II* either before Judge Braden or Judge Lettow, Lucent suggests that it is premature to consider this issue.

Lucent wishes to stress that its lack of objection to transfer is based upon its understanding that *Lucent* will <u>not</u> be consolidated with *AT&T I*. Such a consolidation would be inappropriate under Rule 42 of the Rules of the Court of Federal Claims. The questions of law and fact in *Lucent* are not common with the questions of law and fact involved with *AT&T I* because they involve different transactions, different pension assets and different contracts. If consolidation of *Lucent* with *AT&T I* were to be considered in the future, Lucent respectfully requests an opportunity to address fully why such a consolidation would be inappropriate.

Respectfully submitted this 18th day of May, 2005.

s/Thomas A. Lemmer
Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
FAX: (303) 634-4400

ATTORNEY FOR PLAINTIFF
LUCENT TECHNOLOGIES INC.

OF COUNSEL:

Corey R. Sanchez
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202

Michael Garson
Corporate Counsel
Lucent Technologies Inc.
450 Spring Park Place
Herndon, VA 20170-5243
(703) 394-1450

DN:32107683.1