**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case No. 04-1511C<br>(Judge Braden) |

**AMENDMENT TO LUCENT'S**
**STATEMENT IN THE JOINT PRELIMINARY STATUS REPORT**
**REGARDING THE DATE OF THE FILING**
**OF LUCENT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Lucent Technologies Inc. ("Lucent") respectfully submits this amendment to its statement in the Joint Preliminary Status Report ("JPSR"), filed with this Court on May 2, 2005, regarding the date in which Lucent will file its motion for summary judgment.

As previously indicated in Section VII of the JPSR, Lucent planned to file a motion for summary judgment pursuant to Rule 56 of the Rules of the United States Court of Federal Claims regarding the closure of a segment under the applicable Cost Accounting Standards (48 C.F.R. § 9904.413-30(a)(2)) no later than June 15, 2005. Lucent is unable to meet this date. As a result, Lucent will file its motion for summary judgment no later than August 2, 2005.

Lucent believes this amendment to the JPSR will not interfere with the scheduling of this matter or impact the Defendant's Motion to Transfer and Suggestion of the Appropriateness of Consolidation, filed May 6, 2005, and currently pending in this case.

Respectfully submitted this 14th day of June, 2005.

s/Thomas A. Lemmer
Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
FAX: (303) 634-4400

ATTORNEY FOR PLAINTIFF
LUCENT TECHNOLOGIES INC.

OF COUNSEL:

Corey R. Sanchez
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202

Michael Garson
Corporate Counsel
Lucent Technologies Inc.
450 Spring Park Place
Herndon, VA 20170-5243
(703) 394-1450

DN:32108308.1