# Exhibit 1

# Part 1 of 5

# Advanced Technology Systems

*business of*

**Lucent Technologies**
Bell Labs Innovations

Deutsche Morgan Grenfell
Technology Group

*Confidential Offering Memorandum*

# LUCENT TECHNOLOGIES - ADVANCED TECHNOLOGY SYSTEMS

## OFFERING MEMORANDUM

**CONFIDENTIAL**

This Confidential Offering Memorandum ("Memorandum") is based on information provided by Lucent Technologies Inc. ("Lucent") and its wholly-owned organization, Advanced Technology Systems business ("ATS" or the "Company"). It is being delivered on behalf of Lucent and ATS by the DMG Technology Group of Deutsche Morgan Grenfell Inc. ("DMG"), subject to the prior execution of a Confidentiality Agreement, for the sole purpose of assisting the recipient in deciding whether to proceed with a further investigation of ATS. This Memorandum does not purport to be all-inclusive or to necessarily contain all the information that a prospective purchaser may desire in investigating ATS.

By accepting this Memorandum, the recipient agrees that all information contained herein is subject to the terms of the Confidentiality Agreement previously executed by the recipient, and agrees to keep confidential the information contained herein or made available in connection with any further investigation of the Company. The recipient should become familiar with this and other obligations which the recipient is subject to pursuant to the Confidentiality Agreement. This Memorandum may not be photocopied, reproduced or distributed to others at any time without the prior written consent of Lucent or DMG. Upon request, the recipient will promptly return all material received from Lucent, ATS or DMG (including this Memorandum) without retaining any copies thereof, all in accordance with such Confidentiality Agreement.

This Memorandum has been prepared for informational purposes relating to this transaction only and upon the express understanding that it will be used for only the purposes set forth above, and not in any way that is to the competitive disadvantage or otherwise to the detriment of Lucent or ATS. In all cases, interested parties should conduct their own investigation and analysis of ATS and the data set forth in this Memorandum. DMG has not independently verified any of the information contained herein. Neither Lucent, ATS nor DMG makes any express or implied representation or warranty as to the accuracy or completeness of the information contained herein or otherwise made available in connection with any further investigation of ATS. Each of Lucent, ATS and DMG expressly disclaims any and all liability which may be based on such information, errors therein or omissions therefrom.

In furnishing this Memorandum, neither Lucent, ATS nor DMG undertakes any obligation to provide the recipient with access to any additional information. This Memorandum shall not be deemed an indication of the state of affairs of ATS nor shall it constitute an indication that there has been no change in the business or affairs of ATS since the date hereof. This Memorandum includes certain statements and estimates provided by Lucent and ATS with respect to the performance of the Company. Such statements and estimates reflect various assumptions which may or may not prove to be correct. No representations are made as to the accuracy of such statements and estimates. Only those particular representations and warranties which may be made in a definitive agreement, when, as, and if executed, and subject to such limitations and restrictions as may be specified in such definitive agreement, shall have any legal effect.

**All communications, inquiries and requests for information relating to these materials or to a possible transaction involving ATS should be addressed to the DMG persons listed below, as representatives of Lucent and ATS. Under no circumstances should the management, employees, or customers of Lucent or ATS be contacted directly.**


**DMG Technology Group**
1550 El Camino Real, Suite 100
Menlo Park, CA 94025
Telephone: (415) 614-5000
Telecopier: (415) 614-5030

| **George F. Boutros** | **David A. Popowitz** | **Ravi Kaza** |
|---|---|---|
| Managing Director | Vice President | Associate |
| (415) 614-5050 | (415) 614-5052 | (415) 614-5058 |


April 1997

Copy Number: ______

# Advanced Technology Systems

## *Table of Contents*


| | | Page |
|---|---|---|
| Table of Contents | | iii |
| List of Tables, Figures and Exhibits | | iv |
| Glossary | | v |
| SECTION I | EXECUTIVE SUMMARY | |
| | A. Business Description | |
| | B. Key Technologies | |
| | C. Business Overview | |
| | D. Summary Financial Information | |
| SECTION II | KEY INVESTMENT CONSIDERATIONS | |
| SECTION III | KEY TECHNOLOGIES | |
| SECTION IV | BUSINESS DESCRIPTION | |
| | A. Navy Programs | |
| | B. Advanced Projects | |
| | C. Secure Communications | |
| SECTION V | COMPETITIVE POSITIONING | |
| SECTION VI | FACILITIES | |
| SECTION VII | INTELLECTUAL PROPERTY | |
| SECTION VIII | LEGAL AND ENVIRONMENTAL | |
| SECTION IX | MANAGEMENT AND PERSONNEL | |
| SECTION X | RELATIONSHIP WITH LUCENT | |
| SECTION XI | FINANCIAL INFORMATION | |
| | A. Navy Programs | |
| | B. Advanced Projects | |
| | C. Secure Communications | |
| APPENDIX | PRODUCT BROCHURES | |

# Advanced Technology Systems

*List of Tables, Figures and Exhibits*


| Table/Figure/ Exhibit | Title | Page |
| --- | --- | --- |
| Table 1 | ATS Top 10 Programs........................................... | |
| Table 2 | Summary Historical and Projected Financial Information..... | |
| Table 3 | Summary of Potential Undersea and Surveillance Contracts | |
| Table 4 | Summary of Potential Signal and Information Processing Contracts.............................................................. | |
| Table 5 | Summary of Potential Tactical Networking / Decision Support Contracts.................................................... | |
| Table 6 | Summary of Potential Active Structural Control Contracts.. | |
| Table 7 | Summary of Potential Advanced Projects Contracts........... | |
| Table 8 | Summary of Potential Secure Communications Contracts... | |
| Table 9 | Quality Achievement Awards........................................ | |
| Table 10 | Summary of Facilities................................................. | |
| Table 11 | Employee Breakdown.................................................. | |
| Table 12 | Key Management Personnel......................................... | |
| Table 13 | Corporate Allocations and Local Support Costs ................ | |
| Table 14 | Financial Information - Navy Programs ........................... | |
| Table 15 | Financial Information - Advanced Projects........................ | |
| Table 16 | Financial Information - Secure Communications................ | |
| Table 17 | Summary of ATS Potential Sales by Contract.................. | |
| Figure 1 | Competitive Bid Win Rates (Based on Value of Contracts).. | |
| Figure 2 | Contract Mix: Cost Plus vs. Fixed Price ............................ | |
| Figure 3 | % of Revenue Attributed to Sole-Source Contracts........... | |

# Advanced Technology Systems

## *Glossary*

| Term | Description |
|---|---|
| AHRP | AUTEC Hydroplane Replacement Program |
| ALFS | Advanced Low Frequency Sonar |
| ASC | Active Structural Control |
| ASPS | Advanced Signal Processing System |
| ASW | Anti-Submarine Warfare |
| ATS | Advanced Technology Systems |
| AUTEC | Atlantic Undersea Tracking and Evaluation Center |
| $C^3I$ | Command, Control and Communication and Intelligence |
| CDC | Computing Devices of Canada |
| COTS | Commercial-Off-The-Shelf |
| CUP | Common Undersea Platform |
| CWA | Communication Workers of America |
| DARPA | Defense Advanced Research Project Agency |
| DoD | Department of Defense |
| ECSWTR | East Coast Shallow Water Training Range |
| EMSP | Enhanced Modular Signal Processor |
| FDS_UWS | Fixed Distributed System, Underwater Segment |
| FMS | Foreign Military Sale |
| IPS | Integrated Product Support |
| IUSS | Integrated Undersea Surveillance System |
| JAST | Joint Advanced Strike Technology |
| LAA | Limited Access Area |
| LPD-17 | Navy's newest design amphibious assault ship |
| NSA | National Security Agency |
| MESA | Multiplexed Extended Sensor Array |
| NSSN | New Navy Attack Submarine |
| NUWC | Naval Undersea Warfare Center |
| R&D | Research and Development |
| RDA | Reduced Diameter Array |
| SOSUS | Sound Surveillance System |
| SPAWAR | Space and Naval Warfare |
| SSI | Submarine Systems Inc. (a subsidiary of AT&T) |
| STU | Secure Telephone Unit |
| TSOA | Tactical Scene Operator Associate |
| VTL | Vertical Turning Lathe |

# Advanced Technology Systems

## I. EXECUTIVE SUMMARY

### A. BUSINESS DESCRIPTION

Advanced Technology Systems ("ATS" or the "Company") is an autonomous unincorporated organization within Lucent Technologies Inc. ("Lucent") with 1996 revenues approaching $270 million. ATS' focus is the government marketplace, with efforts underway to diversify within that marketplace and to selectively commercialize its technologies. ATS provides products and services for remote signal detection, transmission, processing, analysis and display as well as $C^3I$ (command, control and communication and intelligence), ship systems automation, decision support systems, networking, structural vibration control and secure communication.

ATS' roots trace back to the 1950s when, as part of Western Electric Co, it contracted with the U.S. Navy to devise systems for submarine detection and tracking. Known in the early days as "Project Caesar" and later "SOSUS" (Sound Surveillance System), these and other undersea surveillance programs became the cornerstone of ATS' involvement in Anti-Submarine Warfare ("ASW"). Following the initial development of SOSUS, ATS continued to develop new systems and technologies with broad applications in signal processing and undersea surveillance. Since then, ATS has been one of the leading providers of defense electronics systems that focus on undersea systems, advanced signal processing and related technology to the U.S. and foreign governments.

The majority of ATS' revenues are derived from products and services relating to remote signal detection, transmission, processing, analysis and display. Historically, the primary application for such products and services has been undersea detection, location and tracking of submarines. Through its government programs, ATS has developed unique engineering knowledge, enabling the Company to win new defense programs and research and development ("R&D") contracts. Increasingly, ATS is also applying its technologies to commercial uses such as vibration control, lithography, networking and commercial undersea fiber-optic cable commercial systems. In addition ATS provides contract R&D for both government and commercial applications.

### B. KEY TECHNOLOGIES

ATS' programs employ many of the Company's competencies including numerous Lucent proprietary technologies. Some of the Company's key technologies include: (i) undersea sensor systems, transmission and signal analysis, (ii) acoustic research and technology, (iii) real-time, high-capacity signal and information processing, (iv)

fiber-optic lightwave communication, (v) decision support systems, and (vi) real-time vibration and noise reduction systems.

Approximately 700 members of the Bell Laboratories community, one of the world's leading industrial research institutions, are part of ATS. In addition, ATS has access to other resources of Bell Laboratories, which provides ATS with access to leading edge telecommunications technology in certain core development areas, most notably in optical transmission, and access to selected research staff.

## C. BUSINESS OVERVIEW

ATS is an autonomous enterprise within Lucent possessing functions from research and development through product manufacture and deployment and certain other related support functions. ATS' sea operations engineering staff specializes in all aspects of installation and maintenance of undersea systems, from hydrographic, oceanographic and acoustic surveys to design and integration of shipboard electronic and mechanical systems. Additionally, the ATS staff is expert in all areas of shore-based signal processing and display hardware and software, including advanced system planning, facility engineering, installation services and on-site maintenance engineering support. From system design through installation, operation and training, ATS employs innovative, advanced engineering techniques to provide creative solutions to the highest challenges.

For the purposes of this Memorandum, ATS includes three businesses: (i) Navy Programs, (ii) Advanced Projects and (iii) Secure Communications.

Navy Programs is comprised of the following areas of operations: (a) Undersea Surveillance Systems, (b) Signal and Information Processing, (c) Active Structural Control, and (d) Tactical Networking and Decision Support Systems. ATS' programs include both forward-looking programs with extraordinary potential and mature, proven technologies.

Advanced Projects carries out specialized R&D programs utilizing ATS' competencies, especially those in the area of fiber-optic lightwave communications systems. During the past few years, Advanced Projects has been a significant high-growth area and ATS Management expects continued growth due to successful diversification efforts and investment.

The Secure Communications business includes a variety of products that ensure reliable, secure (encrypted) communications for the U.S. Government and defense contractors. Products include the STU-III voice and data terminals which support U.S. government requirements for secure communications for applications such as military secure bulletin boards and resource management databases.

# Advanced Technology Systems

Numerous sole-source contracts obtained by ATS are the foundation for providing the U.S. Government with effective, high-technology solutions to special problems in undersea cable systems. During the past few years, ATS has won contracts involving small cable design, cable winding, cable termination and specialized undersea transmission system deployment.

ATS has extensive industry leading experience and current contracts and opportunities including such programs as:

***Navy Programs***

- Fixed Distributed System, Underwater Segment ("FDS_UWS"), is the fifth generation of undersea sensors and cable systems developed and deployed by ATS;
- AN/UYS-2, the U.S. Navy's second generation standard signal processor for acoustic signal processing scheduled for use on the Airborne Low Frequency Sonar ("ALFS") Program in the SH-60B and SH-60F LAMPS Mark III helicopter, SQQ-89 destroyer upgrade programs, SEAWOLF attack submarine program, SURTASS ("T-AGOS") ships and for foreign destroyers;
- an ongoing design and production relationship with SSI for power feed and terminal test equipment supporting commercial undersea fiber-optic cable;
- an annual sole-source contract to provide ongoing special engineering support for undersea surveillance systems at various sites;
- RAINBOW, a COTS-based acoustic processor and display system, currently being evaluated on board a special mission Navy maritime patrol aircraft;
- a DARPA project to develop active structural control solutions for: vibration-induced problems from turbine aircraft engines, helicopter noise reduction and cabin vibration and noise reduction, submarine noise/vibration reduction and tank cannon accuracy enhancement and SSI & Special Engineering; and
- a networking backbone and architecture for the Navy's newest design amphibious assault ship (LPD-17).

***Advanced Products***

- Advanced Projects including approximately $128 million of cost-plus contract backlog including fiber-optics based business for a customer with whom ATS has had a long-standing relationship.

# Advanced Technology Systems

The following table highlights ATS' top 10 current and projected programs, which constitute approximately 78% of the forecasted revenues between 1997 and 2001:

**Table 1**
**ATS Top 10 Programs**
**($millions)**

| Program | Revenue Potential 1997 | 1998 | 1999 | 2000 | 2001 | Total |
|---|---|---|---|---|---|---|
| Advanced Projects | $85.0 | $110.0 | $120.0 | $130.0 | $140.0$ | $585.0 |
| Power Feed&Terminal Test Equipment | 14.0 | 20.0 | 30.0 | 40.0 | 50.0 | 154.0 |
| FDS_C | 0.0 | 9.0 | 33.0 | 52.0 | 56.0 | 150.0 |
| AN/UYS2 Multi-Year Production | 41.6 | 17.1 | 4.4 | 0.2 | 0.0 | 63.2 |
| Specialized Engineering (Undersea) | 19.5 | 14.5 | 14.0 | 7.5 | 5.5 | 61.0 |
| Future ASC Applications | 1.6 | 5.3 | 10.0 | 15.0 | 20.0 | 51.9 |
| Sonar 2087 PD & Production | 1.0 | 4.0 | 8.6 | 16.0 | 16.0 | 45.6 |
| Airborne Low Frequency Sonar | 0.0 | 2.1 | 5.5 | 10.7 | 12.1 | 30.4 |
| P3 Upgrade | 0.0 | 2.7 | 6.1 | 10.1 | 11.4 | 30.3 |
| AN/UYS2 CV for Int'l MPA/Helo. | 0.0 | 0.5 | 5.2 | 10.8 | 12.8 | 29.3 |
| Total | $ 162.7 | $ 185.2 | $ 236.8 | $ 292.3 | $ 183.8 | $1,200.7 |
| % of Total ATS | 67% | 67% | 78% | 80% | 86% | 78% |

ATS has operations in North Carolina, New Jersey and Virginia. ATS is headquartered at the 204-acre Guilford Center Office Park in Greensboro, North Carolina. The Company's manufacturing is conducted primarily at its facility on Boren Drive (the "Boren Drive" facility) in Greensboro. In addition, model-shop work is also conducted at a facility in Whippany, New Jersey. ATS conducts research and development activities in Greensboro, Whippany and Arlington, Virginia. All of the facilities currently used by ATS would be leased to a potential buyer by Lucent or a third party with the exception of the Boren Drive facility and Guilford Center, both of which could be included in a sale. The Whippany facility is currently part of Lucent's research and development operations. ATS personnel in Whippany occupy approximately 15% of the Whippany campus, including over 40,000 square feet of Limited Access Areas required to conduct operations in Advanced Projects. In addition, a 10,000 square foot unattached fabrication/test area is exclusively utilized by Advanced Projects.

The ATS Management team has been with Lucent / AT&T for an average of over 22 years and has an average of 25 years of work experience in the defense electronics industry. ATS employs a total of 1,242 people (965 exempt, 145 hourly and 132 non-exempt). Of the total, 743 are located in Greensboro, 437 are located in Whippany, 42 are located in Arlington and the remaining 20 personnel work in other field locations. ATS has a total of over 300 personnel with specialized government security clearances. These clearances, which are required to conduct Advanced Projects activities, are held by management, engineering, contracting, financial/business support, secretarial and security personnel. Yearly turnover rates are at or below industry norms for their locations. Of the total workforce, approximately 219 are represented by the Communications Workers of

America ("CWA") union with a contract that expires on May 30, 1998. During the past decade, the Company has not experienced any interruptions or curtailments due to labor disputes with employees, and ATS Management considers employee relations to be good.

ATS has strong relationships with its customers including SSI, the U.S. Army (CECOM), DARPA, U.S. Navy (SPAWAR, NAVSEA, NAVAIR and Navy Labs), U.S. Air Force and NASA. Additionally, ATS has strategic relationships with Lockheed Martin, Computing Devices of Canada ("CDC"), Hughes, Pratt & Whitney and others.

## D. SUMMARY FINANCIAL INFORMATION

ATS has a proven track record of strong operating and financial performance with significant leadership positions in certain key technologies. In the future, ATS Management believes that the Company will continue to be a significant and profitable player in markets important to the Department of Defense ("DoD"), other U.S. and international governments, international markets and, increasingly, commercial applications. Future revenues are expected to be derived from both the Company's current government contracts, 67% of which are priced on a cost-plus basis, and new projects. The Advanced Projects business unit has experienced significant growth during the past few years and has developed competitive competencies that should propel the Company into the next generation of technology and applications. In addition, ATS Management believes that the undersea surveillance market, which has been declining recently, has stabilized based on current discussions with the Navy and will continue to provide the Company with a base level of revenues and profit in the future. In line with the evolution in the marketplace, ATS Management expects the Company may realize significant revenues from new commercial technologies such as Active Structural Control ("ASC") and products used in commercial undersea cabling.

The Company's efforts are currently focused on improving financial performance in the following areas: (i) achieving significant growth in the cost-plus Advanced Projects business in 1997 and 1998; (ii) nurturing and developing its customer relationships; (iii) leveraging its existing technologies in commercial applications; and (iv) reducing overhead costs and expenses as part of an ongoing initiative within Lucent.

The figures in Table 2 on the following page reflect the financial performance of ATS from fiscal 1994 through 1996, including expense allocations for certain services provided by Lucent. The projections for fiscal 1997 through 2001 reflect primarily the growth of the Advanced Projects business and the stability of the

# Advanced Technology Systems

Navy Programs and Secure Communications businesses. Capital expenditures have been and are projected to be in line with industry averages.

**Table 2**
Summary Historical and Projected Financial Information
Fiscal Years Ending September 30,
($millions, unaudited)

| | Historical | | | Projected | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
| **Navy Programs** | | | | | | | | |
| Revenues | $293.7 | $249.7 | $181.6 | $140.8 | $146.7 | $126.7 | $128.1 | $125.8 |
| Gross Margin - $ | $67.8 | $60.5 | $48.3 | $41.7 | $43.3 | $33.7 | $33.2 | $32.6 |
| Gross Margin - % | 23.1% | 24.2% | 26.6% | 29.6% | 29.5% | 26.6% | 25.9% | 25.9% |
| Operating Margin - $ | $22.5 | $18.6 | $20.8 | $18.6 | $22.6 | $16.8 | $16.0 | $15.7 |
| Operating Margin - % | 7.7% | 7.4% | 11.5% | 13.2% | 15.4% | 13.3% | 12.5% | 12.5% |
| **Advanced Projects** | | | | | | | | |
| Revenues | $24.0 | $47.7 | $67.7 | $85.0 | $110.0 | $120.0 | $130.0 | $140.0 |
| Gross Margin - $ | $6.0 | $11.7 | $14.7 | $19.6 | $25.3 | $27.6 | $29.9 | $32.2 |
| Gross Margin - % | 25.0% | 24.5% | 22.1% | 23.1% | 23.0% | 23.0% | 23.0% | 23.0% |
| Operating Margin - $ | $1.9 | $3.0 | $2.8 | $3.2 | $8.8 | $10.8 | $11.7 | $12.6 |
| Operating Margin - % | 7.9% | 6.3% | 4.2% | 3.8% | 8.0% | 9.0% | 9.0% | 9.0% |
| **Secure Communications** | | | | | | | | |
| Revenues | $32.3 | $24.0 | $20.6 | $18.7 | $12.4 | $15.1 | $15.0 | $10.0 |
| Gross Margin - $ | $(7.4) | $(0.9) | $5.2 | $3.3 | $2.2 | $2.9 | $2.9 | $1.8 |
| Gross Margin - % | (22.9)% | (3.8)% | 25.2% | 17.6% | 17.7% | 19.2% | 19.3% | 18.0% |
| Operating Margin - $ | $(19.6) | $(6.7) | $1.8 | $1.0 | $0.7 | $1.1 | $1.2 | $0.6 |
| Operating Margin - % | (60.7)% | (27.7)% | 8.6% | 5.3% | 5.3% | 7.6% | 7.7% | 6.0% |
| **Total ATS** | | | | | | | | |
| Revenues | $350.0 | $321.1 | $268.6 | $244.5 | $269.1 | $261.8 | $273.1 | $275.6 |
| Gross Margin - $ | $66.4 | $71.2 | $68.2 | $64.6 | $70.8 | $64.2 | $66.0 | $66.6 |
| Gross Margin - % | 19.0% | 22.2% | 25.4% | 26.4% | 26.3% | 24.5% | 24.2% | 24.1% |
| Operating Margin - $ | $4.8 | $14.9 | $25.4 | $22.8 | $32.1 | $28.7 | $28.8 | $29.0 |
| Operating Margin - % | 1.4% | 4.7% | 9.4% | 9.3% | 11.9% | 11.0% | 10.6% | 10.5% |
| EBITDA | $18.8 | $24.9 | $34.9 | $31.3 | $39.9 | $36.1 | $36.0 | $35.0 |
| Capital Expenditures | $3.8 | $6.3 | $5.5 | $7.0 | $6.0 | $6.0 | $6.0 | $6.0 |
| **Additional Business Breakdown** | | | | | | | | |
| **Cost-Plus** | | | | | | | | |
| Revenues | $227.5 | $217.0 | $180.7 | $157.7 | $196.0 | $209.7 | $220.9 | $227.3 |
| Gross Margin - $ | $50.4 | $52.1 | $42.4 | $37.8 | $45.4 | $48.8 | $51.7 | $53.0 |
| Gross Margin - % | 22.2% | 24.0% | 23.5% | 24.0% | 23.2% | 23.3% | 23.4% | 23.3% |
| **Fixed Price** | | | | | | | | |
| Revenues | $122.5 | $104.1 | $87.9 | $86.4 | $73.0 | $52.1 | $52.2 | $48.5 |
| Gross Margin - $ | $16.0 | $19.2 | $25.8 | $26.9 | $25.4 | $15.4 | $14.3 | $13.6 |
| Gross Margin - % | 13.1% | 18.4% | 29.4$ | 31.1% | 34.8% | 29.6% | 27.4% | 26.0% |

Note: A discussion of historical financial results and assumptions underlying projected performance can be found in Section XI.