# Exhibit 1

# Part 2 of 5

## II. KEY INVESTMENT CONSIDERATIONS

***Overview***
This business is characterized by stable to growing revenues going forward, stable margins from significant cost-plus contracts and opportunity for margin upside from fixed-price programs and from reductions in overhead rates, a strong technology base that is selectively transferable into commercial applications, close relationships with key customers, and a highly skilled workforce.

***Backlog***
Because of its superior technologies and market positions, ATS currently has a backlog of approximately $265 million or 12 months, consistent with the industry average.

***Stable Revenue Outlook***
Existing contracts and high probability wins point to a reversal of the revenue contraction evident in the first half of the decade. Several competitions over the next 18 months lend upside to forecasted revenues over the next five years.

***Growth in Advanced Projects***
A number of large program wins have propelled this business from $24 million in 1994 to $85 million today with a backlog of $131 million. Large sole-source new awards are expected by year's end and ATS has already received engineering study funds in preparation for those awards. Future growth is expected from successful diversification efforts begun last year as a result of which ATS is now doing business with new customers and applying its transmission technology skills on land and in the air. Cumulative bookings since 1994 have totaled more than $250 million and management believe that projected growth can be sustained based on continued investment in internal R&D and sales.

| | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|
| Sales ($millions) | $24 | $47 | $66 | $85 | $110 | $120 | $130 | $140 |

***Sole-Source Contracts***
Approximately 50% of ATS' revenues are expected to be derived from sole-source contracts by 2001. New sole-source contract(s) in Advanced Projects are expected to generate substantial follow-on business for ATS going forward (over $100 million).

***Cost-Plus Business Model***
In 1996, over 67% of ATS' revenues were derived from cost-plus contracts. Given ATS' research and engineering focus and its rapidly growing Advanced Projects business, the cost-plus portion of ATS' revenues is expected to increase going forward, remaining significantly above the industry average. In addition, in 1996,

ATS was awarded approximately 91% of potential award fees totalling over $4.8 million.

*Advanced Technologies*
ATS has and continues to develop core defense technologies that are utilized for both government and commercial applications in signal processing and undersea surveillance and transmission. ATS has an integrated engineering organization with demonstrated capabilities that supports all ATS existing programs.

*Close Customer Relationships*
Over the last 40 years, ATS has developed very close relationships with its customers, including the U.S. Navy, U.S. Army and other DoD agencies. ATS continues to attract significant contracts, including many that are sole-source, based upon its exemplary track record and long-standing customer relationships. Additionally, ATS has strategic relationships with Lockheed Martin, CDC, Hughes, Pratt & Whitney and others.

*Commercialization Opportunities*
By investing selectively in promising areas, ATS is building commercial businesses and has effectively utilized dual-use government funding to realize both government and commercial objectives. ATS has recently adapted certain of its core defense technologies to provide the design and manufacture of power feed and termination equipment commercial undersea cabling for Submarine Systems Inc. ("SSI"), a subsidiary of AT&T, and is also pursuing additional commercialization opportunities including applications involving active structural controls.

*Commercial Undersea Cable*
ATS is a key supplier to SSI of shore-based power feed and terminal test equipment that supports their undersea fiber-optic communications cable business. ATS also has the facilities to manufacture Optical Repeaters should SSI face capacity constraints within their own facilities. Demand for undersea cable capacity is expected to grow significantly over the next few years due to the worldwide deregulation of the telecommunications market combined and the need to supply high bandwidth transmission capabilities to support multimedia internet use which cannot be met by satellites.

ATS has also strengthened ties with SSI by providing customer funded engineering design support that draws upon expertise in meeting similar systems needs for the U.S. Navy. This customer set provides high-margin business and requires little selling or proposal monies due to streamlined commercial business practices employed. This customer is new for ATS as part of an SSI-approved transition from another Lucent factory that was shut down last year. First hardware deliveries were made last month and orders booked to date are in excess of $20

million. ATS Management believes that potential sales as projected below can be realized if market demand grows as projected.

| | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|
| Sales ($millions) | $15 | $21 | $31 | $41 | $52 |

***Active Structural Control***

For more than a decade, ATS has been developing active structural control solutions to reduce noise and vibration for both military and commercial applications using over $150 million government funded R&D. ATS is today under contract with DARPA to demonstrate noise and vibration reduction in helicopters and gas turbine engine fan blades that will significantly reduce engine fatigue and save substantial maintenance and repair expenses. Other applications in precision machining and lithography have demonstrated dramatic improvements in manufacturing productivity. Finally, with the completion of sea trials this summer to demonstrate advanced submarine quieting applications, there are potential future sales related to installation on boats in the fleet.

| | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|
| Sales ($millions) | $19 | $20 | $18 | $21 | $24 | $30 | $35 | $38 |

***Consolidation Opportunities and Savings***

Billable manufacturing hours have declined by roughly 60%, from 730,000 to 300,000 hours, over the last three years. In the future, peak production rates are expected to approach 300,000 hours, a level at which ATS' overhead rates are competitive with those of the industry. ATS Management believes that there is significant opportunity to realize savings through consolidation of ATS' operations with a buyer's facilities or utilization of ATS' excess capacity through other means. In addition, as part of Lucent, ATS has been burdened by excess overhead rates. As part of a more defense-oriented company, ATS could benefit from reduced overhead rates.

***Highly Skilled Workforce***

Of ATS' 1,242 employees, approximately 70 employees have doctorate degrees, 300 have masters degrees and 350 have bachelors degrees, and over 300 have some form of specialized government security clearances. ATS has assembled a workforce with an average over 16 years of experience.

# Advanced Technology Systems

***Recent Program Wins***

Following is a summary of recent program wins underscoring the vitality of ATS' business prospects.

| | |
|---|---|
| SSI | ATS booked $17 million in orders with SSI for power feed and terminal test equipment since January with more orders expected during the coming months in this high-growth market. |
| Host Ship | In March, ATS received a $10.1 million order for equipment upgrades for the new AGS 5101 ship with options for another $14 million in potential orders. |
| Front End Upgrade | In March, NTE funding for $4.9 million was received to provide upgrades to various shore-based hardware at multiple IUSS sites. Options for another six sites were quoted, for which ATS expects to receive another $10 million to $13 million dollars over the next year. |
| Special Engineering | Annual funding for the sole-source IUSS support contract will generate approximately $15 million in revenue. |
| AN/UYS-2 Commercial Variant | Funding of $4 million was received to begin the development for a new operating system and GUI front end interface for generic application across multiple platforms. ATS will also upgrade the signal processor with selective COTS hardware. An additional $14 million is to be funded as part of the new Integrated Product Support ("IPS") contract to be awarded in April. |
| EMSP FMS to Spain | ATS has received $1.1 million of long-lead funding to support an FMS procurement of EMSP AN/UYS-2 units to the Spanish Navy with production to start in the summer of 1997. The total value of the order is expected to be between $15 million and $20 million, depending upon final quantities delivered. |
| LPD-17 | As a subcontractor to Hughes, ATS has won an $18 million award to provide Shipboard Tactical Networking for the new LPD-17 Amphibious ship. A stop work order was issued due to a protest, however, the program is expected to start in April. Future sales for the ten additional programmed ships will follow based on an exclusive agreement with Hughes. |
| AVR Helicopter | ATS received a $12.9 million contract from Pratt & Whitney to apply active vibration reduction technology to helicopter rotor blades. This cost plus contract has been incrementally funded at $4 million. |
| Advanced Projects | ATS has booked $25 million since the start of the fiscal year on various contracts in the Advanced Projects area. |

## III. KEY TECHNOLOGIES

**Underwater Sensor and Communications Systems**
ATS' core technologies, including complex systems integration, have supported ATS' traditional base of undersea surveillance systems. These technologies are also key to future initiatives in various underwater technology and communication applications. Functional disciplines involved are primarily systems engineering, electro-optic design, physical / mechanical design, and sea operations.

**Signal and Information Processing Systems and Decision Support Systems**
The engineering organization has designed and developed a wide variety of real-time signal processing systems. These applications are typically characterized by a large volume of input sensor data and time-critical decisions that must be made based upon signal content and characteristics. This competency has also supported ATS' traditional undersea surveillance business, and is critical to future opportunities in both the government and commercial sectors. Functional disciplines involved are primarily systems engineering, signal processing analysis, data fusion, information processing, decision support analysis and software design. This technology has the potential to be migrated to commercial artificial intelligence applications and government informational warfare applications.

**Active Sound and Vibration Control**
This competency was based on ATS' experience in signal processing applications, hardware development and classical control theory. Customer needs addressed by this competency have generally been in the area of vibration control (submarine, gas turbines and machine tools) and of quieting of unwanted radiant and ambient noise (e.*g.*, helicopters).

**Communications Network Design and Engineering**
This competency has evolved as communications and computing technologies have merged in recent years. Many ATS projects have involved distributed computing solutions, with data and voice communications required over both local and wide area networks. Some applications have required secure/encrypted data handling. This competency is expected to become even more critical to future business opportunities requiring end-to-end systems solutions. Functional disciplines involved are primarily systems engineering and software design.

## IV. BUSINESS DESCRIPTION

### A. NAVY PROGRAMS

Navy Programs is comprised of the following areas of operations: (a) Undersea and Surveillance Systems, (b) Signal and Information Processing, (c) Active Structural Control and (d) Tactical Networking/Decision Support Systems. The Navy Programs business has a backlog of $137 million.

***Undersea, Fixed and Mobile Surveillance Systems***

The Undersea and Surveillance Systems business involves fixed and mobile surveillance programs as well as ranges which have traditionally been the core of ATS' business. With more than 150,000 installed nautical miles of deep-ocean cable and sensor systems, including 25,000 miles of fiber-optic cable, ATS has been designing, building, installing and maintaining high-reliability undersea surveillance systems for the U.S. Navy for more than 40 years. Numerous sole-source contracts obtained by ATS are the foundation for providing the U.S. Government with effective, high-technology solutions to special problems in the area of undersea cable systems. Through Bell Laboratories research, Lucent (and its predecessor AT&T) has invested more than $1 billion in undersea fiber-optic cable system research and development over the past decade.

Sound Surveillance System ("SOSUS") / International Programs

SOSUS is a network of undersea sensors and shore-based processing facilities currently utilized for the surveillance of submarines, ships and other amphibious vessels. SOSUS was designed, manufactured and installed primarily by ATS and is an essential component of the Integrated Undersea Surveillance System ("IUSS").

ATS has been SPAWAR's principal contractor on fixed undersea surveillance programs since their inception. ATS has had responsibility for design, development, manufacturing, system integration, installation, system test, and post-IOC engineering and logistics support. The SOSUS system technologies are mature and in some cases have been supplanted by newer fiber-optic based systems; however, the systems are still reliable and continue to support the government's defense requirements. Based on its position as the prime contractor since inception, ATS expects a stable revenue stream of maintenance and upgrades of $30 million per year for the SOSUS system.

Fixed Distributed System, Underwater Segment ("FDS_UWS")

FDS_UWS is a state-of-the-art, high-reliability, underwater surveillance system used primarily in the detection and tracking of submarines. This FDS_UWS system

consists of acoustic sensor groups with outputs that are linked through fiber-optic transmission assemblies to a shore processing system.

ATS is the prime contractor for the UWS of the FDS, an ACAT 1 program. The UWS system is a turn-key program consisting of development, manufacturing, integration and deployment. ATS has worked closely with the customer, SPAWAR, in developing the mission requirements, system design, laydown plans, deployment methodologies and overall system integration. This $550 million production program is nearing completion and, with tbe completion of the UWS program, ATS anticipates minimal revenues unless the DoD redirects resources to ASW in the future.

Recently, ATS has teamed with Lockheed Martin and Alliant's Marine Systems Division (now Hughes) to develop a commercial-off-the-shelf ("COTS") -based, cost effective surveillance system as a follow-on to the FDS_UWS. This current development effort has significant potential for follow-on projects in the near-term involving foreign military sales with an estimated total revenue potential of $150 million through 2001 with further potential for U.S. systems in later years.

Engineering Services and Undersea Product

ATS has been the sole-source, prime contractor for Engineering Services and Undersea Product for over 40 years. The current contract requires ATS to perform a number of tasks related to the ongoing support of IUSS, including advanced systems engineering, base electronic system engineering plan preparation, installation engineering, planning engineering for repair and alterations, installation/testing, drafting/engineering files, communication systems support, integrated logistics support and software configuration management. This project is expected to continue to generate between $5 and $15 million annually for an indefinite period.

In addition, annual revenue from the shore-based hardware upgrades is expected to be between $15 and $18 million.

Commercial Undersea Cable

ATS is also a key supplier to AT&T's SSI business which is involved in commercial undersea cable. This project involves the manufacture of power feed and terminal test equipment for commercial undersea fiber-optic cable used in communications networks. This area is expected to have significant growth due to the deregulation of the worldwide telecommunications market worldwide and the demand for international multi-media, high bandwidth transmission which cannot be met by satellites.

Annualized revenue is currently $20 million and has significant growth potential.

SONAR 2087

ATS is teamed with BAeSEMA (who is competing with GEC Thomson and Babcock) to design the next generation sonar system (SONAR 2087) for the Type 23 UK Frigates for the British Ministry of Defence. ATS would provide the towed array and active signal processing. This program has an estimated revenue potential of $45 million over the next five years.

The ATS/BAeSEMA team is awaiting the announcement of the award of the Preliminary Design phase (similar to EMD phase in the U.S.), when the program will downselect to two teams. Revenue from this phase is estimated to be $8 million in 1997-1999, with potential for $150-$200 million in the final (production) phase. The SONAR 2087 will be installed on all British Type 23 Frigates.

SURTASS

ATS developed the Reduced Diameter Array ("RDA") which is deployed on SURTASS ships. Production of the arrays is complete. ATS has a contract extending through 1998 for $1.7 million for providing spare components for the Navy's Array Maintenance Facility.

AN/BQR-15

ATS developed the first thin-line towed arrays (9080) which were installed on TRIDENT missile submarines. The array and its associated shipboard electronics constitute a highly modular package that is customized for deployment onboard a variety of submarine and surface ships. The design formed the basis for the SURTASS RDA and the 2087 towed arrays. No more units are being procured because the U.S. Navy is adapting attack submarine arrays for missile submarines to achieve commonality. However, there continues to be interest from foreign navies for this low cost, very capable array. Repair support is contracted through 1998, while future foreign sales have potential revenue of over $1.2 million per year.

Ultra Thin Array

ATS has a Cooperative Research and Development Agreement with the Naval Undersea Warfare Center ("NUWC") which is focusing on a new technology allowing towed array and other acoustic arrays to be constructed from a single fiber. This will reduce the cost of a submarine towed array by 90%, for instance. The results of the initial research resulted in the acceptance by the Navy of a three year project commencing in FY 1998 ($8 million funded by the Navy). Successful

development of this technology has a great variety of military and commercial applications. For example, ATS has been requested to submit proposals covering a Laser Doppler Sound Velocity Profile instrument which measures in-situ and continuously, and a device which permits high sweep rate hydrography with an accuracy of one meter. These proposals utilize the telemetry system developed by ATS for the UTA.

Ranges

ATS is working with the NUWC to integrate fiber-optic technology into the Navy's underwater tracking ranges. These ranges evaluate the performance of underwater weapons systems and help the crews of Navy submarines, surface combatants and aircraft hone their antisubmarine warfare skills. ATS' solution replaces older copper and coaxial cable technology with fiber-optic cables and electronics. This greatly multiplies the number of available range channels, allowing the Navy to collect more real-time performance data and transmit it to shore for evaluation more rapidly.

The Navy's Atlantic Undersea Tracking and Evaluation Center ("AUTEC") became the first fiber optic tracking range in late 1996, using ATS' Common Undersea Platform ("CUP") new design components. CUP was designed to be mixed and matched to perform a variety of underwater range and surveillance tasks, thereby significantly reducing customer development costs. Based on ATS' CUP successes, ATS won a $9 million contract for "MESA" (Multiplexed Extended Sensor Array) which was successfully installed at AUTEC in the fall of 1996. ATS is currently bidding on two follow-on range programs, "AHRP" (AUTEC Hydrophone Replacement Program) and the "ECSWTR" (East Coast Shallow Water Training Range), with contract values totaling $20 million. Additionally, the ECSWTR is the initial procurement of a series of East and West Coast Training Ranges with a total revenue stream in excess of $100 million.

Table 3
Summary of Potential Undersea and Surveillance Contracts
($000s)

| Contract Name | Contract Type | 1997 | 1998 | 1999 | 2000 | 2001 | 5 Year Total |
|---|---|---|---|---|---|---|---|
| PF & TT Equipment | FP | 14,000 | 20,000 | 30,000 | 40,000 | 50,000 | 154,000 |
| Eng'r & Other Misc Services | FP | 1,000 | 1,000 | 1,000 | 1,000 | 2,000 | 6,000 |
| Total Commercial | | 15,000 | 21,000 | 31,000 | 41,000 | 52,000 | 160,000 |
| FDS_C | CP | | 9,000 | 33,000 | 52,000 | 56,000 | 150,000 |
| FY96 - 01 Special Engineering | CP | 19,500 | 14,500 | 14,000 | 7,500 | 5,500 | 61,000 |
| SONAR 2087 PD & Production | FP | 1,000 | 4,000 | 8,600 | 16,000 | 16,000 | 45,600 |
| Host Ship | FP | 500 | 4,000 | 4,000 | 4,000 | 4,000 | 16,500 |
| Front End Upgrade | CP | 2,400 | 6,800 | 3,600 | 1,600 | 300 | 14,700 |
| East/West Coast Training Ranges | CP | | 2,500 | 4,000 | 4,000 | 3,000 | 13,500 |
| Adv. Tech. Demo of Ultra Thin Array | CP | | 1,650 | 3,300 | 3,800 | 1,175 | 9,925 |
| BOR15 & FMS Repairs & Engr Svcs. | FP | | 750 | 2,050 | 2,400 | 2,500 | 7,700 |
| AUTEC Hydrophone Replacement | CP | 1,000 | 4,400 | 1,400 | | | 6,800 |
| FDS UWS 1 & A | CP | 7,600 | | | | | 7,600 |
| Cable Management | CP | 300 | 750 | 750 | 750 | 750 | 3,300 |
| BOR-15 Repair & Engr Services | CP | 1,000 | | | | | 1,000 |
| FY97 Sore ILS / R&D | CP | 1,300 | | | | | 1,300 |
| MESA Range | CP | 1,300 | | | | | 1,300 |
| Total Surveillance & Undersea | | 35,900 | 48,350 | 74,700 | 92,050 | 89,225 | 340,225 |

### *Signal and Information Processing*

ATS' processing systems are designed to support a variety of military applications and provide COTS and hybrid signal processing solutions.

Enhanced Modular Signal Processor AN/UYS-2 ("EMSP")

The AN/UYS-2 is the U.S. Navy's second-generation standard signal processor for anti-submarine warfare and other acoustic processing applications. EMSP provides the U.S. Navy with signal processing capabilities that support a variety of platforms and array sensors. This five-year production contract will end in 1999 and has a current backlog of $63 million. Further, AN/UYS-2 has potential applications which may be of interest to other government intelligence agencies.

Recently, Spain has agreed to a purchase of four new AN/UYS-2 units which will provide an additional $12 million revenue in 1998.

P-3 Aircraft Upgrade (RAINBOW)

ATS, in a teaming agreement with Computing Devices of Canada, has developed a fully COTS alternative to the AN/USQ-78A and AN/UYS-1 acoustic signal processing and display system. The system was developed using R&D funds from both companies, meeting the Navy's challenge to develop and testfly a totally

COTS alternative system. The system has demonstrated exceptional operational performance (by at least 4 dB over existing systems) at a cost of less than one-third of current systems under development. Potential revenues from this system are $120 million over an 11 year period.

AN/UYS-2 COTS Variant (ACV)

Under a sole-source contract to the Navy's Signal Processing Program Office, ATS is developing a fully COTS universal signal processing system. This system, which will provide the Navy with a COTS replacement for signal and information processing systems, will be compatible as a replacement for legacy systems on ships, submarines and aircraft. This R&D system is funded for $17 million through 1999 (planned for $6 million additional) and has potential revenues of $120 million through 2010 for installation in Navy programs such as Advanced Low Frequency Sonar ("ALFS"), follow-on SQQ-89 Upgrade, New Attack Submarine and Maritime Patrol Aircraft Acoustic Upgrade programs.

**Table 4**
**Summary of Potential Signal and Information Processing Contracts**
**($000s)**

| Contract Name | Contract Type | 1997 | 1998 | 1999 | 2000 | 2001 | 5 Year Total |
|---|---|---|---|---|---|---|---|
| AN / UYS2 Multi Year Production | FP | 41,600 | 17,100 | 4,360 | 170 | | 63,230 |
| Airborne Low Frequency Sonar F / O | FP | | 2,100 | 5,500 | 10,700 | 12,100 | 30,400 |
| P3 Aircraft Upgrade to AN / UYS2 CV | FP | | 2,700 | 6,100 | 10,100 | 11,400 | 30,300 |
| AN / UYS2 CV for Int'l MPA / Helo | FP | | 500 | 5,200 | 10,800 | 12,800 | 29,300 |
| AN / UYS2 Commercial Variant | CP | 5,000 | 9,800 | 2,200 | | | 17,000 |
| AN / UYS2 FMS Sale to Spain | FP | 1,500 | 12,000 | | | | 13,500 |
| Integrated Program Support & F / O | CP | 3,354 | 2,060 | 1,960 | 1,960 | 1,960 | 11,294 |
| Intel Technology Support Services | CP | | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| SEMB Prod 1 Eng Svcs | FP | 2,440 | | | | | 2,440 |
| AN / UYS2 Development | FP | 1,000 | | | | | 1,000 |
| Total Processing | | 54,894 | 48,760 | 27,820 | 36,230 | 40,760 | 208,464 |

***Tactical Networking / Decision Support Systems***

COTS-Based $C^3I$ Network / LPD - 17, 18 and 19

ATS is helping the U.S. Navy control the cost of the New Attack Submarine ("NSSN") by designing a command, control, communication and intelligence system ("$C^3I$") architecture that will utilize COTS components and provide for increased connectivity among the subsystems. The $C^3I$ network architecture will allow use of lower-cost components to provide a more affordable solution. This solution became the basis for ATS' participation in the next generation amphibious assault ship (LPD-17) program, and potential future programs.