# Exhibit 1

# Part 3 of 5

## Ship Systems Automation ("SSA")

ATS is developing Ship Systems Automation technologies and decision support systems that would lower staffing requirements for future U.S. Navy surface warships and submarines by an order of magnitude, increasing sensor performance and providing continuous tactical scene generation and evaluation to the higher level Automated Ship Systems. The key to achieving this increase in performance and reduction in staffing is through high-performance computing, sensor automation, machine reasoning and system integration.

Future applications of SSA include the SC-21 (Surface Combatant of the 21st Century), New Attack Submarine and tactical aircraft and helicopters. ATS is teaming with Navy Laboratories to transition these technologies to new platforms. Additionally, the underlying decision support systems developed for DARPA for SSA have direct application to programs in other services where massive amounts of information needs to be managed and acted upon in a real-time environment.

Part of the SSA program and other advanced programs developed for DARPA and the U.S. Navy are decision support systems employing underlying technologies of: (i) advanced visualization which allows operators to quickly grasp the data and information being presented; (ii) integrated human-computer interface, which is the top-level interface to a network of automated systems that include many legacy and/or new systems; (iii) Tactical Scene Operator Associate ("TSOA"), which enables a single operator to do the work now performed by multiple sensor operators in developing an overview of a ship's tactical situation, and (iv) intelligent agents, which perform monitoring and information-gathering tasks for the operator.

**Table 5**
**Summary of Potential Tactical Networking / Decision Support Systems Contracts**
**($000s)**

| Contract Name | Contract Type | 1997 | 1998 | 1999 | 2000 | 2001 | 5 Year Total |
|---|---|---|---|---|---|---|---|
| LPD 17 Program | CP | 4,725 | 7,875 | 2,300 | 1,600 | 1,500 | 18,000 |
| LPD Ships 18 & 19 | CP | | | 3,000 | 3,000 | 3,000 | 9,000 |
| SSA New Business | CP | 430 | 950 | 525 | 390 | 375 | 2,670 |
| Ships Systems Auto (F/O) | CP | 1,660 | | | | | 1,660 |
| **Total Networking / Decision Support** | | **6,815** | **8,825** | **5,825** | **4,990** | **4,875** | **31,330** |

### *Active Structural Control ("ASC")*

ASC applies ATS' capabilities in active control technology to programs and products to mitigate vibration and noise problems in military and commercial environments. Current ASC contracts have an initial backlog of $23.0 million. Initially, under a contract from DARPA, ASC is being applied to reduce chatter in

vertical turning lathe ("VTL") metal cutting operations in conjunction with a machine tool builder and an industrial user of VTL. In addition, the Company is applying the active control techniques developed by ASC to reduce high-cycle fatigue in gas turbine engines, to improve helicopter quieting and precision machine tools and for use in advanced lithography. All of these derivative efforts have been funded by contracts with DARPA.

For more than a decade, ATS has been developing active structural control solutions for both commercial and defense applications. ATS military applications include:

- Gas-turbine engine vibration reduction;
- Helicopter external noise reduction and cabin vibration and noise reduction;
- Submarine noise/vibration reduction; and
- Tank cannon accuracy enhancement.

For gas-turbine engines, ATS is teamed with engine builder Pratt & Whitney on a DARPA project to develop solutions for vibration-induced problems with engine fan blades and vanes, engine cases and external engine components. ATS has developed an engine-mounted eddy current sensor that measures blade vibrations. This will enable condition based maintenance of gas turbine engines, and has been selected to be demonstrated on the Joint Strike Fighter.

For helicopter noise and vibration control, ATS is developing methods of reducing rotor-blade induced noise and vibration and methods of reducing internal cabin noise and vibration under a Naval Research Laboratory contract.

In submarine noise/vibration reduction, ATS has worked with DARPA and the U.S. Navy on active-control research and development for advanced submarine quieting applications since the mid-1980s. Our Advanced Vibration Reducer system has completed full-scale, land-based testing prior to sea trials this summer. Additionally, ATS is developing an application of the active-control technologies that could be applied to the U.S. Army's M1A2 main battle tank to improve cannon accuracy while tanks are moving.

In developing active control solutions with industry partners, ATS has developed a wide range of active control hardware/software, including:

- factory floor demonstrated active boring bar and vertical turning lathe systems that were developed with Pratt & Whitney, Kennametal and Giddings & Lewis to improve precision machining of tough aerospace materials;
- an advanced, high-force, low displacement piezoelectric actuator and power amplifier;
- digital controllers, implementing multi-dimensional feedback and feed-forward algorithms for multiple-input, multiple-output systems; and

- communications applications designed, developed and prototyped, including acoustic echo cancellation applications, single-microphone noise suppression, a noise-canceling microphone and an active noise-canceling earpiece.

ATS Management expects potential revenues from ASC can grow from $21 million in 1997 to over $35 million by the end of the decade.

**Table 6**
**Summary of Potential Active Structural Control Contracts**
**($000s)**

| Contract Name | Contract Type | 1997 | 1998 | 1999 | 2000 | 2001 | 5 Year Total |
|---|---|---|---|---|---|---|---|
| Future ASC Applications | CP | 1,600 | 5,300 | 10,000 | 15,000 | 20,000 | 51,900 |
| ASC Advanced Vibration Reducer | CP | | 5,400 | 5,300 | 5,000 | 7,500 | 23,200 |
| ASC for Helicopters | CP | | 2,000 | 4,700 | 5,000 | 7,500 | 19,200 |
| ASC Advanced Vibration Reducer | CP | 12,000 | 2,600 | 3,500 | 3,500 | 900 | 22,500 |
| ASC for Gas Turbine Engines | CP | 300 | 2,700 | 3,500 | 3,500 | 900 | 10,900 |
| ASC for Helicopters | CP | 3,800 | 6,000 | 3,000 | 3,000 | 700 | 16,500 |
| ASC Precision Machining | CP | 2,800 | | | | | 2,800 |
| Total Structure Control | | 20,500 | 24,000 | 30,000 | 35,000 | 37,500 | 147,000 |

## B. ADVANCED PROJECTS

The Advanced Project group consists of specialized R&D programs that utilize a variety of ATS and Lucent core competencies. Advanced Projects currently have an initial backlog of $128 million. Approximately 80% of the effort involves some form of photonics / fiber-optics / lightwave communications transmission systems and components. Projects historically were focused on undersea applications, but several recent contracts and many current proposals and new business development activities are directed toward land-based and airborne systems. It is anticipated that the land-based and airborne portion of the business will continue to increase to approximately 30% to 40% of the overall Advanced Projects business within the next few years.

ATS has made a significant investment in its Advanced Projects business during the past few years. ATS has spent over $12 million in IR&D and bid & proposal expenses from 1995 through 1997 to acquire both sole-source and competitive new business. Advanced Projects currently has over 20 contracts, all with the U. S. Government, with a customer base that has been increasingly diversified and currently includes many large government organizations. Contracts include systems analysis, technology studies, state-of-the-art technology demonstrations, development and engineering models for laboratory testing, development of field-capable hardware (including hardware fabrication at Whippany), and operations and maintenance on already-fielded systems. Several potential large new programs have been the object of vigorous business development activities during the past year, and the forecasts for 1998 and beyond assume success in some (but not all) of the projects to offset the normal maturing and completion of existing projects.

Several current Advanced Projects contracts are initial efforts, and larger follow-on contracts are anticipated. In addition, several proposals have recently been submitted for initial small study contracts and potential large transmission system projects. All of these efforts are the basis for the continued growth of Advanced Projects and represent a sound and prudent estimate.

The majority of current Advanced Projects contracts are cost-plus, and it is anticipated that this will continue in the near future. Several of the larger existing contracts are cost-plus award fee, and this is also expected to continue. Current projects are a mix of sole-source and competitive, with funding about 75% sole-source in 1997.

Most of the present Advanced Projects contracts require some R&D effort by Lucent personnel outside of ATS. For example, numerous projects require specialized photonics and lightwave devices that are not standard products. Specialized R&D in support of these existing contracts is currently performed by Lucent personnel in central Bell Laboratories as well as several Lucent business

units. Some of the proposals recently submitted to the government and likely to be contracted to Lucent required specialized R&D anticipated to be performed by a variety of Lucent personnel. Lucent will provide the buyer with the necessary resources to fulfill its obligations to its customers for all existing contracts and contracts under development. This will be accomplished either through subcontracting the appropriate Bell Laboratories and/or Lucent research and development resources to the buyer or by another means to be mutually agreed upon. In performing under any such sub-contract, the buyer will be required to provide reasonable safeguards in order to protect against disclosure of Lucent's proprietary technologies.

**Table 7**
**Summary of Potential Advanced Projects Contracts**
**($000s)**

| Contract Name | Contract Type | 1997 | 1998 | 1999 | 2000 | 2001 | 5 Year Total |
|---|---|---|---|---|---|---|---|
| Total | CP | 85,000 | 110,000 | 120,000 | 130,000 | 140,000 | 585,000 |

The majority of existing Advanced Projects contracts are direct to the government. Several large programs are subcontracts, where the customer is a prime contractor. In such cases, the prime contractor is a large United States corporation. It is expected that subcontracting will become even more predominant in Advanced Projects as large teams bid on major competitive programs. The Advanced Projects part of ATS is involved in several pre-proposal discussions with major corporations with the intention of teaming in the future competitive procurements.

Specifics of the Advanced Projects business cannot be described in this memorandum because of security constraints. However, it is emphasized that the contractual base of Advanced Projects has been broadened in the past two years, and presently includes contracts with many large government organizations as a result of a focused effort on customer diversification. This diversification activity is expected to drive continued growth of Advanced Projects.

Future Advanced Projects involve programs with customers with whom ATS has had long-standing relationships as well as new, established customers due to the diversification efforts and technologies that build upon ATS' core competencies.

With access to appropriate capabilities within Bell Laboratories, ATS Management believes that there are no further technology barriers to completing the projects in the Advanced Projects area.

## C. SECURE COMMUNICATIONS

Secure Communications Systems ("SCS") sells Secure Telephone Unit III ("STU III") information security/encryption voice and data analog transmission devices to various agencies of the U.S. Government via a National Security Agency ("NSA") contract which is opened for price competition on a semi-annual basis. These devices are manufactured at the Boren Drive facility. The core competency in information security technology is possessed by Bell Laboratories.

Lucent/AT&T has been a provider of secure telephone instruments to the U.S. Government since World War II. The current business finds its antecedents in the mid-1980s with the advent of the STU III program. This program was originally projected by the U.S. Government to produce one million STU IIIs. Motorola, RCA (then GE, then Martin Marietta) and AT&T won the competition to provide these devices. Each invested substantial funds to develop the product line and competed with each other on the NSA schedule via price and feature set. The market became saturated at approximately 300,000 units, causing all three contractors to lose money on the entire program. Martin Marietta has since exited the business. In 1995, ATS took steps to focus on the U.S. Government markets resulting in SCS' becoming profitable. SCS is currently focused on the U.S. Government and defense contractors only.

ATS management believes that SCS is a declining business with shrinking government budgets, aging product offerings, and demand for the next generation digital STU.

The Lucent Slice Cellular Security Device is now being introduced. It is an analog device that is sandwiched between the front and back of the Motorola Flip Phone. The FBI and DEA are currently testing these units. This product will keep SCS in the market until they introduce their C-STU (Cellular STU), which will be CDMA Digital and AMPS, in about two years.

**Table 8**
**Summary of Potential Secure Communications Contracts**
**($millions)**

| Program | Contract Type | 1997 | 1998 | 1999 | 2000 | 2001 | Total |
|---|---|---|---|---|---|---|---|
| Total | FP | $18.7 | $12.4 | $15.1 | $15.0 | $10.0 | $71.2 |

## V. COMPETITIVE POSITIONING

ATS has a demonstrated history of quality program management and has won many customer and quality achievement awards including, among others:

**Table 9**
**Quality Achievement Awards**

ISO 9002 Certification - Greensboro Manufacturing (2/95)
ISO 9001 Pursued - Certification anticipated 12/97
Bell Labs President Quality Award Winner (5 winners out of 21 total awards)
Malcolm Baldrige Criteria: received a "Sound Quality System" score

**Figure 1**
**Competitive Bid Win Rates (Based on Value of Contracts)**




As seen above, ATS has achieved win rates averaging in excess of 60% since 1994, despite overhead costs that were high relative to its competition. This underscores ATS' superior technology, program execution and strong customer relationships. ATS currently has programs underway to reduce overhead rates within Lucent. Furthermore, an acquisition of ATS by a more defense-oriented company could accelerate reduction in overhead rates.

# Advanced Technology Systems

Figure 2
Contract Mix: Cost Plus vs. Fixed Price




Approximately 60% of ATS' revenues are expected to be derived from sole-source contracts by 2001. New sole-source contract(s) in Advanced Projects are expected to generate substantial follow-on business for ATS going forward (over $100 million).

Figure 3
% of Revenue Attributed to Sole-Source Contracts




As seen in the above graph, a large portion of ATS' business has historically consisted of sole-source business. While ATS Management expects that ratio to decrease going forward, it believes that it will consistently be in excess of 50% for the foreseeable future.

## VI. FACILITIES

ATS is headquartered in Greensboro, North Carolina where it utilizes 336,000 square feet of a 695,000 square foot facility. The Company also has significant operations in Whippany, New Jersey where it utilizes 296,000 square feet within a campus facility that is shared with other Lucent businesses.

In Greensboro, ATS conducts operations at the state-of-the-art Boren Drive facility with sophisticated equipment and an efficient plant layout. Currently, the Boren Drive facility is underutilized and Management believes that the Boren Drive plant will provide sufficient capacity to meet projected manufacturing needs in the near future. Management also believes that significant opportunity exists for a potential buyer to realize cost savings through economies in manufacturing capacity.

At the Boren Drive manufacturing facility, ATS specializes in high-reliability, undersea products. Established in 1989, the factory was designed for low upkeep and high energy efficiency. ATS Management believes that Boren Drive has a competitive labor rate structure. Boren Drive uses an MRP2 system called Pro3, a standard, commercially available accounting and MRP package that meets all government property and manufacturing accounting requirements. Boren Drive is a 115,000 square foot facility which includes a 21,000 square foot (class 10,000) clean room on 6.8 acres of land. The facility was built at a cost of $23.5 million, of which $15.1 million was funded directly by the Navy. There are currently 293 employees located at Boren Drive, including design engineers, manufacturing engineers and 168 associates represented by the CWA.

Boren Drive is focused on high-reliability manufacturing and has ISO-9002 certification. It is MIL STD 2000 soldering certified, with an experienced, high-reliability electronic assembly and testing work force. It has specialized test processes to support high-reliability manufacturing. Boren Drive has shielded corona facilities, high pressure leak detection, vacuum dry capabilities and x-ray facilities. In addition, it has two closure technologies: electron beam welding and polyethylene molding. Boren Drive also has extensive precision assembly and process technologies, automated surface mount component placement, laser trim capabilities and extensive fiber splicing placing capabilities. In support of ATS' signal processing products, Boren Drive manufactures ceramic multi-layer interconnect boards using a thick film technology. In addition to Boren Drive's manufacturing processes, there is on-site design expertise which can utilize both CAD and CAM technologies and a special test set design group. Boren Drive is managed as a classified facility with resident security management expertise.

Some environmental test and stress screening (both "shake" and "bake") is currently performed at Lucent's Falcon facility which is located 10 miles east of

Greensboro. Falcon is a shared facility which is not included in the sale. Lucent would provide ATS with access to Falcon's environmental stress screening facilities at cost for the remainder of the EMSP contract life (approximately 1 ½ years).

ATS also conducts research and development activities and customer support and marketing activities at its facility in Arlington, Virginia. The Arlington facility has a very large conference room which was constructed to be and could easily be upgraded to secure Limited Access Areas.

**Table 10**
**Summary of Facilities**

| Facility / Address | Status | Gross Sq Ft | Function |
|---|---|---|---|
| 3801 Boren Drive<br>Greensboro, NC | Owned by ATS | 100,000<br>30,000 | Manufacturing<br>Office |
| 600 Industrial Ave<br>Greensboro, NC | Leased | 40,000<br>4,000 | Warehouse<br>Office |
| Guilford Center<br>Greensboro, NC | Leased from Lucent | 336,000 | Office |
| 1919 So. Eads Street<br>Arlington, VA | Leased | 27,479 | Office/LAA |
| 67 Whippany Road<br>Whippany, NJ | Leased from Lucent | 295,671 | Development |
| Burlington Road<br>Greensboro, NC | Leased | 20,000 | Warehouse |
| | Total | 853,150 | |

The financial projections in this Memorandum assume that ATS leases all of its facilities. Lucent would consider selling the Boren Drive factory and the Guilford Center as well as additional secured facilities in the area. The buyer may lease space used at the Whippany facilities from Lucent, including the specialized Limited Access Areas required to conduct the Advanced Projects operations.

## FACILITIES PHOTOS



Eads St., Arlington, VA



ATS Manufacturing, Greensboro, NC



Guilford Center, Greensboro, NC



Whippany, Whippany, NJ

## VII. INTELLECTUAL PROPERTY

Lucent will grant to the buyer access to IP and the resources necessary to fulfill its existing obligations under contracts in progress and under development. This could be effected either through subcontracting the necessary Bell Laboratories and/or Lucent research and development resources to the buyer or by another means to be mutually agreed upon. This includes support for the many Advanced Projects contracts that require technologies such as specialized photonics and lightwave devices, where specialized R&D is currently performed by Lucent personnel in central Bell Laboratories and Lucent business units.

Included in ATS is a paid-up, non-exclusive license from Lucent under Lucent's intellectual property for government sales and a five-year non-exclusive license for commercial sales. This license is for existing intellectual property and includes patents, copyrights, know-how and other intellectual property, excluding trademarks, and shall extend only to the products which are either currently being offered or under development, and to the services either being provided or under negotiation which are associated with ATS. The license shall also include a "have-made" right with respect to the foregoing products and services.

[NEED COMMENT ON DERIVATIVE PRODUCTS]