# Exhibit 1

# Part 4 of 5

## VIII. LEGAL AND ENVIRONMENTAL

In ATS Management's opinion, ATS is not currently subject to any material legal matters. Going forward, Lucent will require ATS' support in the resolution of any legal matters, as necessary, in return for cost reimbursement.

SURTASS Reduced Diameter Array ("SURTASS-RDA")

SURTASS-RDA is a passive acoustic surveillance system with a large aperture towed array. Lucent will retain the cause of action against the U.S. Government, seeking reimbursement of the costs that it has incurred and will incur in the performance of the SURTASS-RDA contract. Lucent will retain the claim but will require that a buyer make available, at cost, former ATS personnel, expertise and records as required to prosecute the claim.

Effort under the contract that has not been completed includes qualification of a follower who will deliver selected qualifications systems and a full array and warranty and repair activity. Lucent proposes to keep the contract and, if necessary, to enter into a cost reimbursement subcontract with the Buyer.

FDS-1

It has come to ATS' attention that a manufacturing error by Lucent's subcontractor, Simplex Technologies, has caused the unsuccessful manufacture of certain stretches of underwater armored cable. Though certain non-required tests might have revealed the defect prior to deployment, the problem was undetected until in-the-field-failure was reported. Now that the problem and its cause have been isolated, ATS believes it can make reliable determinations as to precise length of cable which may be defective and the exact location of any such deployed and defective cable. After consulting with Lucent's internal legal department, a team from Lucent met with and briefed the government on the situation and what could be done to correct the problem. Such a briefing was not only the right thing to do, but necessary in terms of mitigation and of avoiding a termination for default situation. The government appeared to be pleased with the effort made to determine and resolve the problem; a written report from the project team is due by the end of July.

While Lucent, as the contractor, is prepared to do the work necessary to correct the situation, there is no internal concern as to who will pay for the repair or replacement work. It appears that since the FDS work is being performed under a cost-type contract, there is no contractor liability under this factual situation for latent defects discovered more than six months after acceptance. Where the latent defect is discovered prior to or within six months of acceptance, the contract inspection provisions provide that the contractor must do the repair/replacement work but the cost of such work is allowable. In this case, most of the cable has not

been accepted. Thus, it is anticipated that the government will expect Lucent, as the contractor, to repair or replace the cable at cost with no additional fee. The government has not yet taken any position on the cost/warranty issue.

Lucent would propose that the buyer perform the necessary services under this contract. ATS Management believes that the cost to perform should not exceed $10 million.

CAS

Noncompliance with CAS 401 resulting from inconsistency in the estimation and accumulation of Bell Laboratories computer center costs. Initial determination of noncompliance issued by the CACO on October 23, 1993. Responded to the CACO agreeing with the noncompliance on May 24, 1994. Responded to CACO on May 17, 1996 stating that results of the cost impact study revealed no increased costs to the government. Lucent is awaiting the government's response.

Environmental

In ATS Management's opinion, ATS is not currently subject to any material environmental claims related to the businesses or operations described in this Memorandum.

Lucent has a potential liability for remediation of a government-owned facility in Burlington, NC formerly used for ATS business. Lucent's interest in this facility, and the associated liabilities, are not part of the ATS business subject to the sale and Lucent assumes responsibility for any such obligations or liabilities relating thereto.

Pension

There are certain matters relating to pension funding and its impact on historical overhead rates and revenue. Lucent would propose to retain any liabilities relating to pension funding issues that occurred in the past.

Novation

The transfer of ATS contracts from Lucent to a buyer will require a novation agreement with the government. Under such agreement, Lucent, (and its predecessor company AT&T) will remain liable under such contracts notwithstanding the transfer. Except for those matters described above (SURTASS, pension and environmental) for which Lucent will continue to assume liability, the buyer will defend and hold Lucent harmless from any claims, losses or liabilities arising out of such transferred contracts. Lucent will cooperate with the buyer including providing access to files and documents required for the buyer's defense of such matters.

Other consents including those of higher tier contractor or teaming partners may also be required for transfer of such agreements.

Cost Recovery Under Flexibly Priced Contracts

ATS has the possibility of recovery of costs under certain Navy Programs contracts (for which performance is complete) which would be transferred to a buyer. Such recoveries arise from final rate adjustments and costs incurred but not yet billed applicable to such contracts.

## IX. MANAGEMENT AND PERSONNEL

ATS employs approximately 1,242 persons with approximately 743 located in Greensboro, 437 in Whippany, 42 in Arlington and the remaining 20 in other field locations. These employees include highly educated technical and management employees as well as skilled manufacturing associates. Due to the specialized and technology-focused nature of ATS' business, the average employee's education and experience levels are very high. There are approximately 70 employees with doctorate degrees, 300 with masters, and 350 with bachelor degrees. In addition, there are approximately 65 non-payroll contract workers who are principally in the research and development organization located throughout ATS' major sites.

Employees directly employed within Navy Programs, Advanced Projects and Secure Communications are available for hire by a buyer and some indirectly employed people (HR, CFO, CIO, purchasing) in support functions may be available for offers.

ATS has a total of over 300 personnel located in Whippany and Greensboro with specialized government security clearances. These clearances, which are required to conduct Advanced Projects activities, are held by management, engineering, contracting, financial/business support, secretarial and security personnel.

ATS employees are covered under the Lucent benefit programs. Management employees and non-management employees have separate pension and benefit programs. Benefits include paid vacations, defined benefit pension plan, life insurance and vision programs, 401(k) plan, medical, dental and legal assistance programs and there is also a variable-based compensation based on performance for salaried employees.

**Table 11**
**Breakdown of Employees (as of 1/1/97)**

| Function | Employees |
|---|---|
| Research & Development (*) | 643 |
| Manufacturing and Engineering | 351 |
| Program Support | 182 |
| Executive Management | 11 |
| Program Office | 44 |
| Other | 11 |
| Total | 1,242 |

| (*) R & D Detail | |
|---|---|
| Whippany, NJ | 331 |
| Greensboro, NC | 285 |
| Arlington, VA | 24 |
| Other | 3 |
| Total Payroll | 643 |
| Non-Payroll Contract Workers | 65 |
| Total | 708 |

| Location | Employees |
|---|---|
| Greensboro, NC - Manufacturing | 291 |
| Greensboro, NC - Guilford Center | 452 |
| Whippany, NJ | 437 |
| Arlington, VA | 42 |
| Other | 20 |
| Total | 1,242 |

| Purchased Local Support (Full Time Equivalents) | |
|---|---|
| Chief Financial Officer | 60 |
| Chief Information Officer | 11 |
| Human Resources | 21 |
| Public Relations | 2 |
| Total | 94 |

Table 12
Key Management Personnel

| Name | Position | Age | Years of Service | Years in Industry |
|---|---|---|---|---|
| Charles (Chuck) E. McQueary | President | 57 | 31 | 31 |
| Scott L. Sears | Director, Navy Programs | 51 | 2 | 31 |
| Les I. Kleinberg | Director, Advanced Projects | 52 | 32 | 32 |
| Dan M. La Perriere | Director, Manufacturing & Operations | 44 | 18 | 3 |
| Samuel H. Francis | VP, Research & Development | 54 | 27 | 27 |
| Harry L. Grant | Director, Program Support | 48 | 26 | 26 |

**Charles (Chuck) E. McQueary 57** *President of ATS*

Dr. McQueary joined AT&T Bell Laboratories in 1966 to work on the antiballistic missile (ABM) program. From 1966 to 1971, he worked on the development of the Spartan missile, with responsibility for evaluating solid-propellant rocket motors, ablative heat shields, and flight-control systems. In 1971, he went to Kwajalein in the Marshall Islands to head the Missile Operations Department for the SAFEGUARD ABM test program. In 1973, he transferred to Navy Programs and spent two years in Great Britain as head of the Field Operations Department in support of a Navy oceanographic research station. In 1976, he became responsible for initiating a new program for an advanced towed sonar array for submarines. In 1979, he assumed responsibility for new military business initiatives, with emphasis on lightwave technology. In 1983, he was appointed Director of Undersea Systems Development Laboratory. This laboratory was responsible for development of lightwave systems for military applications, and advanced towed sonar arrays for submarines and surface ships, new program initiatives using advanced technology, and reliability engineering for military programs. In October 1987, he became Ocean Systems Vice President, assuming responsibility for that business unit. Dr. McQueary became President in January, 1994. Dr. McQueary received B.S. and M.S. degrees in mechanical engineering and a Ph.D. degree in engineering mechanics, all from the University of Texas at Austin. Dr. McQueary was recently named a Distinguished Engineering Graduate of the University at Austin, one of 187 so named since 1957.

**Scott L. Sears 51** *Director, Navy Programs*

Mr. Sears joined Lucent/AT&T in September, 1995, after retiring from the Navy with the rank of Rear Admiral. Admiral Sears graduated from the U.S. Naval Academy in 1966, and served on a variety of diesel, nuclear attack, and nuclear ballistic missile submarines. In 1983, he assumed command of a new LOS ANGELES Class nuclear attack submarine, USS ALBUQUERQUE, commanding a crew of 130 men. Under his command, the ship was commended for extraordinary performance during several real world tactical operations and he was assessed as "Best Commanding Officer" in a Squadron of 15 ships. After becoming a material professional, he became the program manager for the integrated combat and

acoustic system for the SEAWOLF submarine. He led the ACAT 1 program through engineering development, at which time the program was touted as a "software success story." He managed over 600 government employees and had responsibility for a prime contractor and subcontractors comprising more than 2000 employees. In 1991, he was selected for Rear Admiral. As an admiral, he commanded the Naval Undersea Warfare Center. This position is the Chief Executive Officer of the research, development and engineering organization with more than 7000 employees, with an annual budget of greater than $1.3 Billion. At AT&T, he was appointed to Director, IUSS Programs. After the spinoff from AT&T, Mr. Sears became the Director, Navy Programs, assuming business responsibility for $165 million of annual revenues. Mr. Sears received a Bachelor's Degree (physics and economics) from the U.S. Naval Academy and an M.S.E.E. and an E.E. (professional engineer) degrees from the Massachusetts Institute of Technology He is also a graduate of Duke University's Fuqua School of Business Executive Management Program.

**Les I. Kleinberg** 52 *Director, Advanced Projects*

Mr. Kleinberg has been employed by Lucent / AT&T for 32 years, initially as a member of the Bell Laboratories technical staff. He became a supervisor in 1983 and a department head in 1986, where he was responsible for a department of electrical, mechanical, and systems engineers working on a complex undersea system data link. Mr. Kleinberg assumed his current position in January, 1994, having been Deputy Director of ATS' Advanced Projects from 1988 through 1993. He is responsible for all areas of Advanced Projects, including approximately 20 government contracts and 12 direct-report program managers. Mr. Kleinberg holds a B.S. in Electrical Engineering from the Cooper Union and an M.S. in Electrical Engineering from the Polytechnical Institute of New York.

**Dan M. La Perriere, 44** *Director, Manufacturing & Operations*

From 1978 to 1985, Mr. La Perriere coordinated the development and implementation activities for new adhesion technologies within the AT&T Western Electric/Engineering Research Center. Mr. La Perriere then went on to lead an R&D program for new ceramic dielectric materials and process technology within Bell Laboratories from 1985 to 1987. From 1987 to 1989, Mr. La Perriere served as R&D product manager for the Merrimack Valley Bold Initiative project, leading a team that provided expertise in manufacturing systems and JIT/TQC. Mr. La Perriere then returned to Bell Laboratories from 1989 to 1992, where he led a team in shaping a new electronic assembly research program as Research Project Manger. From 1992 to 1994, Mr. La Perriere was the Manufacturing Chief Engineer for AT&T - Federal Systems Advanced Technologies (FSAT). At FSAT, he provided technical oversight for the government and commercial manufacturing operations at the Falcon and Eagle factories. Mr. La Perriere then went on to become the Global Manufacturing Planning Director for AT&T Network Systems from 1994 to 1996, where he was responsible for sourcing new product and

allocating production volume across the manufacturing network. In 1996, Mr. La Perriere assumed his present role of Director of Manufacturing and the Engineering & Operations organizations for the Government Solutions group within Lucent. Mr. La Perriere graduated from the University of Massachusetts in 1974 with a B.S. in Chemistry and then earned a Ph.D. in Analytical Chemistry in 1978 from the Indiana University.

**Samuel H. Francis** 54 *VP, Research & Development*

Dr. Francis has been employed in various capacities by Lucent / AT&T for 27 years. He began his career as a naval officer (1964-1966) and then joined Bell Laboratories as a member of its technical staff in 1970. He became a supervisor in 1978 and Director of the Mobile Sonar Systems Department in 1984. He was Manager of Towed Array Programs at ATS from 1986 to 1987 and from 1988 to 1993 was Bell Laboratories' Technical Director of the Undersea Systems Development Laboratory, which was responsible for developing undersea sensor systems, transmission systems, and handling and deployment systems for the U.S. Navy. He assumed his current position in October 1993 and is responsible for all of the research and development personnel including the product realization process, undersea systems engineering, mechanical design and electronics and software design. Dr. Francis holds a B.A. in Theoretical Physics from Yale University and a Ph.D. in Theoretical Physics from Harvard University.

**Harry L. Grant** 48 *Director, Program Support*

Mr. Grant has been employed by Lucent / AT&T since 1970 when he joined Bell Laboratories as a technical associate. He became a member of Bell Laboratories' technical staff in 1978 and supervisor in 1987. In 1991, he became Manager of FSAT's Business Management group, responsible for all business management activities on FSAT programs. He assumed his current position in 1994 and is responsible for all business management, contracting, government property and proposal development organizations. Mr. Grant holds a B.S. in Mechanical Engineering from Fairleigh Dickinson University.

## Labor Relations

Approximately 219 of ATS' hourly and clerical employees located in North Carolina (18% of the ATS' total workforce) are represented by the CWA. The CWA has worked together with ATS Management on a number of initiatives and ATS Management considers relations with its employees to be good. The labor contract was last negotiated on May 28, 1995 and is valid through May 30, 1998.

## X. RELATIONSHIP WITH LUCENT

ATS is a business unit with its own engineering, marketing and manufacturing capabilities. ATS receives support for certain functions including legal, finance, purchasing, facilities and human resources for which ATS is charged a corporate allocation from Lucent. ATS also shares certain support services with other business units of Lucent located at the Guilford Center in Greensboro. Those services include human resources activities, public relations support, accounting and financial management and CIO information system support.

Arrangements can be made to purchase transition support over a reasonable period of time and to make offers of employment to individuals in support functions as part of an acquisition of ATS.

**Table 13**
**Corporate Allocations and Local Support Costs**
**($millions)**

| Corporate | 1997E | Local | 1997E |
|---|---|---|---|
| CFO | $1.1 | CFO | $4.5 |
| CIOI | 3.9 | CIOI | 2.3 |
| EH&S | 0.1 | HR | 1.5 |
| Franchise Tax | 0.3 | PR/Communications | 0.5 |
| Government Affairs | 0.4 | Home Office | 0.9 |
| HR/Benefits | 0.9 | | |
| Bell Labs Community Fee | 0.3 | | |
| Law Division | 1.4 | | |
| Purchasing | 1.3 | | |
| Category 1 | 1.6 | | |
| Basic Research | 3.0 | | |
| Total | $14.3 | Total | $9.7 |

ATS has its own dedicated functions including pricing, contracting, program scheduling and program cost management, that would transfer at the time of sale.

Management believes that approximately $10 million of the $14 million total corporate allocation detailed above would represent immediate realizable savings to the buyer. Some functions, such as purchasing, legal and select financial services would need to be replaced by the buyer. An additional $2 million of savings could be realized from reductions in local allocations, such as the home office allocation.

There exists a variable component of all salaried employees compensation plans that represents an average annual bonus targeted at 12% of base pay. Though actual payments are a function of achieving specific financial results, forward pricing rates assume payout at the target level going forward. To the extent that the breadth or scope of application of this plan is inconsistent with a buyer's compensation structure, this plan represents a significant potential savings

opportunity. If the structure were applied only to the top 10% of the management team, savings of $4 million could be realized.

Overlapping IR&D, bid & proposal, and selling expenses, in market pursued by both ATS and a buyer could also provide additional savings. If just 15% overlap is assumed, $2 million in annual savings could be realized.

Further savings could be captured by virtue of a potential reduction in disallowed costs per FAR. Management believes that ATS' disallowances for corporate costs are unusually high (approximately $1 million) due to specific policies and practices driven by the commercial environment in which Lucent operates

## XI. FINANCIAL INFORMATION

### Selected Management Discussion of Historical Financial Performance

The financial results of ATS include navy programs, advanced program and secure communications. General and Administration expenses include corporate allocations for certain services provided by Lucent which have been charged to ATS based on certain allocations. The following is a brief discussion of the financial results of ATS for the past three fiscal years.

### Financial Reporting Practices

Revenue is recognized on cost-type contracts when billed. Revenue is reported for long-term fixed price contracts using the percent of completion method, and for short-term contracts based on deliveries. Only a small percentage of the business constitutes short-term fixed price work.

ATS uses a CAS-compliant cost accounting system (rather than standard cost) with an indirect cost structure that includes engineering, manufacturing and G&A overhead rates as well as a burden applied to non-payroll workers with whom the Company contracts for services and who do not participate in the Company's benefits plan. G&A is expensed each month as incurred rather than capitalized into inventory by contract.

Much of ATS' business is subject to C/SCSC financial reporting requirements in which ATS reports earned value and cost and schedule variance status.

### Navy Programs

The decline in sales from 1994 to 1997 of $153 million is due to the completion of the FDS_UWS program ($87 million), the Backfit Program ($18 million) and the ASIP Design effort ($10 million) as well as declining volumes on EMSP ($13 million) and Sea & Shore Engineering support ($15 million). Gross margins and operating margins during the same period rose steadily due to favorable performance on completing fixed-price contracts such as SURTASS Spares, AN/BQR-15 and FOTS. Continued margin improvement through 1997 is due to projected underruns in the EMSP fixed-price contract.

Sales decline from $147 million in to $127 million in 1999 and then remain stable principally due to completion of EMSP production for the U.S. and Spain. Offsetting this decline is growth in Surveillance with the start of FDS_C. Gross margins and operating margins decline in 1999 with the completion of EMSP and then continue in the 24% and 11% range, respectively, for 2000 and beyond.