# Exhibit 1

# Part 5 of 5

## Advanced Projects

The significant growth in Advanced Project sales is a result of winning a number of major long-term contracts. Additional large sole-source awards are expected later this year for which small study contracts have been received to do preparatory work leading to proposals this summer. The gross margins fluctuate due to the timing and size of award fee pools for which ATS has earned an average of 86% of available pools during the last three years. Continued growth is due in part to successful diversification efforts, which began last year and are expected to lead to large future awards.

## Secure Communications

The decline in sales from 1994 to 1997 was due to a downturn in U.S. Government budgets coupled with exit from the commercial market, maturing products, and customer funding of the next generation wired STU products. Growth in 1999 to 2000 is anticipated based on entry into "wireless" STU. The negative gross margins in 1994 and 1995 resulted from commercial market losses and exit from pursuit of that market. Rapidly declining IR&D, bid & proposal and selling expenses result from reduced investment and transition to a centralized sales organization.

## Assumptions for Projected Financial Information

The 1998 to 2001 period shows stable sales with continued growth in Advanced Projects and a modest decline in Navy programs. Gross margins drop from 26% in 1998 to 24% in 1999 due to the completion of the EMSP program. However, Operating Margins do not decline as rapidly because of G&A expense reduction efforts and remain above recent historical levels.

**Advanced Technologies Systems Financial Information by Fiscal Year**
**($M)**

| | 1994A | 1995A | 1996A | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|
| **Income Statement:** | | | | | | | | |
| Sales | 350.0 | 321.1 | 268.6 | 244.5 | 269.1 | 261.8 | 273.1 | 275.8 |
| Gross Margin | 66.4 | 71.2 | 68 2 | 64.6 | 70.8 | 64.2 | 66.0 | 66.6 |
| Sales/GM Adjust. | (6.8) | (6.8) | (4.7) | (5.6) | | | | |
| IR&D, B&P, Selling | 20.9 | 14.8 | 15.3 | 10.9 | 11.8 | 11.9 | 12.6 | 12.9 |
| G&A Allocated | 16.8 | 15.2 | 10.5 | 12.7 | 13.5 | 11.8 | 12.3 | 12.4 |
| G&A Local | 17.1 | 17.5 | 12.3 | 12.6 | 13.5 | 11.8 | 12.3 | 12.4 |
| Total Expenses | 54.8 | 47.5 | 38.1 | 36.2 | 38.7 | 35.5 | 37.2 | 37.7 |
| Operating Income | 4.8 | 14.9 | 25.4 | 22.8 | 32.1 | 28.7 | 28.8 | 28.9 |
| GM % | 19.0% | 22 2% | 25.4% | 26.4% | 26.3% | 24.5% | 24.2% | 24.1% |
| IR&D, B&P, Sell % | 6.0% | 4.6% | 5.7% | 4.5% | 4.4% | 4.5% | 4.6% | 4.7% |
| G&A Allocated % | 4.8% | 4.7% | 3.9% | 5.2% | 5.0% | 4.5% | 4.5% | 4.5% |
| G&A Local % | 4.9% | 5.5% | 4.6% | 5.2% | 5.0% | 4.5% | 4.5% | 4.5% |
| ROS % | 1.4% | 4.7% | 9.4% | 9.3% | 11.9% | 11.0% | 10.6% | 10.5% |
| **Cost Plus:** | | | | | | | | |
| Sales | 227.5 | 217.0 | 180.7 | 157.7 | 196.0 | 209.7 | 220.9 | 227.3 |
| Gross Margin | 50.4 | 52.1 | 42.4 | 37.6 | 45.4 | 48.8 | 51.7 | 53.0 |
| GM % | 22.2% | 24.0% | 23.5% | 24.0% | 23.2% | 23.3% | 23.4% | 23.3% |
| **Fixed Price:** | | | | | | | | |
| Sales | 122.5 | 104.1 | 87.9 | 86.4 | 73.0 | 52.1 | 52.2 | 48.5 |
| Gross Margin | 16.0 | 19.2 | 25.8 | 26.9 | 25.4 | 15.4 | 14.3 | 13.6 |
| GM % | 13.1% | 18.4% | 29.4% | 31.1% | 34.8% | 29.6% | 27.4% | 28.0% |
| **Assets:** | | | | | | | | |
| Inventory | 86.1 | 69 1 | 54.7 | 48.5 | 50.2 | 49.5 | 50.0 | 49.5 |
| Receivables | 40.7 | 34.1 | 32.4 | 20.4 | 20.0 | 18.1 | 18.1 | 16.8 |
| Net PP&E | 25.9 | 18.4 | 18.0 | 17.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Other | | 0.1 | 1.1 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Total Assets | 152.7 | 121.7 | 106.2 | 86.9 | 86.2 | 83.6 | 84,1 | 82.3 |
| Assets % to Sales | 43.6% | 37.9% | 39.5% | 35.5% | 32.0% | 31.9% | 30.8% | 29.8% |
| Capital Spend | 3.8 | 6.3 | 5.5 | 7.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Depreciation | 14.0 | 10.0 | 9.5 | 8.5 | 7.8 | 7.4 | 7.2 | 6.0 |

**Navy Programs Financial Information by Fiscal Year**
**($M)**

| | 1994A | 1995A | 1996A | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|
| **Income Statement:** | | | | | | | | |
| Sales | 293.7 | 249.7 | 181.6 | 140.8 | 146.7 | 126.7 | 128.1 | 125.8 |
| Gross Margin | 67.8 | 60.5 | 48.3 | 41.7 | 43.3 | 33.7 | 33.2 | 32.6 |
| Sales/GM Adjust. | (8.5) | (7.1) | (3.8) | (2.6) | | | | |
| IR&D, B&P, Selling | 8.7 | 9.7 | 8.6 | 6.2 | 6.0 | 5.5 | 5.7 | 5.6 |
| G&A Allocated | 13.9 | 11.6 | 6.9 | 7.2 | 7.3 | 5.7 | 5.8 | 5.7 |
| G&A Local | 14.2 | 13.5 | 8.2 | 7.1 | 7.3 | 5.7 | 5.8 | 5.7 |
| Total Expenses | 36.8 | 34.8 | 23.7 | 20.5 | 20.7 | 16.9 | 17.2 | 16.9 |
| Operating Income | 22.5 | 18.6 | 20.8 | 18.6 | 22.6 | 16.8 | 16.0 | 15.7 |
| GM % | 23.1% | 24 2% | 26.6% | 29.6% | 29.5% | 26.6% | 25.9% | 25.9% |
| IR&D, B&P, Sell % | 3.0% | 3.9% | 4.7% | 4.4% | 4.1% | 4.3% | 4.4% | 4.5% |
| G&A Allocated % | 4.7% | 4.6% | 3.6% | 5.1% | 5.0% | 4.5% | 4.5% | 4.5% |
| G&A Local % | 4.8% | 5.4% | 4.5% | 5.0% | 5.0% | 4.5% | 4.5% | 4.5% |
| ROS % | 7.7% | 7.4% | 11.5% | 13.2% | 15.4% | 13.3% | 12.5% | 12.5% |
| **Cost Plus:** | | | | | | | | |
| Sales | 207.2 | 169.6 | 114.3 | 72.7 | 86.0 | 89.7 | 90.9 | 87.3 |
| Gross Margin | 45.5 | 40.5 | 27.7 | 18.2 | 20.1 | 21.2 | 21.8 | 20.8 |
| GM % | 22.0% | 23.9% | 24.2% | 25.0% | 23.4% | 23.6% | 24.0% | 23.8% |
| **Fixed Price:** | | | | | | | | |
| Sales | 86.5 | 80.1 | 67.3 | 67.7 | 60.6 | 37.0 | 37.2 | 38.5 |
| Gross Margin | 22.3 | 20.1 | 20.6 | 23.6 | 23.2 | 12.5 | 11.4 | 11.8 |
| GM % | 25.8% | 25 1% | 30.6% | 34.9% | 38.3% | 33.8% | 30.6% | 30.6% |
| **Assets:** | | | | | | | | |
| Inventory | 70.5 | 57.0 | 39.8 | 33.0 | 30.0 | 27.0 | 27.5 | 27.0 |
| Receivables | 31.1 | 29.3 | 27.1 | 15.0 | 14.0 | 11.0 | 11.0 | 10.0 |
| Program Assets | 101.6 | 86 3 | 66.9 | 48.0 | 44.0 | 38.0 | 38.5 | 37.0 |
| Assets % to Sales | 34.6% | 34 6% | 36.8% | 34.1% | 30.0% | 30.0% | 30.1% | 29.4% |

## Advanced Projects Financial Information by Fiscal Year
($M)

| | 1994A | 1995A | 1996A | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|
| **Income Statement:** | | | | | | | | |
| Sales | 24.0 | 47.4 | 66.4 | 85.0 | 110.0 | 120.0 | 130.0 | 140.0 |
| Gross Margin | 6.0 | 11.6 | 14.7 | 19.6 | 25.3 | 27.6 | 29.9 | 32.2 |
| Sales/GM Adjust. | 1.7 | (1.7) | (0.9) | (3.0) | | | | |
| IR&D, B&P, Selling | 3.6 | 2.1 | 4.9 | 4.0 | 5.5 | 6.0 | 6.5 | 7.0 |
| G&A Allocated | 1.1 | 2.2 | 2.8 | 4.7 | 5.5 | 5.4 | 5.9 | 6.3 |
| G&A Local | 1.1 | 2.6 | 3.3 | 4.7 | 5.5 | 5.4 | 5.9 | 6.3 |
| Total Expenses | 5.8 | 6.9 | 11.0 | 13.4 | 16.5 | 16.8 | 18.2 | 19.6 |
| Operating Income | 1.9 | 3.0 | 2.8 | 3.2 | 8.8 | 10.8 | 11.7 | 12.6 |
| GM % | 25.0% | 24.5% | 22.1% | 23.1% | 23.0% | 23.0% | 23.0% | 23.0% |
| IR&D, B&P, Sell % | 15.0% | 4.4% | 7.4% | 4.7% | 5.0% | 5.0% | 5.0% | 5.0% |
| G&A Allocated % | 4.6% | 4.6% | 4.2% | 5.5% | 5.0% | 4.5% | 4.5% | 4.5% |
| G&A Local % | 4.6% | 5.5% | 5.0% | 5.5% | 5.0% | 4.5% | 4.5% | 4.5% |
| ROS % | 7.9% | 6.3% | 4.2% | 3.8% | 8.0% | 9.0% | 9.0% | 9.0% |
| **Cost Plus:** | | | | | | | | |
| Sales | 20.3 | 47.4 | 66.4 | 85.0 | 110.0 | 120.0 | 130.0 | 140.0 |
| Gross Margin | 4.9 | 11.6 | 14.7 | 19.6 | 25.3 | 27.6 | 29.9 | 32.2 |
| GM % | 24.1% | 24.5% | 22.1% | 23.1% | 23.0% | 23.0% | 23.0% | 23.0% |
| **Fixed Price:** | | | | | | | | |
| Sales | 3.7 | | | | | | | |
| Gross Margin | 1.1 | | | | | | | |
| GM % | 29.7% | | | | | | | |
| **Assets:** | | | | | | | | |
| Inventory | 7.0 | 10.7 | 12.7 | 14.0 | 19.0 | 21.0 | 21.0 | 21.0 |
| Receivables | 5.2 | 3.5 | 3.6 | 4.0 | 5.0 | 6.0 | 6.0 | 6.0 |
| Program Assets | 12.2 | 14.2 | 16.3 | 18.0 | 24.0 | 27.0 | 27.0 | 27.0 |
| Assets % to Sales | 50.8% | 30.0% | 24.5% | 21.2% | 21.8% | 22.5% | 20.8% | 19.3% |

**Secure Communications Systems Financial Information by Fiscal Year**
**($M)**

| | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|
| **Income Statement:** | | | | | | | | |
| Sales | 32.3 | 24.0 | 20.6 | 18.7 | 12.4 | 15.1 | 15.0 | 10.0 |
| Gross Margin | -7.4 | -0.9 | 5.2 | 3.3 | 2.2 | 2.9 | 2.9 | 1.8 |
| Sales/GM Adjust. | | | | | | | | |
| IR&D, B&P, Selling | 8.6 | 3.0 | 1.8 | 0.7 | 0.3 | 0.4 | 0.4 | 0.3 |
| G&A Allocated | 1.8 | 1.4 | 0.8 | 0.8 | 0.6 | 0.7 | 0.7 | 0.5 |
| G&A Local | 1.8 | 1.4 | 0.8 | 0.8 | 0.6 | 0.7 | 0.7 | 0.5 |
| Total Expenses | 12.2 | 5.8 | 3.4 | 2.3 | 1.5 | 1.8 | 1.8 | 1.2 |
| Operating Income | -19.6 | -6.7 | 1.8 | 1.0 | 0.7 | 1.1 | 1.2 | 0.6 |
| GM % | -22.9% | -3.8% | 25.2% | 17.6% | 17.7% | 19.2% | 19.3% | 18.0% |
| IR&D, B&P, Sell % | 26.6% | 12.3% | 8.8% | 3.7% | 2.4% | 2.6% | 2.7% | 3.0% |
| G&A Allocated % | 5.6% | 5.8% | 3.9% | 4.3% | 5.0% | 4.5% | 4.5% | 4.5% |
| G&A Local % | 5.6% | 5.8% | 3.9% | 4.3% | 5.0% | 4.5% | 4.5% | 4.5% |
| ROS % | -60.7% | -27.7% | 8.6% | 5.3% | 5.3% | 7.6% | 7.7% | 6.0% |
| **Assets:** | | | | | | | | |
| Inventory | 8.6 | 1.4 | 2.2 | 1.5 | 1.2 | 1.5 | 1.5 | 1.5 |
| Receivables | 4.4 | 1.3 | 1.7 | 1.4 | 1.0 | 1.1 | 1.1 | 0.8 |
| Program Assets | 13.0 | 2.7 | 3.9 | 2.9 | 2.2 | 2.6 | 2.6 | 2.3 |
| Assets % to Sales | 40.2% | 11.3% | 18.9% | 15.5% | 17.7% | 17.2% | 17.3% | 23.0% |

Note: All SCS Sales are Firm Fixed Price. There are no flexibly priced contracts in this product area.

**Table 13**

**Advanced Technology Systems Potential Sales For Projects >$1m**

**($000)**

| Status | Contract Name | Type | 1997 | 1998 | 1999 | 2000 | 2001 | 5 Year Total |
|---|---|---|---|---|---|---|---|---|
| F & F/O | Advanced Projects | CP | 85,000 | 110,000 | 120,000 | 130,000 | 140,000 | 585,000 |
| F & F/O | PF & TT Equipment | FP | 14,000 | 20,000 | 30,000 | 40,000 | 50,000 | 154,000 |
| F & F/O | Eng'r & Other Misc Services | FP | 1,000 | 1,000 | 1,000 | 1,000 | 2,000 | 6,000 |
| | **Total Commercial** | | **15,000** | **21,000** | **31,000** | **41,000** | **52,000** | **160,000** |
| New | FDS_C | CP | | 9,000 | 33,000 | 52,000 | 56,000 | 150,000 |
| F & F/O | FY96 - 01 Special Engineering | CP | 19,500 | 14,500 | 14,000 | 7,500 | 5,500 | 61,000 |
| New | SONAR 2087 PD & Production | FP | 1,000 | 4,000 | 8,600 | 16,000 | 16,000 | 45,600 |
| F & F/O | Host Ship | FP | 500 | 4,000 | 4,000 | 4,000 | 4,000 | 16,500 |
| Firm | Front End Upgrade | CP | 2,400 | 6,800 | 3,600 | 1,600 | 300 | 14,700 |
| New | East/West Coast Training Ranges | CP | | 2,500 | 4,000 | 4,000 | 3,000 | 13,500 |
| F / O | Adv. Tech. Demo of Ultra Thin Array | CP | | 1,650 | 3,300 | 3,800 | 1,175 | 9,925 |
| New | BOR15 & FMS Repairs & Engr Svcs. | FP | | 750 | 2,050 | 2,400 | 2,500 | 7,700 |
| F / O | AUTEC Hydrophone Replacement | CP | 1,000 | 4,400 | 1,400 | | | 6,800 |
| Firm | FDS UWS 1 & A | CP | 7,600 | | | | | 7,600 |
| Firm | Cable Management | CP | 300 | 750 | 750 | 750 | 750 | 3,300 |
| Firm | BOR-15 Repair & Engr Services | CP | 1,000 | | | | | 1,000 |
| F / O | FY97 Sore ILS / R&D | CP | 1,300 | | | | | 1,300 |
| Firm | MESA Range | CP | 1,300 | | | | | 1,300 |
| | **Total Surveillance & Undersea** | | **35,900** | **48,350** | **74,700** | **92,050** | **89,225** | **340,225** |
| Firm | AN / UYS2 Multi Year Production | FP | 41,600 | 17,100 | 4,360 | 170 | | 63,230 |
| New | Airborne Low Frequency Sonar F / O | FP | | 2,100 | 5,500 | 10,700 | 12,100 | 30,400 |
| New | P3 Aircraft Upgrade to AN / UYS2 CV | FP | | 2,700 | 6,100 | 10,100 | 11,400 | 30,300 |
| New | AN / UYS2 CV for Internat'l MPA / Helo | FP | | 500 | 5,200 | 10,800 | 12,800 | 29,300 |
| Firm | AN / UYS2 Commercial Variant | CP | 5,000 | 9,800 | 2,200 | | | 17,000 |
| Firm | AN / UYS2 FMS Sale to Spain | FP | 1,500 | 12,000 | | | | 13,500 |
| F & F/O | Integrated Program Support & F / O | CP | 3,354 | 2,060 | 1,960 | 1,960 | 1,960 | 11,294 |
| New | Intel Technology Support Services | CP | | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| Firm | SEMB Prod 1 Eng Svcs | FP | 2,440 | | | | | 2,440 |
| Firm | AN / UYS2 Development | FP | 1,000 | | | | | 1,000 |
| | **Total Processing** | | **54,894** | **48,760** | **27,820** | **36,230** | **40,760** | **208,464** |
| New | Future ASC Applications | CP | 1,600 | 5,300 | 10,000 | 15,000 | 20,000 | 51,900 |
| New | ASC Advanced Vibration Reducer | CP | | 5,400 | 5,300 | 5,000 | 7,500 | 23,200 |
| New | ASC for Helicopters | CP | | 2,000 | 4,700 | 5,000 | 7,500 | 19,200 |
| F & F/O | ASC Advanced Vibration Reducer | CP | 12,000 | 2,600 | 3,500 | 3,500 | 900 | 22,500 |
| F / O | ASC for Gas Turbine Engines | CP | 300 | 2,700 | 3,500 | 3,500 | 900 | 10,900 |
| F & F/O | ASC for Helicopters | CP | 3,800 | 6,000 | 3,000 | 3,000 | 700 | 16,500 |
| Firm | ASC Precision Machining | CP | 2,800 | | | | | 2,800 |
| | **Total Structure Control** | | **20,500** | **24,000** | **30,000** | **35,000** | **37,500** | **147,000** |
| Firm | LPD 17 Program | CP | 4,725 | 7,875 | 2,300 | 1,600 | 1,500 | 18,000 |
| F / O | LPD Ships 18 & 19 | CP | | | 3,000 | 3,000 | 3,000 | 9,000 |
| New | SSA New Business | CP | 430 | 950 | 525 | 390 | 375 | 2,670 |
| Firm | Ships Systems Auto (F/O) | CP | 1,660 | | | | | 1,660 |
| | **Networking / Decision Support** | | **6,815** | **8,825** | **5,825** | **4,990** | **4,875** | **31,330** |
| Firm | Surface Ship Torpedo Defense | FP | 750 | 360 | 45 | | | 1,155 |
| Firm | Interim Fiber Optic Tethered System | FP | 630 | 570 | 140 | | | 1,340 |
| F / O | Interim Fiber Optic Teth Sys F / O | FP | | 150 | 420 | 420 | 110 | 1,100 |
| Misc | Miscellaneous Small Contracts | CP | 5,900 | 1,800 | 410 | | | 8,110 |
| | **Total Miscellaneous Areas** | | **7,280** | **2,880** | **1,015** | **420** | **110** | **11,705** |
| IDIQ | Secure Communications Systems | FP | 18,700 | 12,400 | 15,100 | 15,000 | 10,000 | 71,200 |
| | **Grand Total** | | **244,089** | **276,215** | **305,460** | **364,690** | **374,470** | **1,554,924** |

APPENDIX PRODUCT BROCHURES