# Exhibit 2

# Part 2 of 12

entered into between Buyer and Seller and/or its Affiliates and listed in Section 5.6.

"<u>Completed Contracts</u>" means contracts under which performance by the Division has been completed and for which there is no remaining warranty, maintenance or support obligations.

"<u>Contracts</u>" means the contracts (other than the General Purchase Agreements), agreements, leases (other than the Leases), licenses, supply contracts, purchase orders, sales orders and instruments relating exclusively to the Business to which Seller or any of its Affiliates is a party which are identified on Schedule 3.12(a) or which are not required to be identified thereon in accordance with the provisions of Section 3.12(a) (i) for the lease of machinery and equipment, motor vehicles, or furniture and office equipment, (ii) for the provision of goods or services, (iii) for the sale of goods or performance of services by the Business, including teaming agreements relating thereto, (iv) for the sale and distribution of the Business Products, (v) relating to the non-disclosure of confidential information, and (vi) any such contracts, agreements, instruments and leases referred to in clauses (i) - (v), inclusive, entered into between the date hereof and the Closing Date by Seller in accordance with the provisions of Section 5.2; provided, however, that the Contracts shall not include any of the Completed Contracts.

"<u>Counsel for Buyer</u>" means Jenner & Block.

"<u>Counsel for Seller</u>" means a Corporate Counsel of Seller.

"<u>Dedicated Business Employees</u>" means the employees of Seller employed in the Business as of the date of this Agreement (excluding temporary, leased and contract personnel), and employees of Seller's Affiliates as of the date of this Agreement whose employment relates exclusively to the Business. Those individuals identified on both lists attached as Schedule 3.11(a) are agreed by the parties to be Dedicated Business Employees for purposes of this Agreement. Prior to the Closing Date, the parties shall consider in good faith additions and deletions to the individuals deemed to be Dedicated Business Employees.

"<u>Encumbrance</u>" means any lien, claim, charge, security interest, mortgage, pledge, easement, conditional sale or other title retention agreement, covenant or other similar restrictions affecting the Purchased Assets.

"Environmental Law" means CERCLA, the Resource Conservation and Recovery Act of 1976, and the Occupational Safety and Health Act of 1970, each as amended, and any similar local, county, state and/or federal law or regulation relating to or addressing the environment, health or safety, in each case as in effect on or prior to the Closing Date.

"ERISA" means the Employee Retirement Income Security Act of 1974, as amended.

"Excluded Assets" means the properties and assets of the Business excluded from the Purchased Assets by Section 2.2.

"Excluded Liabilities" means the liabilities and obligations that are not assumed by Buyer as provided in Section 2.5.

"Excluded Programs" means the following programs and product lines of the Division: Tactical Wireless, New Business Development, and Land and Air Programs (i.e. Kingcrab, BT-LL, Pyrate, Scallop, Sapporo and Flamingo).

"Fixtures and Supplies" means furniture and office equipment owned by Seller and used or held for use exclusively in the conduct of the Business and located on the Principal Premises, including desks, tables, chairs, file cabinets and other storage devices, communicating equipment, personal computers and servers and office supplies.

"GAAP" means U.S. generally accepted accounting principles consistently applied in accordance with past practices of the Seller.

"General Purchase Agreements" shall mean Third-Party supply contracts between Seller and a Third Party pursuant to which Seller purchases or supplies products or services from or to such Third-Party for any of Seller's businesses other than the Division.

"Governmental Body" means any legislative, executive, or judicial unit of any governmental entity (federal, state or local) or any department, commission, board, agency, bureau, official or other regulatory, administrative or judicial authority thereof.

"Governmental Permits" means all the governmental permits and licenses, certificates of inspection, approvals or other authorizations issued to Seller with respect to the Business and necessary for the operation of the Business.

"Hazardous Substance" means any substance that is regulated under any Environmental Law or is deemed by any Environmental Law to be "hazardous," "toxic," a "contaminant," "waste," a source of contamination or a pollutant.

"HSR Act" means the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended.

"Intellectual Property Agreement" means the agreement between Seller, as transferor and licensor, and Buyer, as transferee and licensee, for the transfer and license of certain intellectual property of Seller, in substantially the form set forth as Exhibit A.

"Intracompany Payable" means any Account Payable with respect to which Seller, an Affiliate or a division of Seller or an Affiliate is the obligee.

"Intracompany Receivable" means any Account Receivable with respect to which Seller, an Affiliate or a division of Seller or an Affiliate is the obligor.

"Inventory" means all inventory, wherever located, including raw materials, work in process, recycled materials, finished products, inventoriable supplies, and non-capital spare parts owned by Seller and used or held for use exclusively in the conduct of the Business of the type and nature of the materials identified in the Business Financial Statements, a summary of which and the locations of which are set forth on Schedule 2.1(d), and any rights of Seller to the warranties received from suppliers and any related claims, credits, rights of recovery and setoff with respect to such Inventory, but only to the extent such rights are assignable.

"IRS" means the U.S. Internal Revenue Service.

"Lease" means the lease for any of the Leased Premises.

"Leased Premises" means the real property included in the Principal Premises that is leased or subleased by Seller from Third Parties or Affiliates, used by Seller in the operation of the Business and identified on Schedule 3.15.

"Licenses" means all licenses, agreements and other arrangements under which Seller has the right to use any Proprietary Information of a Third Party to the extent used or held for use exclusively in the conduct of the Business, including the licenses which are identified on Schedule 3.12(a).

"Material Adverse Effect" means any material adverse change or effect (or series of related changes or effects) on the condition (financial or otherwise) of the Business taken as a whole or on the use of the Purchased Assets taken as a whole; provided, however, that events, circumstances or conditions resulting from changes, developments or circumstances in worldwide, national or local conditions (political, economic, regulatory or otherwise) that adversely affect industries related to the Business generally, or adversely affect a broad group of industries generally, in each case where such events, circumstances or conditions do not adversely affect the Purchased Assets or the Business disproportionately, shall not constitute a Material Adverse Effect.

"Permitted Encumbrances" means the (i) statutory liens for Taxes not yet due and payable, (ii) statutory liens of landlords, liens of carriers, warehouseman, mechanics and material men incurred in the ordinary course of business, for sums not yet due and payable, (iii) liens incurred or deposits made in the ordinary course of business in connection with workers' compensation, unemployment insurance and other types of social security or to secure the performance of tenders, statutory obligations, surety and appeal bonds, bids, leases government contracts, performance and return of money bonds and similar obligations, (iv) purchase money liens incurred in the ordinary course of business, (v) any licenses granted by Seller to third parties or Affiliates in connection with sales of products in the ordinary course of business, (vi) Encumbrances and exceptions set forth on Schedule 3.6, and (vii) minor imperfections in title and minor encroachments, if any, not material in amount and that, individually or in the aggregate, do not materially interfere with the conduct of the Business or with the use of the Purchased Assets and do not materially affect the value of the Purchased Assets.

"Person" means any individual, corporation, partnership, firm, association, joint venture, joint stock company, trust, unincorporated organization or other entity, or any government or regulatory, administrative or political subdivision or agency, department or instrumentality thereof.

"Principal Equipment" means the machinery and equipment, fixtures, improvements, motorized lifting or transporting equipment, tooling, supplies, tools, dies and similar capital items identified on Schedule 2.1(b) and non-capital spare parts related thereto. Principal Equipment includes rights to the warranties received from the manufacturers and distributors of said items and to any related claims, credits, rights of recovery and setoff with

respect to said items, but only to the extent such rights are assignable.

"Principal Premises" means (i) the real property and all buildings, fixtures, structures and other improvements of any kind or nature situated thereon, together with all easements, appurtenances, leases, tenancies, options, rights-of-way and any other real property rights and interests relating thereto, owned by Seller and located at 3801 Boren Drive, Greensboro, NC, (the "Eagle Premises") and (ii) the portion of the real property and all buildings, fixtures, structures and other improvements of any kind or nature situated thereon, together with all easements, appurtenances, leases, tenancies, options, rights-of-way and any other real property rights and interests relating thereto, owned by Seller and used in the conduct of the Business and located at 67 Whippany Road, Whippany, NJ, 6537 Judge Adams Road, Whitsett, NC and the Guilford Center, Greensboro, NC, each as more fully described in Schedule 3.15 (the "Shared Premises"), and (iii) those Leased Premises located at 600 Industrial Avenue, Greensboro, NC; 3704 Alliance Drive and 3702 Boren Drive, Greensboro, N.C.; 1919 So. Eads Street, Arlington, VA; and Gerwig Lane, Columbia, MD, all as more fully described in Schedule 3.15.

"Proprietary Information" means all information (in whatever form or medium and whether or not protectable by patent, copyright, mask works or trade secret rights) not generally known to the public (except for patents), including, but not limited to, works of authorship, inventions, discoveries, patentable subject matter, patents, patent applications, industrial models, industrial designs, trade secrets, trade secret rights, software, works, copyrightable subject matters, copyright rights and registrations, mask works, know-how and show-how, trademarks, trade names, service marks, emblems, logos, insignia and related marks and registrations, specifications, technical manuals and data, libraries, blueprints, drawings, proprietary processes, product information and development work-in-process.

"Purchase Price" means the payment to be made by Buyer in consideration for the Purchased Assets as provided in Section 2.3.

"Release" means any releasing, spilling, leaking, discharging, disposing of, pumping, pouring, emitting, emptying, injecting, leaching, dumping or allowing to escape.

"Remedial Action" means actions required by Environmental Law to: (i) clean up, remove, treat or in any other way address Hazardous Substances; (ii) prevent the

Release, or minimize the further Release, of Hazardous Substances; or (iii) investigate and determine if a remedial response is needed and design such a response and post-remedial investigation, monitoring, operation and maintenance care.

"Senior Executives" means Michael J. Mancuso, Corporate Vice President and Chief Financial Officer of Buyer, and Patricia F. Russo, Executive Vice President and Chief Staff Officer of Seller.

"Shared Leases" means collectively each of the leases between Seller and Buyer for the Shared Premises, respectively, in substantially the form set forth as Exhibit B.

"Subsidiary" means (i) any United States corporation, partnership, limited liability company or other entity more than 50% of the equity securities or partnership or membership interests of which are owned directly or indirectly by Seller or (ii) any non-United States corporation, partnership, limited liability company or other entity which is wholly-owned directly or indirectly by Seller (disregarding for this purpose shares held by directors or nominees).

"Third Party" means any Person not an Affiliate of the other referenced Person or Persons.

"Transferred Proprietary Information" means collectively the patents and patent applications ownership of which is to be transferred by Seller to Buyer at the Closing pursuant to Article 2 of the Intellectual Property Agreement.

"Transition Agreement" means the agreement between Buyer and Seller for the provision on an interim basis of support services for the operation of the Business after the Closing Date which the Buyer wishes to obtain for the Seller in substantially the form of Exhibit C.

**1.2 Other Definitional and Interpretive Matters**

Unless otherwise expressly provided, for purposes of this Agreement, the following rules of interpretation shall apply:

Accounting Terms. All accounting terms not specifically defined in this Agreement shall be construed in accordance with GAAP.

Calculation of Time Period. When calculating the

period of time before which, within which or following which any act is to be done or step taken pursuant to this Agreement, the date that is the reference date in calculating such period shall be excluded. If the last day of such period is a non-Business Day, the period in question shall end on the next succeeding Business Day.

Gender and Number. Any reference in this Agreement to gender shall include all genders, and words imparting the singular number only shall include the plural and vice versa.

Headings. The provision of a Table of Contents, the division of this Agreement into Articles, Sections and other subdivisions and the insertion of headings are for convenience of reference only and shall not affect or be utilized in construing or interpreting this Agreement. All references in this Agreement to any "Section" are to the corresponding Section of this Agreement unless otherwise specified.

Herein. The words such as "herein," "hereinafter," "hereof," and "hereunder" refer to this Agreement as a whole and not merely to a subdivision in which such words appear unless the context otherwise requires.

Including. The word "including" or any variation thereof means "including, without limitation" and shall not be construed to limit any general statement that it follows to the specific or similar items or matters immediately following it.

Knowledge. Any reference to Seller's knowledge shall refer to the actual knowledge of the senior managers of Seller set forth on Schedule 1.2.

Materiality. Any reference to "material" in relation to the Business, irrespective of the context, shall mean material in relation to the Business taken as a whole, any reference to "material" in relation to Seller, irrespective of the context, shall mean material in relation to the business operations of Seller, taken as a whole, and any reference to "material" in relation to Buyer, irrespective of the context, shall similarly mean material in relation to the business operations of Buyer, taken as a whole.

Schedules and Exhibits. The Schedules and Exhibits attached to this Agreement shall be construed with and as an integral part of this Agreement to the same extent as if the same had been set forth verbatim herein.

## 2. Purchase and Sale of Assets

### 2.1 Purchased Assets

Upon the terms and subject to the conditions of this Agreement and in reliance on the representations and warranties contained herein, on the Closing Date, Seller shall sell, transfer, assign, convey and deliver to Buyer, and Buyer shall purchase, acquire and accept from Seller, all Seller's right, title and interest in, to and under the Purchased Assets as the same shall exist on the Closing Date. For purposes of this Agreement, "Purchased Assets" shall mean all the assets, properties and rights set forth or described in Sections 2.1(a) through 2.1(m), inclusive (except in each case for the Excluded Assets), whether or not any of such assets, properties or rights have any value for accounting purposes or are carried or reflected on or specifically referred to in Seller's books or financial statements:

(a) (i) the Eagle Premises and (ii) the Assumed Leases;

(b) the Principal Equipment;

(c) all Fixtures and Supplies;

(d) all Inventory;

(e) all of Seller's rights under the Contracts;

(f) all of Seller's rights under the Licenses;

(g) except with respect to the Completed Contracts, all mailing lists, customer lists, vendor data, equipment maintenance records, warranty information, records of plant operations, standard forms of documents, manuals of operation or business procedures, and other similar information to the extent the same is necessary for the operation of the Business and, with respect to the Eagle Premises, all available building plans, blueprints, renderings and surveys;

(h) all books and records of Seller (including all discs, tapes and other media-storing data and other information, but excluding information management systems not used exclusively in the Business) located at the Principal Premises or otherwise and primarily used in the conduct of the Business, but in all cases excluding any personnel records (the materials described in subsections (g) and (h) of this Section 2.1 hereinafter being referred to herein as "Business Records");

(i) the Governmental Permits but only to the extent that such Governmental Permits are assignable or transferable to the Buyer, including those Governmental Permits that are identified on Schedule 2.1(i);

(j) all Accounts Receivable;

(k) all Transferred Proprietary Information;

(l) all claims, causes of action, rights of recovery and other claims and defenses (excluding rights to refunds of Taxes (as defined in Section 2.2(d)) to the extent provided in Sections 2.2(d) and 5.12) relating exclusively to the Purchased Assets or the Assumed Liabilities; and

(m) all other assets (other than Excluded Assets) reflected in the June 30, 1997 balance sheet included in the Business Financial Statements, except to the extent such assets have been disposed of on or after such date in the ordinary course of business.

**2.2 Excluded Assets**

Notwithstanding the provisions of Section 2.1, it is hereby expressly acknowledged and agreed that the Purchased Assets shall not include, and Seller is not selling, transferring, assigning, conveying or delivering to Buyer, and Buyer is not purchasing, acquiring or accepting from Seller, the following (the rights, properties and assets expressly excluded by this Section 2.2 or otherwise excluded by the terms of Section 2.1 from the Purchased Assets being referred to herein as the "Excluded Assets"):

(a) any of Seller's cash, bank deposits or similar cash items;

(b) any Proprietary Information of Seller other than as expressly provided under the Intellectual Property Agreement;

(c) (i) Seller's personnel records pertaining to any Business Employees; (ii) any other books and records that Seller is required by law to retain; (iii) any books and records relating to Seller's treatment, storage, transportation, disposal, recycling and handling of Hazardous Substances; and (iv) any information management system of Seller other than those used exclusively in the Business and contained within the Fixtures and Supplies or the computer hardware included as a Purchased Asset pursuant to Section 2.1(b); provided, however, that Buyer shall have the

right to make copies of any portions of such retained books and records that relate to the Business or any of the Purchased Assets or Assumed Liabilities;

(d) subject to the provisions of Section 5.12, any claim, right or interest of Seller in or to any refund, rebate, abatement or other recovery for U.S. federal, state, local or foreign net income, franchise, gross income, alternative or add on minimum, gross receipts, sales, use, value added, ad valorem, transfer, profits, license, withholding, payroll, employment, excise, severance, stamp, capital stock, occupation, premium, environmental, windfall profit, real or personal property taxes, customs, duties or other taxes, governmental fees or other like assessments or charges of any kind whatsoever, whether disputed on not, together with any interest or additions due thereon or penalty arising therefrom, and including any transferee or secondary liability with respect to any tax (whether imposed by law, contractual agreement or otherwise) and any liability in respect of any tax as a result of being a member of any affiliated, consolidated, combined, unitary or similar group (collectively, "Taxes") for any periods prior to the Closing Date;

(e) all "AT&T" or "Lucent Technologies" marked sales and marketing or packaging materials, samples, prototypes, other similar AT&T or Lucent Technologies - identified sales and marketing or packaging materials and any marketing studies, except to the extent such materials are sold or used by the Business in the ordinary course of business in accordance with the terms of Section 5.4;

(f) any Business Products, Principal Equipment or other assets sold in the ordinary course of business between the date hereof and the Closing Date;

(g) except as provided in Section 5.5, all assets attributable or relating to any Benefit Plan;

(h) Intracompany Receivables;

(i) except as otherwise provided in Sections 2.1(l) and 5.12, all of the Seller's rights, claims or causes of action against third Persons relating to the assets, properties, business or operations of the Seller arising out of transactions occurring prior to the Closing Date;

(j) except as otherwise provided in Sections 2.1(d) or (h), any of the assets and properties of the Seller at locations other than the Principal Premises;