# Exhibit 2

# Part 9 of 12

the Closing Date by action of the parties hereto taken by their Boards of Directors or by their duly authorized officers or employees, whether before or after such party's action; provided, however, that such amendment shall be evidenced by a written instrument duly executed on behalf of each party by its duly authorized officer or employee.

IN WITNESS WHEREOF, each of Buyer and Seller has caused this Agreement to be duly executed on its behalf by its duly authorized officer as of the date first written above.

LUCENT TECHNOLOGIES INC.

By: Patricia F Russo

Name: Patricia F. Russo

Title: EVP Chief Staff Officer

GENERAL DYNAMICS CORPORATION

By: Michael J. Mancuso

Name: Michael J. Mancuso

Title: Sr. VP & CFO

GDS.AGR

# *FIXED ASSETS ON TRANSFERRABLE BALANCE SHEET **

**($000)**

| Functional Area | Organization Codes | Original Balance | Depreciation | Net Plant |
|---|---|---|---|---|
| President | 300000000 - 300002000 | $597 | $457 | $140 |
| Program Support | 300010000 - 300019000 | 2,353 | 1,915 | 438 |
| Quality | 300020000 - 300020400 | 35 | 26 | 9 |
| CFO @ 1/3 | 300030000 - 300034200 | 154 | 113 | 41 |
| CIO @ 1/2 | 300040000 - 300040600 | 3,222 | 2,566 | 656 |
| Marketing | 300050000 - 300053000 | 293 | 239 | 54 |
| Navy Programs | 30020B000 - 300220000 | 3,770 | 2,750 | 1,020 |
| Advanced Projects | 30030B000 - 300330000 | 4,072 | 2,361 | 1,711 |
| Mfg & Eng | 301000000 - 301962300 | 27,176 | 20,529 | 6,647 |
| R&D less Wireless Utilities | 302000000 - 302821000 | 33,208 | 29,589 | 3,619 |
| Total Transferred Assets | | $74,880 | $60,545 | $14,335 |
| Assets from ISSC (IBM) | | | | 375 |
| | | | Grand Total | $14,710 |

* Source data is the VYFMN611 Report from the facilities accounting system.

## EXCLUDED ASSETS

| Functional Area | Organization Codes | Original Balance | Depreciation | Net Plant |
|---|---|---|---|---|
| HR | 300003000 - 300003300 | 40 | 26 | 14 |
| PR | 300054000 - 300054100 | 62 | 42 | 20 |
| Wireless | 300060000 - 300062000 | 1,465 | 407 | 1,058 |
| NBD | 300100000 - 300125000 | 1,308 | 1,009 | 299 |
| Utilities | 300500000 - 300504000 | 327 | 184 | 143 |
| Digital Studios | 300600000 - 300600100 | 571 | 508 | 63 |
| CFO @ 2/3 | 300030000 - 300034200 | 307 | 226 | 81 |
| CIO @ 1/2 | 300040000 - 300040600 | 3,221 | 2,565 | 656 |
| Integrated Solutions | 303000000 - 303151000 | 7,209 | 4,820 | 2,389 |
| R&D Wireless/Utilities | 302822000 | 53 | 51 | 2 |
| R&D Wireless/Utilities | 302826000 | 64 | 46 | 18 |
| R&D Wireless/Utilities | 302875000 | 1,281 | 1,147 | 134 |
| R&D Wireless/Utilities | 302921000 - 302923000 | 87 | 54 | 33 |
| VideoConferencing | 300000000 | 385 | 143 | 242 |
| Total NOT Transferred | | $16,380 | $11,228 | $5,152 |
| Total of ALL Assets | | $91,260 | $71,773 | $19,487 |

# SCHEDULE 2.1 (b)

# CAPITAL ITEMS

JMC 8/18/97

## ATS Fixed Assets as of June 1997
## ($ - Thousands)

| | | Orig. Balance | Depreciation | Net Book Value |
|---|---|---|---|---|
| Total 300000000 | PH00 | 91,260 | (71,773) | 19,487 |
| Less: | | | | |
| 300030000 | CFO | 461 | (339) | 122 |
| 300040000 | CIO | 6,443 | (5,131) | 1,312 |
| 300054000 | Public Relations | 62 | (43) | 19 |
| 300003000 | HR | 40 | (26) | 14 |
| 303000000 | Integrated Solutions | 7,209 | (4,820) | 2,389 |
| 300100000 | New Business Development | 1,308 | (1,009) | 299 |
| 300500000 | Utilities | 328 | (185) | 143 |
| 300060000 | Wireless | 1,465 | (407) | 1,058 |
| 300600000 | Digitial Studio Systems | 571 | (508) | 63 |
| 302822000 | R&D for Wireless/Utilities | 53 | (51) | 2 |
| 302826000 | R&D for Wireless/Utilities | 64 | (46) | 18 |
| 302875000 | R&D for Wireless/Utilities | 1,280 | (1,147) | 133 |
| 302921000 | R&D for Wireless/Utilities | 17 | (15) | 2 |
| 302923000 | R&D for Wireless/Utilities | 70 | (38) | 32 |
| 302927000 | R&D for Wireless/Utilities | 2 | (1) | 1 |
| Net Transferrable | | 71,887 | (58,007) | 13,880 |

| | | |
|---|---|---|
| Baseline NBV | 13,880 | |
| CFO @ 1/3 | 41 | (Pro Rata Share of PC's) |
| CIO @ 1/2 | 656 | (Split of Platforms) |
| ISSC Units | 375 | (150 @ $2,500 each) |
| Videotelecon | (242) | (Listed under President-Goes to Landlord) |
| Net Transferrable | 14,710 | |



Lucent Proprietary - Use Pursuant to Company Instruction

9706nbv2
8/11/97

**AMENDED VERSION**
**Schedule 2.1(d) Inventory**
**(Refer to Book 1 of Closing Doc. ATS Sales)**

# SCHEDULE 2.1(d)

## Summary of Inventory

# SCHEDULE 2.1 (d)

# SUMMARY OF INVENTORY

**ATS INVENTORY JUNE 30, 1997**
**($ In Thousands)**

| SBU | SBU Specific | Active ATS Contracts | |
|---|---|---|---|
| 1AH | Navy Programs | 10,291.4 | |
| 1AF | Advanced Projects | 7,312.3 | (Excludes BTS LL, KINGCRAB, AND SCALLOP) |
| 1RS | Secure Comm. Systems | 640.1 | (Net of 7,056k of RFMV reserves) |
| | Total Specific Inventory | 18,243.8 | |
| | **Allocated** | | |
| 1X | ATS Indirect Expense Pool | 3,000.0 | (Final supporting data shows $3,338.6k) |
| 1F | ATS Mfg. (DCSS, SCS) | 2,747.0 | |
| 1AM | ATS Mfg ( Multiyear and monthly lag) | 1,000.0 | (Final supporting data shows $811.1k) |
| | Total Allocated from MIPS JC (IV002) | 6,747.0 | |
| | **Total Net Inventory** | 24,990.8 | |

8/20/97

## ATS ACTIVE [illegible]TRACT STATUS AS OF 6/30/97
(Dollars in Thousands)

| FSBU | Contract No. | Name | June Inventory | Curr. | Short Term A/R as of 6/30/97 30 | 60 | 90 | 120 | Total | LT A/R 6/30/97 | Contract Reserves |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Advanced Projects - Kleinberg** | | | | | | | | | | | |
| 1AF-05-11 | 1AF-05-11 | SDL | 143.3 | 98.7 | | | | | 98.7 | | |
| Adv Proj | 4580 | PCP2 | 51.8 | 29.8 | 36.1 | | | | 65.9 | 9.3 | |
| | 8691 | ETS | 223.1 | | | | | | 0.0 | 60.0 | |
| | 8735 | Cable Protection | 1,100.2 | | | | | | 0.0 | (9.1) | |
| | 8758 | CASCO | 4.0 | | | | 1.4 | | 1.4 | 6.6 | |
| | 8760 | FFT | 179.6 | 260.0 | | | | | 260.0 | | |
| | BOA94G6611 | LDL BOA | 1.0 | | | | | | 0.0 | 28.7 | |
| | CLASS82786 | LDL | (53.0) | | | | | | 0.0 | | |
| | CLASS8704 | FOC (STS) | 2.0 | 3.1 | | | | | 3.1 | | |
| | CLASS91127 | LDL 95-96 | 10.6 | 2.7 | (6.9) | | | | (4.2) | 30.7 | |
| | CLASS91470 | LDL 96-97 | 40.5 | | | | 33.0 | 217.2 | 250.2 | | |
| | CLASS91637 | LDL 97-98 | 49.1 | 119.3 | 410.2 | | | | 529.5 | | |
| | CLASS91824 | VENUS | 420.3 | | 411.8 | | | | 411.8 | | |
| | CLASS91873 | INTREPID | 311.1 | 148.4 | 156.2 | | | | 304.6 | | |
| | CLASS966507 | FISH | 29.8 | 13.3 | 14.2 | 17.0 | 66.6 | | 111.1 | | |
| | CLASS96C6501 | LOBSTER | 195.2 | 93.4 | | | | | 93.4 | | |
| | CLASS96C6508 | TSS P96 | 16.5 | 24.5 | | | | | 24.5 | | |
| | CLASS96G6354 | LDL BOA 96-97 | 154.9 | 246.9 | | | | | 246.9 | | |
| | MERCURY | MERCURY | 1,254.3 | 798.9 | | | | | 798.9 | | |
| | STSACQUISITION | STS ACQUISITION | 833.3 | | | | | | 0.0 | | |
| | STSCOMMODITIES | STS COMMODITIES | 39.1 | | | | | | 0.0 | | |
| | TSS | TSS | 2,288.7 | 2,844.6 | | | | | 2,844.6 | | |
| | WOC95 | WORK ORDERS | 16.9 | 28.7 | | | | | 28.7 | 8.1 | |
| | **Total Advanced Projects** | | 7,312.3 | 4,712.3 | 1,021.6 | 17.0 | 101.0 | 217.2 | 6,069.1 | 134.3 | 0.0 |

P139

## ATS ACTIVE CONTRACT STATUS AS OF 6/30/97
(Dollars In Thousands)

| FSBU | Contract No. | Name | June Inventory | Short Term A/R as of 6/30/97 Curr. | 30 | 60 | 90 | 120 | Total | LT A/R 6/30/97 | Contract Reserves |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Navy Programs (Defense Programs) - Sears | | | | | | | | | | | |
| 1AH-01-01 | TTM020460 | AN/UYS - 2A Proc. Upgrade Support (FPCAP) | 26.2 | 36.1 | 27.7 | | | | 63.8 | | |
| 1AH-01-02 | N00024-87-C-5231 | EMSP Test Dev. (DTE) | (343.0) | | | | | | 0.0 | | |
| | N00024-89-C-5239 | STM | 336.3 | | | | | | 0.0 | | (850.0) |
| | N00024-91-C-5201 | SEM-B Production | 99.6 | 282.3 | | | | 2.8 | 285.1 | | |
| | N00024-92-C-5211 | Multiyear | 2,341.5 | 6.8 | | | | 440.6 | 447.4 | 14,748.6 | |
| | N00024-92-C-5211 | FMS Spain (B000209218) | | | | | | | | | |
| 1AH-01-03 | N00024-94-C-6363 | IPS Services | 1,261.9 | | | | | | | 100.0 | |
| 1AH-03-02 | 6201905 AF | LPD - 17 Ship Devel. AF | 62.6 | | | | | | 0.0 | | |
| | 6201905 CO | LPD - 17 Ship Devel. CO | 420.7 | | 78.5 | | | | 78.5 | | |
| 1AH-04-02 | DAAH01-97-P-R006 | Diameter Accutether Fiber | 3.3 | | | | | | | | |
| 1AH-06-01 | 04CJMB39680 | SSTD (Surface Ship Torpedo Defense) | 40.5 | | | | | | 0.0 | 563.6 | |
| 1AH-07-01 | MDA972-93-C-0061 | SSA (Single Operator Sensor Station) | 64.3 | | | | | | 0.0 | 70.0 | |
| 1AH-07-02 | N00014-93-C-0075 | ALTS (SSBN for Advanced LFAA Tech Sys) | 44.6 | | | | | | 0.0 | | |
| 1AH-11-01 | F33615-94-C-4440 | Precision Machine | 115.8 | | | | | | 0.0 | | |
| | F728960 | ASC for Gas Turbines | 2.4 | | | | | | 0.0 | 37.1 | |
| | F774414 | Eddy Current Sensor | 43.0 | | | | | | | | |
| | N00014-94-C-2033 | AVC for Advanced Lithography | 0.1 | | | | | | 0.0 | 22.1 | |
| | Z50039 | High Speed Machining | 14.2 | | 11.3 | | | | 11.3 | | |
| 1AH-11-02 | N00024-95-C-6204 | AVR | 1,395.5 | | | | | | 0.0 | 100.0 | |
| 1AH-11-03 | N00014-96-C-2079 | Helicopter Active Control | 453.5 | | | | | | 0.0 | | |
| 1AH-15-01 | N00406-96-C-5057 | AN/BQR - 15 FY96 Follower | 113.0 | | 91.3 | | | | 91.3 | | |
| 1AH-15-02 | 95034 CRADA | Ultra Thin Array | 0.0 | | | | | | 0.0 | | |

P140

## ATS ACTIVE CONTRACT STATUS AS OF 6/30/97
(Dollars in Thousands)

| FSBU | Contract No. | Name | June Inventory | Short Term A/R as of 6/30/97 Curr. | 30 | 60 | 90 | 120 | Total | LT A/R 6/30/97 | Contract Reserves |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1AH-17-01 | N00039-94-C-0004 | Cable Management | 159.6 | | | | | | 0.0 | | (113.0) |
| | N00039-96-C-0044 | FY96 Spec. Projects | 1,459.6 | 852.9 | | | | | 852.9 | 3.0 | |
| | N00039-96-C-0056 | SOSUS Shore Systems | 108.7 | | | (8.4) | | | (8.4) | 8.7 | |
| | N00039-97-C-0070 | FEUP Front End Upgrade | 169.5 | | | | | | 0.0 | 230.5 | |
| | N00039-97-C-0073 | AGS5105 Host Ship Systems | 427.1 | | | | | | 0.0 | | |
| 1AH-17-03 | N00039-90-C-0077 | FDS / UWS | 1,502.4 | | | | | | 0.0 | | (100.0) |
| 1AH-21-01 | AC1 970402 897 | Low Voltage PFE Sys Atlantic Cross | 0.0 | | | (132.5) | | | (132.5) | | |
| SSI | AC1 970402 898 | Low Voltage PFE Sys Atlantic Cross | 0.0 | | | (132.5) | | | (132.5) | | |
| PPF | AC1 970408 899 | Low Voltage PFE Sys Atlantic Crossing One | 0.0 | | | | | | 0.0 | | |
| Power Feed | AC1 970408 900 | Low Voltage PFE Sys Atlantic Crossing One | 0.0 | | | | | | 0.0 | | |
| Equip. | M960530362 | PFE COP Excess Inv. | 693.7 | | | | | | 0.0 | | |
| | M961209772 | Med. Voltage PFE | (77.2) | | | | | | 0.0 | | |
| | NAX 790131 838 | HUPFE/ North Atlantic Shirley II | (709.3) | 179.5 | | | | | 179.5 | | |
| | NAX 970131 839 | HUPFE/ North Atlantic Lands End III | (696.4) | | | | | | 0.0 | | |
| | NAX 970205 842 | High Voltage PFE Norden Cable Station | (224.4) | 149.6 | | | | | 149.6 | | |
| | NAX 970205 843 | High Voltage PFE (Shirley II) | (108.3) | 144.4 | | | | | 144.4 | | |
| | PA970414-908 | Pan American | 0.0 | | | | | | 0.0 | | |
| | PA970414-909 | Pan American | 0.0 | | | | | | 0.0 | | |
| | PA970414-910 | Pan American | 0.0 | | | | | | 0.0 | | |
| | PA970414-911 | Pan American | 0.0 | | | | | | 0.0 | | |
| | PA970414-912 | Pan American | 0.0 | | | | | | 0.0 | | |
| | PA970414-913 | Pan American | 0.0 | | | | | | 0.0 | | |
| | PA970414-914 | Pan American | 0.0 | | | | | | 0.0 | | |
| | PA970414-915 | Pan American | 0.0 | | | | | | 0.0 | | |
| | PA970414-916 | Pan American | 0.0 | | | | | | 0.0 | | |
| | PA970414-917 | Pan American | 0.0 | | | | | | 0.0 | | |
| | PA970414-918 | Pan American | 0.0 | | | | | | 0.0 | | |
| | PA970414-919 | Pan American | 0.0 | | | | | | 0.0 | | |
| | SMW790312869 | Low Voltage PFE | (59.1) | 26.3 | | | | | 26.3 | | |
| | SMW970310867 | Med Voltage PFE | (280.8) | 125.4 | | | | | 125.4 | | |
| | SMW970312870 | Med Voltage PFE | (266.5) | 119.0 | | | | | 119.0 | | |
| 1AH-21-02 | AC1 970408 901 | Low Voltage PFE Sys Atlantic Crossing One/B W | (495.8) | 330.5 | | | | | 330.5 | | |
| | AC1 970408 902 | Low Voltage PFE Sys Atlantic Crossing One/B L | (550.8) | | | | | | 0.0 | | |
| SSI | AC1-970512-955 | | (26.1) | 34.8 | | | | | 34.8 | | |
| TTE Term | AC1-970512-956 | | (26.1) | 34.8 | | | | | 34.8 | | |
| Test Eq. | AC1-970512-957 | | 0.1 | | | | | | 0.0 | | |
| | AC1-970512-958 | | 0.0 | | | | | | 0.0 | | |
| | AC1-970512-959 | | 0.0 | | | | | | 0.0 | | |
| | AC1-970512-960 | | 0.0 | | | | | | 0.0 | | |

Lucent Technologies Proprietary

# ATS ACTIVE CONTRACT STATUS AS OF 6/30/97
(Dollars in Thousands)

| FSBU | Contract No. | Name | June Inventory | Short Term A/R as of 6/30/97 Curr. | 30 | 60 | 90 | 120 | Total | LT A/R 6/30/97 | Contract Reserves |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1AH-21-02 | B3014672 | WDM Models | 393.0 | 130.3 | 20.5 | | | | 150.8 | | |
| (continued) | M960530363 | PTE COP Excess Inv. | 256.5 | | | | | | 0.0 | | |
| | M960815NG 558 | TTE97 CTU for Bus1 Tuckerton | (7.3) | 9.8 | | | | | 9.8 | | |
| | M960815NG 559 | TTE97 CTU for Bus1 Bermuda | 4.2 | 9.8 | | | | | 9.8 | | |
| | M961204753 | TTE Test Equip & Tool | 678.6 | 347.0 | 0.6 | | | | 347.6 | | |
| | M970122801 | FABM | 70.3 | | | | | | 0.0 | | |
| | NAX 970213 856 | North Atlantic Crossing/ C Lands End | (952.1) | | | | | | 0.0 | | |
| | NAX 970213 857 | North Atlantic Crossing/ C Shirley II | (835.4) | 439.7 | | | | | 439.7 | | |
| | SMW 970413 905 | SEA-ME-WE3 | (519.6) | 346.4 | | | | | 346.4 | | |
| | SMW 970413 906 | SEA-ME-WE3 | (519.6) | 346.4 | | | | | 346.4 | | |
| | SMW 970413 907 | SEA-ME-WE3 | (454.7) | 303.1 | | | | | 303.1 | | |
| | SMW 970413 953 | SEA-ME-WE3 | (28.9) | 38.7 | | | | | 38.7 | | |
| | SMW 970413 954 | SEA-ME-WE3 | (29.0) | 38.7 | | | | | 38.7 | | |
| | TPC 970415 920 | TPC-5/5 Bandon Cable Station | 0.0 | | | | | | 0.0 | | |
| | TPC 970415 921 | TPC-5/5 Bandon Cable Station | 0.0 | | | | | | 0.0 | | |
| 1AH-21-03 | B3014623 | Tech. Serv | 14.5 | | 25.4 | | | | 25.4 | | |
| SSI | M961206 755 | SSI Concurrent Eng. | 93.5 | 61.2 | 48.1 | | | | 109.3 | | |
| Eng. Serv. | M961206 756 | Factory DWG Devel. | 3.5 | 7.1 | 10.7 | | | | 17.8 | | |
| | M961206 757 | KP Interface | 3.1 | 2.5 | 2.8 | | | | 5.3 | | |
| | M961206 758 | Quality Audit | 2.3 | | | | | | 0.0 | | |
| 1AH-21-04 AF Mat. | SSIMATERIALHOLDING | | 4,576.3 | | | | | | 0.0 | | |
| 1AH-21-05 | B3014831 | Repair/Test & Boards for SL PFE | 0.2 | | | | | | 0.0 | | |
| SSI | B3014815 | SL 140/280 Plug-in Pool | 0.0 | 1.0 | | 1.0 | | | 2.0 | | |
| Repairs | B3014816 | Ship & Hardware Cost for SL 140/280 | 0.0 | | | | | | 0.0 | | |
| | M110196706 | Testing Upgrade | 2.6 | | | | | | 0.0 | | |
| | M960711486 | Repair & Power Stage | (31.4) | | | | | | 0.0 | | |
| | M961015661 | TTE+R 122 Display | 0.0 | | | | | | 0.0 | | |
| | M971001827 | SSI Field Returns & Rep. | (6.2) | | | | | | 0.0 | | |
| 1AH-21-06 | M960711485 | TTE +R (M&P Repair & Return) | 81.1 | | | | | | 0.0 | | |
| SSI | Subtotal - SSI | Submarine Systems Inc. | (31.5) | 3,226.0 | 108.1 | (264.0) | 0.0 | 0.0 | 3,070.1 | 0.0 | (1,310.0) |
| | Total Navy Programs | | 10,291.4 | 4,404.1 | 316.9 | (272.4) | 0.0 | 443.4 | 4,892.0 | 15,883.6 | (2,373.0) |
| 1RS | Total SCS - Secure Com. Systems | | 640.1 | 2,606.3 | 345.7 | 190.9 | 11.7 | 73.7 | 3,228.3 | | (919.0) |
| | Total ATS Active Contracts | | 18,243.8 | 11,722.7 | 1,684.2 | (64.5) | 112.7 | 734.3 | 14,189.4 | 16,017.9 | (3,292.0) |

P142

REPORT ID: IV002
ACCOUNTING PERIOD: 09/1997

ADVANCED TECHNOLOGY SYSTEMS
INVESTMENT (STANDARD VS. SPD)

07/04/97
01:38:20
PAGE: 87

| FSBU CODE/ CONTRACT NUMBER | CONT SUPPL | BA TYPE | FUNDING NUMBER | STANDARD ITEMS: PREVIOUS MO INVESTMENT | STANDARD ITEMS: CURRENT INPUT | STANDARD ITEMS: CURRENT OUTPUT | STANDARD ITEMS: CUMULATIVE INVESTMENT | SPECIAL DESIGN ITEMS: PREVIOUS MO INVESTMENT | SPECIAL DESIGN ITEMS: CURRENT INPUT | SPECIAL DESIGN ITEMS: CURRENT OUTPUT | SPECIAL DESIGN ITEMS: CUMULATIVE INVESTMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MFGHOLDINGACCOUNT | | CM | B000202960 | .00 | .00 | .00 | .00 | 139471.10 | .00 | .00 | 139471.10 |
| ******* 1EB9999 HOLDING ORDERS | | | | .00 | .00 | .00 | .00 | -873923.31 | .00 | .00 | -873923.31 |
| ***** 1EB99 FSBU DESCRIPTION NOT FOUND | | | | .00 | .00 | .00 | .00 | -873923.31 | .00 | .00 | -873923.31 |
| *** 1EB CUSTOM MANUFACTURING SERVICES | | | | .00 | .00 | .00 | .00 | -3736.69 | -134961.56 | .00 | -138698.15 |
| ** 1E CUSTOM MANUFACTURING SERVICES | | | | .00 | .00 | .00 | .00 | -3736.69 | -134961.56 | .00 | -138698.15 |
| FSBU: 1FDCSS DCSS | | | | | | | | | | | |
| ADVANCED480 | | AF | B000208357 | .00 | .00 | .00 | .00 | 712962.40 | 439382.37 | -255276.55 | 899068.42 |
| ******* 1FDCSS DCSS | | | | .00 | .00 | .00 | .00 | 712962.40 | 439382.37 | -253276.35 | 899068.42 |
| ***** 1FDCS FSBU DESCRIPTION NOT FOUND | | | | .00 | .00 | .00 | .00 | 712962.40 | 439382.37 | -253276.35 | 899068.42 |
| *** 1FD FSBU DESCRIPTION NOT FOUND | | | | .00 | .00 | .00 | .00 | 712962.40 | 439382.37 | -253276.36 | 899068.42 |
| FSBU: 1FSCS SECURE COMMUNICATIONS SYSTEMS | | | | | | | | | | | |
| ADVANCE360 | | AF | B000208358 | .00 | .00 | .00 | .00 | 2037053.90 | 1219288.38 | -1408770.86 | 1847571.42 |
| ******* 1FSCS SECURE COMMUNICATIONS SYSTEMS | | | | .00 | .00 | .00 | .00 | 2037053.90 | 1219288.38 | -1408770.86 | 1847571.42 |
| ***** 1FSCS SECURE COMMUNICATIONS SYSTEMS | | | | .00 | .00 | .00 | .00 | 2037053.90 | 1219288.38 | -1408770.86 | 1847571.42 |
| *** 1FS FSBU DESCRIPTION NOT FOUND | | | | .00 | .00 | .00 | .00 | 2037053.90 | 1219288.38 | -1408770.86 | 1847571.42 |
| ** 1F ATS MANUFACTURING | | | | .00 | .00 | .00 | .00 | 2750016.30 | 1658670.75 | -1662847.21 | 2746839.84 |
| FSBU: 1G SANDIA SECURITY ACCRUAL | | | | | | | | | | | |

LUCENT TECHNOLOGIES - PROPRIETARY

# ATS Manufacturing Holding - Active Contracts
## 6/30/97

| | $ | Notes |
|---|---|---|
| EMSP | 289.5 | Cost transfer (cost moving between work orders) - file hung in holding from 1995 due to improper coding of order numbers. Costs associated with EMSP contract (see att.). |
| Interworks | 521.6 | Normal routine of inter-entity billing generates a 1 month lag in holding before processing to contracts. Also, current year interworks fallouts. |
| *Subtotal* | 811.1 | Costs in Mfg Holding applicable to active contracts |
| Other | 1,528.9 | Lucent issues |
| **Total** | 2,340.0 | 1AM Total Inventory |



Lucent Technologies Proprietary

8/11/97

# SCHEDULE 2.2 (i)

# OTHER EXCLUDED ASSETS

OTHER EXCLUDED ASSETS

Other excluded assets refer to those inventories, receivables and net plant associated with businesses sharing the same book set as Advanced Technology Systems but which are not a part of this sale. Those businesses include Integrated Solutions, Utility Solutions, Wireless and New Business Development. The assets for each of those businesses are separately identifiable and have been specifically excluded from the June 30, 1997 transferable balance sheet.

Also excluded are those assets associated with three contracts in Advanced Programs known as King Crab, BTS LL and Scallop. Proposal efforts for three additionally excluded jobs may result in contract awards prior to the closing date. Those potential awards are known as Pyrate, Sapporo and Flamingo.

# SCHEDULE 2.5(d)

## DESCRIPTION OF CERTAIN MATTERS

### Pension Surplus

The Government has indicated it may, as a result of the separation of Lucent from AT&T in 1996, pursue recovery of its share of contributions to surplus pension funds in respect of ATS contracts (and those of predecessor units).

### Pension Withdrawal

During the period 1991-1993, AT&T made withdrawals from surplus assets in the AT&T Pension Plans. The Government asserted an entitlement to its proportionate share of such surplus based on its alleged contribution to such surplus through contractor billings on cost reimbursement contracts. Negotiations with the Administrative Contracting Officer have recently resulted in a resolution of this issue for all years in question.

### Unpaid Liquidated Damages

Potential claim for unpaid liquidated damages under MDA A904-36-C-7025 as described on Schedule 3.12(b).

 Encl 2

# LUCENT TECHNOLOGIES INC.
## GOVERNMENT SOLUTIONS
## LIST OF CAS AND DISCLOSURE STATEMENT NONCOMPLIANCES
## AUGUST 11, 1997

1. Noncompliance with CAS 401 resulting from inconsistency in the estimation and accumulation of Bell Labs computer center costs. Initial determination of noncompliance issued by the CACO on October 23, 1993. Responded to the CACO agreeing with the noncompliance on May 24, 1994. Responded to ACO on May 17, 1996 stating that results of the cost impact study revealed no increased costs to the Government. The ACO responded April 27, 1997 requesting a revised cost impact proposal after DCAA's review found the initial cost impact proposal deficient. Agreement reached on May 14, 1997 with the ACO and DCAA to potentially expand the analysis to include a larger universe of contracts based on a lower contract value threshold. List of additional contracts sent to DCAA on August 1, 1997 for their analysis per the agreement of May 14, 1997.

2. Noncompliance with CAS 418 resulting from a voluntary change in allocation methodology for Lucent Real Estate "house services" costs. Initial finding of noncompliance issued by the ACO on May 28, 1997. Response in process.

c:\files\winword\noncom2.doc

# SCHEDULE 3.4

## Business Financial Statement