# Exhibit 2

# Part 11 of 12

### ADVANCE AGREEMENT
### PENSION COSTS

AT&T has elected to fully comply with Financial Accounting Standard (FAS) 87 effective January 1, 1986. Prior to that time, AT&T was using an actuarial funding method for measuring pension costs (the spread gain actuarial cost method) that complied with the Cost Accounting Standards. However, FAS 87 prohibits the continued use of the spread gain method for measuring pension cost. Therefore, AT&T Technologies, Inc., Federal Systems, agrees to switch, effective January 1, 1986, from the spread gain actuarial method to the entry age normal method of funding for Government contract purposes which is acceptable under the provisions of CAS 412. AT&T Technologies, Inc., Federal Systems, will continue to be charged by the parent corporation, and the rest of AT&T will continue to fund its pension costs, using the spread gain actuarial method. However, the Government will be charged the lower of either the spread gain method or the entry age normal method.

AT&T will submit a cost impact proposal for contracts existing on January 1, 1987, if, during the performance of those contracts, the entry age normal method produces a lower cost than the spread gain method. The contractor further agrees to furnish to the Government a formal actuarial valuation report based on both the spread gain method and the entry age normal method.

Pension cost computed for a cost accounting period under the entry-age-normal method not funded by the time set for filing the Federal income tax return or any extension thereof shall not be allowable in any subsequent cost accounting period. No amount for interest on the portion not funded in that cost accounting period shall be a component of pension cost of any future cost accounting period.

The contractor's Disclosure Statement will be revised to reflect these changes in measuring pension cost within 60 days from the date of this agreement.

Agreed to this 18th day of November 1987.

JERRY A. STARR
Corporate Administrative
Contracting Officer

M. G. WOLFE
Controller
Federal Systems Division

Encl 2

# LUCENT TECHNOLOGIES INC.
# GOVERNMENT SOLUTIONS
# LIST OF CAS AND DISCLOSURE STATEMENT NONCOMPLIANCES
# AUGUST 11, 1997

1. Noncompliance with CAS 401 resulting from inconsistency in the estimation and accumulation of Bell Labs computer center costs. Initial determination of noncompliance issued by the CACO on October 23, 1993. Responded to the CACO agreeing with the noncompliance on May 24, 1994. Responded to ACO on May 17, 1996 stating that results of the cost impact study revealed no increased costs to the Government. The ACO responded April 27, 1997 requesting a revised cost impact proposal after DCAA's review found the initial cost impact proposal deficient. Agreement reached on May 14, 1997 with the ACO and DCAA to potentially expand the analysis to include a larger universe of contracts based on a lower contract value threshold. List of additional contracts sent to DCAA on August 1, 1997 for their analysis per the agreement of May 14, 1997.

2. Noncompliance with CAS 418 resulting from a voluntary change in allocation methodology for Lucent Real Estate "house services" costs. Initial finding of noncompliance issued by the ACO on May 28, 1997. Response in process.

c:\files\winword\noncom2.doc

# SCHEDULE 3.12(a)

## Contracts

# ADVANCED TECHNOLOGY SYSTEMS

## ACTIVE CONTRACTS

| Contract No. | Stop Date | Contract Type | Customer | Contract Value |
|---|---|---|---|---|
| 8201905 | 9/30/02 | CPAF | Hughes Aircraft Co., Naval & Maritime Systems, Fullerton CA* | $ 18,784,891 |
| 95034 (CRADA) | 10/16/98 | FFP | Naval Underwater Warefare Ctr., Commercial Acq. Dept., Newport RI | $ - |
| AC1-970402-897 | 9/30/97 | NTE FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ* | $ 100,000 |
| AC1-970402-898 | 9/30/97 | NTE FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 100,000 |
| AC1-970408-899 | 4/8/98 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,305,000 |
| AC1-970408-900 | 3/25/98 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,305,000 |
| AC1-970408-901 | 1/14/98 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,305,000 |
| AC1-970408-902 | 12/4/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,305,000 |
| AC1-970512-955 | 2/11/98 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 348,400 |
| AC1-970512-956 | 2/18/98 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 348,400 |
| AC1-970512-957 | 3/4/98 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 348,400 |
| AC1-970512-958 | 3/11/98 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 348,400 |
| AC1-970512-959 | 4/15/98 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 348,400 |
| AC1-970512-960 | 4/22/98 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 348,400 |
| B3014623 | 12/31/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 197,000 |
| B3014672 | 8/31/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 1,010,000 |
| B3014815 | 12/31/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 12,500 |
| B3014816 | 12/31/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 18,000 |
| B3014831 | 12/31/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 50,000 |
| DAAH01-97-P-R006 | 8/31/97 | FFP | MICOM | $ 35,000 |
| F33615-94-C-4440 | 11/28/97 | CPFF | USAF/AFMC/ASC. Wright Laboratory, Wright Patterson AFB OH | $ 7,044,701 |
| F728980 | 12/31/97 | CPFF | Pratt & Whitney, PO Box 109600,West Palm Beach, Florida | $ 3,027,623 |
| F774414 | 12/31/97 | NTE CPFF | Pratt & Whitney, PO Box 109600,West Palm Beach, Florida | $ 410,940 |
| M110198706 | 12/31/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 17,600 |
| M961015881 | 7/15/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 61,500 |
| M961204763 | 12/31/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 1,669,396 |
| M961206755 | 12/31/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 295,000 |
| M961206756 | 12/31/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 385,000 |
| M961206757 | 12/31/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 55,000 |
| M961206758 | 12/31/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 36,000 |
| M970122801 | 10/1/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 75,000 |
| M971001827 | 12/31/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 125,000 |
| MDA972-93-C-0061 | 9/30/97 | CR/CPFF | DARPA-Defense Advanced Research, Projects Agency, Arlington VA | $ 11,136,137 |
| N00014-93-C-0076 | 9/30/98 | CPFF | Office of Naval Research, 800 Quincy St., Arlington VA | $ 7,684,156 |
| N00014-94-C-2033 | 9/30/97 | CPFF | DARPA-Defense Advanced Research, Projects Agency, Arlington VA | $ 2,324,109 |
| N00014-96-C-2079 | 8/1/99 | CPFF | Dept of the Navy, Office of Naval Research, Arlington VA | $ 12,890,395 |
| N00024-87-C-5231 | 9/30/97 | FFP | NAVSEA-Arlington, 2531 Jefferson Davis Highway, Arlington VA | $ 143,299,992 |
| N00024-89-C-5239 | 9/30/97 | FFP | NAVSEA-Arlington, 2531 Jefferson Davis Highway, Arlington VA | $ 71,676,667 |
| N00024-91-C-5201 | 9/30/97 | FFP | NAVSEA-Arlington, 2531 Jefferson Davis Highway, Arlington VA | $ 24,427,566 |

[illegible] Aircraft Co. and all Submarine

# ADVANCED TECHNOLOGY SYSTEMS

## ACTIVE CONTRACTS

| Contract No. | Stop Date | Contract Type | Customer | Contract Value |
|---|---|---|---|---|
| N00024-92-C-5211 | 3/31/99 | FFP | NAVSEA-Arlington, 2531 Jefferson Davis Highway, Arlington VA | $ 268,242,334 |
| N00024-94-C-6363 | 8/31/97 | CPFF | NAVSEA-Arlington, 2531 Jefferson Davis Highway, Arlington VA | $ 36,000,248 |
| N00024-96-C-6204 | 9/30/97 | CPFF | Naval Sea Systems Com., 2531 Jefferson Davis Hwy., Arlington VA | $ 45,548,538 |
| N00039-94-C-0004 | 9/30/97 | CPFF | Dept of the Navy, SPAWAR, Washington DC | $ 5,029,000 |
| N00039-96-C-0044 | 9/30/97 | CPFF | Dept of the Navy, SPAWAR, Washington DC | $ 39,533,488 |
| N00039-96-C-0056 | 9/30/97 | CPFF | Dept of the Navy, SPAWAR, Washington DC | $ 9,957,359 |
| N00039-97-C-0070 | 9/30/98 | FFP | Dept of the Navy, SPAWAR, Washington DC | $ 4,430,184 |
| N00039-97-C-0073 | 9/18/99 | CPFF/FFP | Dept of the Navy, SPAWAR, Washington DC | $ 10,143,400 |
| N00406-96-C-5057 | 9/30/97 | CR/CPFF/FFP | Naval Supply Ctr. - Puget Sound, Bremerton WA | $ 4,516,429 |
| NAX-790131-838 | 10/15/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 1,794,880 |
| NAX-970131-839 | 10/1/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 1,851,680 |
| NAX-970205-842 | 3/25/98 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 1,794,880 |
| NAX-970205-843 | 4/8/98 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 1,733,101 |
| NAX-970213-856 | 9/24/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,305,000 |
| NAX-970213-857 | 10/8/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,305,000 |
| PA970414-908 | 9/15/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 61,800 |
| PA970414-909 | 9/15/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 61,800 |
| PA970414-910 | 9/15/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 61,800 |
| PA970414-911 | 10/24/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,900 |
| PA970414-912 | 10/17/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,900 |
| PA970414-913 | 10/17/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,900 |
| PA970414-914 | 10/10/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,900 |
| PA970414-915 | 10/10/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,900 |
| PA970414-916 | 9/26/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,900 |
| PA970414-917 | 10/3/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,900 |
| PA970414-918 | 10/3/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,900 |
| PA970414-919 | 9/26/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 3,900 |
| SMW-790312-889 | 11/12/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 236,564 |
| SMW-970310-867 | 11/19/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 1,120,400 |
| SMW-970312-870 | 11/6/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 1,063,200 |
| SMW-970413-905 | 10/9/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 2,425,000 |
| SMW-970413-906 | 10/23/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 2,425,000 |
| SMW-970413-907 | 11/6/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 2,425,000 |
| SMW-970512-953 | 1/21/98 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 348,400 |
| SMW-970512-954 + A22 | 1/28/98 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 348,400 |
| SSIMAT'LIILDG | 12/31/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 1,700,000 |
| TPC970415920 | 8/15/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 31,799 |
| N00024-97-C-6381 | 7/31/98 | CPFF | NAVSEA-Arlington, 2531 Jefferson Davis Highway, Arlington VA | $ 43,029,814 |
| TTM020480 | 7/31/97 | CPFF | Lockheed Martin Material Acq. Ctr, Atlantic Region, Morristown NJ | $ 279,918 |

# ADVANCED TECHNOLOGY SYSTEMS

## ACTIVE CONTRACTS

| Contract No. | Stop Date | Contract Type | Customer | Contract Value |
|---|---|---|---|---|
| Z60039 | 2/28/98 | FFP | McDonnell Douglas Corp., P.O. Box 516, St. Louis MO | $ 368,232 |
| 04CJ-MB-39680 | 12/31/97 | FFP | Northrop-Grumman, 7301 Sykesville Rd., Sykesville, MD | $ 2,348,809 |
| AC1-950602978 | 10/2/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 17,362 |
| M970312-871 | 11/15/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 53,280 |
| B3015028 | 9/15/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 98,000 |
| B3014915 | 12/30/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 345,000 |
| C9706018BE928 | 9/1/97 | FFP | AT&T Submarine Sys. Inc., 340 Mt. Kemble Ave., Morristown NJ | $ 153,000 |
| DAAB07-94-D-F785 | 6/14/98 | FFP | US Army CECOM | $ 9,000,000 |
| DAAB07-92-D-B502 | 12/31/97 | FFP | US Army CECOM | $ 9,861,280 |

P170

## ADVANCED TECHNOLOGY SYSTEMS

## ACTIVE CLASSIFIED CONTRACTS (mod)

| Contract No. | Stop Date | Contract Type | Customer | Contract Value |
|---|---|---|---|---|
| 4580 | 9/30/97 | CPFF | Classified | $ 1,362,525 |
| 8691 | 11/30/97 | CPFF | Classified | $ 6,517,876 |
| 8735 | 9/30/97 | CPFF | Classified | $ 13,211,851 |
| 8758 | 9/30/97 | CPFF | Classified | $ 950,000 |
| 8760 | 8/11/97 | CPFF | Classified | $ 2,600,000 |
| 04CJMB39680 | 12/31/97 | FFP | Classified | $ 2,346,809 |
| 1AF0511 | 6/30/97 | CPFF | Classified | $ 472,850 |
| BOA94G6611 | 9/30/97 | FFP/CPFF | Classified | $ 2,752,941 |
| CLASS82786 | 9/30/97 | FFP | Classified | $ 328,084 |
| CLASS8704 | 9/30/97 | CPFF/CPAF | Classified | $ 2,166,798 |
| CLASS91127 | 9/30/97 | CPFF | Classified | $ 6,431,675 |
| CLASS91470 | 9/30/97 | CPFF | Classified | $ 658,088 |
| CLASS91637 | 12/31/97 | CPFF | Classified | $ 5,905,639 |
| CLASS91824 | 12/31/97 | CPFF | Classified | $ 1,976,949 |
| CLASS91873 | 9/30/97 | CPFF | Classified | $ 1,000,000 |
| CLASS966507 | 7/15/97 | CPFF | Classified | $ 762,956 |
| CLASS96C6501 | 12/31/97 | CPFF | Classified | $ 2,566,185 |
| CLASS96C6508 | 10/1/97 | CPFF | Classified | $ 278,365 |
| CLASS96G6354 | 3/12/98 | CPFF | Classified | $ 6,718,944 |
| MERCURY | 2/28/99 | CPAF | Classified | $ 13,801,655 |
| STSACQUISITION | 9/19/99 | CPFF/CPAF | Classified | $ 55,437,197 |
| STSCOMMODITIES | 9/19/99 | FFP | Classified | $ 62,000 |
| TSS | 9/30/99 | CPIF/CPAF | Classified | $ 124,301,541 |
| WOC95 | 9/30/97 | CPAF/CPFF | Classified | $ 4,277,308 |
| COPPER | 4/30/98 | CPAF | Classified | $ 1,895,629 |
| HUDSON | 11/30/98 | CPAF | Classified | $ 2,152,748 |
| WITCHCRAFT | 10/31/98 | CPAF | Classified | $ 2,295,192 |

FOR THE 3.12(a) LIST

- NSA Contract MDA904-86-C-7025, STU-III Contract
- NSA Contract MDA904-92-D-3503, STU-III Contract
- NSA Contract MDA904-96-D-0024, STU-III Contract, expires 9/99.
- TCC, exclusive reseller agreement (worldwide except US, Canada, Europe), expires 9/98 (2 remaining option years), assignable to Lucent subsidiaries and affiliates.
- CYCOMM, exclusive reseller agreement (US, Canada, Europe), expires 10/98, assignable to Lucent subsidiaries or affiliates.
- CYCOMM Trademark License Agreement, expires 10/2002, no provisions for assignment.
- CYCOMM, License for Lucent TSD patents/technology, no expiration date.
- QUALCOMM Teaming Agreement, Cellular STU-III (C-STU), assignment requires QUALCOMM's written approval.
-Currently approximately 11 Manufacturer Representatives, various contract expiration dates, no provision for assignment by Lucent (However, termination w/o cause available on 24 hour or 30 day written notice).
- DSP Software Engineering, License for DSP Software Engineering's TMS320C5X DSPSE Multi-Rate CELP Vocoder Source Code
- Interentity Agreement - Paradyne and Microelectronics - V.32 Data Pump Modem
- Interentity Agreement - BCS - 1100M(Merlin STU-III)
- Interentity Agreement - Andover Development Group
- Interentity Agreement - Product production at ATS Manufacturing
- Interentity Agreement - Lucent Microelectronics to produce our custom CMOS CCI KSG (Type 1 encryption chip)in wafer form which is then packaged outside of Lucent.

THE 3.12(a) LIST

NSA Contract MDA904-86-C-7025, STU-III Contract
NSA Contract MDA904-92-D-3503, STU-III Contract
- NSA Contract MDA904-96-D-0024, STU-III Contract, expires 9/99.
- TCC, exclusive reseller agreement (worldwide except US, Canada, Europe), expires 9/98 (2 remaining option years), assignable to Lucent subsidiaries and affiliates.
- CYCOMM, exclusive reseller agreement (US, Canada, Europe), expires 10/98, assignable to Lucent subsidiaries or affiliates.
- CYCOMM Trademark License Agreement, expires 10/2002, no provisions for assignment.
- CYCOMM, License for Lucent TSD patents/technology, no expiration date.
- QUALCOMM Teaming Agreement, Cellular STU-III (C-STU), assignment requires QUALCOMM's written approval.
-Currently approximately 11 Manufacturer Representatives, various contract expiration dates, no provision for assignment by Lucent (However, termination w/o cause available on 24 hour or 30 day written notice).
- DSP Software Engineering, License for DSP Software Engineering's TMS320C5X DSPSE Multi-Rate CELP Vocoder Source Code
- Interentity Agreement - Paradyne and Microelectronics - V.32 Data Pump Modem
- Interentity Agreement - BCS - 1100M(Merlin STU-III)
- Interentity Agreement - Andover Development Group
- Interentity Agreement - Product production at ATS Manufacturing
- Interentity Agreement - Lucent Microelectronics to produce our custom CMOS CCI KSG (Type 1 encryption chip)in wafer form which is then packaged outside of Lucent.

# UNSHIPPED DIRECT ORDERS

Date of report: 08/08/97



| Number | Customer | Item | Qty. | Est. Ship Date | PO Value |
|---|---|---|---|---|---|
| 64 | TECHNICAL COMMUNICATIONS CORPORATIO | NRE001 | 25 | 01/31/97 | $2,500.00 |
| 164 | TECHNICAL COMMUNICATIONS CORPORATIO | NRE001 | 25 | 01/31/97 | $2,500.00 |
| 470997M0869 | KELLY AIR FORCE BASE | K2S2-264 | 200 | 04/30/97 | $11,000.00 |
| -VISA WILLIAMSON | US AIR FORCE (011-81-311-7662019) | KS23821-L2 | 2 | 05/16/97 | |
| -VISA WILLIAMSON | US AIR FORCE (011-81-311-7662019) | XTN-385D | 1 | 05/16/97 | $246.00 |
| :-VISA OSBON | HQ SAF/TF204 | K2S2-264 | 5 | 05/14/97 | $275.00 |
| 000029286 | CREE RESEARCH, INC. | 1910 | 1 | 06/16/97 | $2,395.00 |
| 00189-97-M-FM47 | V2141204- USS GEO WASHINGTON CVN73 | K2S2-264 | 5 | 06/16/97 | $275.00 |
| '0470997P3086 | DET 12, JCC/DOM, BLDG 2028 | ON416007-1 | 30 | 07/15/97 | $450.00 |
| 129402 | LAPD SID | 2100S | 1 | 08/04/97 | $2,145.00 |
| CC-VISA-DAIGLE | U.S. ARMY SPACE COMMAND | K2S2-264 | 3 | 08/20/97 | $165.00 |
| 49772 | TECHNICAL COMMUNICATIONS CORP | 4110TF | 25 | 09/19/97 | $48,375.00 |
| 49772 | TECHNICAL COMMUNICATIONS CORP | 4110TF | 25 | 10/17/97 | $48,375.00 |
| 49772 | TECHNICAL COMMUNICATIONS CORP | 3700F | 90 | 08/26/97 | $117,720.00 |
| F3462197M5309 | | 1910 | 10 | 08/26/97 | $21,450.00 |
| 605478 | | 4100F | 2 | 08/20/97 | $4,970.00 |
| CC-MC-PERSON | LAWRENCE LIVERMORE NATL LABS | 1100 | 1 | 08/29/97 | $1,398.00 |
| TT0146780 | [MA]RTIN MARIETTA CORPORATION | 1100 | 25 | 09/05/97 | |