# Exhibit 2

# Part 12 of 12

# SCHEDULE 5.2

## Changes in Conduct of Business

LUCENT TECHNOLOGIES TODAY SPECIAL EDITION
Monday, August 11, 1997

CHANGES TO U.S. MANAGEMENT BENEFITS PLANS -- The Lucent Technologies Board of Directors has approved a number of significant changes to benefits plans for management employees in the United States. The changes keep us competitive with others in our industry, and create an overall benefits package that offers certain key improvements for our U.S.-based management employees. For instance, the change in our pension plan will increase pension amounts for most employees. Other improvements in the pension plan's portability and simplicity offer employees greater choice in managing career moves and retirement decisions.

"Lucent's success depends on attracting, retaining and motivating top performers around the globe," said Lucent CEO Henry Schacht. "These changes to our U.S. management benefits portfolio allow Lucent to offer the kind of flexible, contemporary benefits found at the high-performance, high-technology companies with which we compete for talent."

The pension plan changes become effective Jan. 1, 1998, as do several other changes to the U.S. management 401(k) savings plan and health care programs. Benefits programs for Lucent occupational employees remain in accordance with the terms of the 1995 contracts.

While today's announcement affects U.S.-based managers only, Lucent continually reviews benefits plans in countries where our employees live and work to ensure these plans are both competitive and contemporary. In fact, Lucent has already made selective benefits plan changes in some countries, such as Brazil and Spain. Any benefits plan changes must be reviewed on a country-by-country basis and integrated with local law and compensation practices. Any changes to benefits programs are announced locally to employees in those countries.

Highlights of the changes we're announcing today follow. A "Compensation & Benefits News--Special Report," covering pension and savings plan changes as well as medical plan changes, will be mailed to the homes of U.S. management employees beginning Aug. 22.

U.S. MANAGEMENT PENSION PLAN

** Updated base period. The pay base averaging period used in pension calculations will be updated to run from Jan. 1, 1993, through Dec. 31, 1997, with a 1.4 percent multiplier. By basing the pension on more recent compensation levels in this updated five-year averaging period, pension amounts under the new formula will be higher for most employees.

** Simplified pension eligibility rules. Under the new pension formula, you are eligible to retire with a service pension if you are at least age 50 with at least 15 years of net credited service. If your age (must be 50 or older) plus net credited service when you retire totals 75 years or more, you will be eligible to retire with a full pension. If your age and net credited service total less than 75 years, your pension benefit is discounted by 3 percent for each year the total is less than 75.

** Pension portability. Vested employees (with at least five years of service) who leave before they're eligible to retire with a service pension will have the option to take a lump sum equal to the value of their pension at the time they leave Lucent.

** As part of the effort to bring Lucent benefits in line with the kind of benefits packages other high-performance companies provide, the lump-sum death benefit payable under the pension plan -- taxable under current IRS rules -- will be eliminated. This change affects management employees who have not retired prior to Jan. 1, 1998. (Note: This change does not affect life insurance or pension survivor annuity payments.)

** Changes become effective Jan. 1, 1998, for managers leaving on or

after that date. A "transition formula" will apply to managers who leave between Jan. 1, 1997, and Dec. 31, 1997. This transition formula will use current pension eligibility rules, a pay base updated to Jan. 1, 1991, through Dec. 31, 1996, and a 1.6 percent benefit multiplier. This transition formula will also be available for managers who leave from Jan. 1, 1998, through the year 2000, if it provides a greater benefit than the new formula.

-- During the next several months, the Lucent Pension Service Center (PSC) will be reprogramming its pension calculation system to support these changes and is not currently able to provide employees with projected pension calculations under the new formulas. In October, the PSC will be able to accommodate pension calculation requests from service pension-eligible employees thinking of retiring before the end of 1997. As stated earlier, materials with more details on pension plan changes will be mailed to management employee homes during August.

U.S. MANAGEMENT 401(K) SAVINGS PLAN

-- Improved company match effective Jan. 1, 1998. The company match will be more closely linked to company performance by introducing a variable match that accompanies a guaranteed match. The guaranteed company match will change from 66 2/3 cents to 50 cents for each $1 contributed to the plan. The variable match will range from 0 to $1, depending on company performance and the board's discretion, thus increasing the plan's earning potential. At target performance (using the same financial targets as the Lucent Award), the variable match will be 25 cents, resulting in a combined company match of 75 cents. At maximum performance, participating employees could receive a total match of $1.50 for each $1 saved in the plan (up to the first 6 percent of eligible compensation). The variable match will be credited to each employee's account in a lump-sum on an annual basis.

U.S. MANAGEMENT MEDICAL PLAN

-- For management employees who live in an area where the Point-of-Service (POS) option is available, a new Enhanced Indemnity option will be introduced. The enhanced option will offer greater coverage than the standard indemnity option. (In an indemnity plan, participants have greater flexibility to choose doctors and specialists, are required to file claims and are responsible for co-insurance and deductibles.)

-- Consistent with competitive practice, employees participating in the POS program will begin paying a pre-tax monthly premium contribution toward the cost of their health care coverage. The amount of the contribution is determined by the type of coverage you've selected (individual, two-person or family).

-- Introducing a health care coverage option (medical, dental, vision) for same-sex domestic partners. Same-sex domestic partner health care benefits are more and more common as part of the contemporary benefits package provided by high-technology companies. To attract, retain and motivate the talent we need, Lucent must offer benefits comparable and competitive with other high-tech employers. Offering this benefit underlines Lucent's commitment to build an open, supportive and diverse environment that leverages the diverse talents and ideas of all our people.

MANAGEMENT RETIREE HEALTH

-- Management employees retiring on or after Jan. 1, 1998, will be required to contribute toward the cost of what the company pays for their health care coverage as retirees.
The amount of the retiree's contribution will be based on his or her years of service prior to retirement. Under the new plan, a "maximum

company contribution" will be set and Lucent will annually contribute 3 percent for every year of service -- up to a total of 90 percent -- to the maximum company contribution. It's important to note that a retiree's contribution is based on the "premium" paid by Lucent for his or her health care coverage, not the cost of the medical expenses incurred by the retiree.

For example, if the maximum company contribution for 1999 is $4,000 and the health care premium for 1999 is $4,100, an employee who retired in 1998 with 30 years of service would pay a contribution of $500, or $41.67 per month ($4,100 health care premium less $3,600, which is 90 percent -- 3 percent times 30 years service -- of the maximum company contribution of $4,000, results in a retiree contribution of $500). For an employee who retired with 25 years of service, the retiree contribution would be $1,100 or $91.67 per month.

For management employees who retired from March 1, 1990, up to Dec. 31, 1997, Lucent will contribute 100 percent of the maximum company contribution. If the maximum company contribution does not equal the cost of the retiree health care plan (i.e., HMO, POS, indemnity plans) the retiree will be required to make up the difference.

For employees retiring between Jan. 1, 1998, and Dec. 31, 2000, who qualify to retire under the prior retirement eligibility rules, Lucent will contribute 90 percent of the maximum company contribution, regardless of years of service.

No contribution will be required for those who retired prior to March 1, 1990. No retiree contributions will be required in 1998.

******************************************************************

Lucent Technologies Today is published by Lucent PR for people of Lucent Technologies. It is not intended for external audiences.

******************************************************************

**SCHEDULE 5.9**

**DIRECT BASES FOR RATE APPLICATION**

The attached schedule sets forth, for each of the open years, the amount of direct charges billed to the customer to which the overhead rates are applied, based on current provisional billing rates. A set of estimated final rates will be negotiated with the buyer prior to closing. This schedule excludes two major contracts, N00039-90-C-0077 and N00024-94-C-6363, that will be physically completed prior to closing.

85 Anal 91-94

| Contract # Grand Total Analysis | 1991 Base/Rates | 1991 Amount | 1992 Base/Rates | 1992 Amount | 1993 Base/Rates | 1993 Amount | 1994 Base/Rates | 1994 Amount | Total Delta 91-94 |
|---|---|---|---|---|---|---|---|---|---|
| **ENGINEERING** | | | | | | | | | |
| Labor Inc Base ($) | - | | 97.50 | | 580,531.88 | | 2,927,879.70 | | |
| Labor Inc ($) | | | | | | | | | |
| Current PBR | 28.03% | - | 27.49% | 26.80 | 30.67% | 171,915.12 | 34.80% | 1,018,936.84 | |
| Current PBR | 28.03% | - | 27.49% | 26.80 | 30.67% | 171,915.12 | 34.80% | 1,018,936.84 | |
| Delta | | - | | - | | - | | - | - |
| Ind Exp Base ($) Current | - | | 126.30 | | 776,967.80 | | 4,425,904.37 | | |
| Ind Exp Base ($) Revised | - | | 126.30 | | 776,967.80 | | 4,425,904.37 | | |
| Ind Exp ($) | | | | | | | | | |
| Current PBR | 86.60% | - | 78.16% | 97.94 | 84.00% | 652,669.84 | 63.32% | 2,802,482.64 | |
| Current PBR | 86.60% | - | 78.16% | 97.94 | 84.00% | 652,669.84 | 63.32% | 2,802,482.64 | |
| Delta | | - | | - | | - | | - | - |
| Sav Plan Base ($) Current | - | | 124.30 | | 732,448.98 | | 3,946,918.84 | | |
| Sav Plan Base ($) Revised | - | | 124.30 | | 732,448.98 | | 3,946,918.84 | | |
| Sav Plan ($) | | | | | | | | | |
| Current PBR | 3.25% | - | 3.56% | 4.43 | 3.34% | 24,463.73 | 3.49% | 137,747.39 | |
| Current PBR | 3.25% | - | 3.56% | 4.43 | 3.34% | 24,463.73 | 3.49% | 137,747.39 | |
| Delta | | - | | - | | - | | - | - |
| Sec Accr Base ($) Current | - | | 125.30 | | 743,067.88 | | 4,059,889.77 | | |
| Sec Accr Base ($) Revised | - | | 125.30 | | 743,067.88 | | 4,059,889.77 | | |
| Sec Accr ($) | | | | | | | | | |
| Current PBR | 24.99% | - | 30.56% | 38.28 | 29.84% | 221,731.49 | 26.41% | 1,072,218.89 | |
| Current PBR | 24.99% | - | 30.56% | 38.28 | 29.84% | 221,731.49 | 26.41% | 1,072,218.89 | |
| Delta | | - | | - | | - | | - | - |
| Total DELTA by Year | | - | | - | | - | | - | - |
| **EAGLE** | | | | | | | | | |
| Shop Load Base (Hrs) | - | | - | | - | | - | | |
| Shop Load ($) | | | | | | | | | |
| Current PBR $ | 23.29 | - | $ 20.07 | - | $ 18.32 | - | $ 14.91 | - | |
| Current PBR $ | 23.29 | - | $ 20.07 | - | $ 18.32 | - | $ 14.91 | - | |
| Delta | | - | | - | | - | | - | - |
| Eng Load Base (Hrs) | - | | - | | - | | 167.44 | | |
| Eng Load ($) | | | | | | | | | |
| Current PBR $ | 23.29 | - | $ 20.07 | - | $ 18.32 | - | $ 14.91 | 2,496.53 | |
| Current PBR $ | 23.29 | - | $ 20.07 | - | $ 18.32 | - | $ 14.91 | 2,496.53 | |
| Delta | | - | | - | | - | | - | - |
| Shop Ind Base ($) | - | | - | | - | | - | | |
| Shop Ind ($) | | | | | | | | | |
| Current PBR | 81.26% | - | 101.26% | - | 101.66% | - | 98.90% | - | |
| Current PBR | 81.26% | - | 101.26% | - | 101.66% | - | 98.90% | - | |
| Delta | | - | | - | | - | | - | - |
| Eng Ind Base ($) | - | | - | | - | | 4,920.51 | | |
| Eng Ind ($) | | | | | | | | | |
| Current PBR | 75.84% | - | 89.77% | - | 87.42% | - | 86.04% | 4,233.91 | |
| Current PBR | 75.84% | - | 89.77% | - | 87.42% | - | 86.04% | 4,233.91 | |
| Delta | | - | | - | | - | | - | - |
| Total DELTA by Year | | - | | - | | - | | - | - |
| **FALCON** | | | | | | | | | |
| Shop Load Base (Hrs) | - | | - | | - | | 31.24 | | |
| Shop Load ($) | | | | | | | | | |
| Current PBR $ | 33.50 | - | $ 30.06 | - | $ 23.53 | - | $ 19.20 | 599.81 | |
| Current PBR $ | 33.50 | - | $ 30.06 | - | $ 23.53 | - | $ 19.20 | 599.81 | |
| Delta | | - | | - | | - | | - | - |
| Eng Load Base (Hrs) | - | | - | | 95.63 | | 431.27 | | |
| Eng Load ($) | | | | | | | | | |
| Current PBR $ | 33.31 | - | $ 30.06 | - | $ 23.63 | 2,247.82 | $ 19.20 | 8,282.30 | |
| Current PBR $ | 33.31 | - | $ 30.06 | - | $ 23.63 | 2,247.82 | $ 19.20 | 8,282.30 | |
| Delta | | - | | - | | - | | - | - |
| Shop Ind Base ($) | - | | - | | - | | 503.21 | | |
| Shop Ind ($) | | | | | | | | | |
| Current PBR | 81.26% | - | 101.26% | - | 101.66% | - | 98.90% | 497.67 | |
| Current PBR | 81.26% | - | 101.26% | - | 101.66% | - | 98.90% | 497.67 | |
| Delta | | - | | - | | - | | - | - |
| Eng Ind Base ($) | - | | - | | 2,810.97 | | 10,529.49 | | |
| Eng Ind ($) | | | | | | | | | |
| Current PBR | 75.84% | - | 89.77% | - | 87.42% | 2,457.35 | 86.04% | 9,059.57 | |
| Current PBR | 75.84% | - | 89.77% | - | 87.42% | 2,457.35 | 86.04% | 9,059.57 | |
| Delta | | - | | - | | - | | - | - |
| Total DELTA by Year and Load Center | | - | | - | | - | | - | - |
| G&A Exp Base ($) Current | - | | 37,945.73 | | 1,969,394.08 | | 11,107,357.60 | | |
| G&A Exp Base ($) Revised | - | | 37,945.73 | | 1,969,394.08 | | 11,107,357.60 | | |
| G&A Exp ($) | | | | | | | | | |
| Current PBR | 17.28% | - | 18.36% | 6,966.84 | 19.53% | 384,622.66 | 18.76% | 2,083,740.29 | |
| Current PBR | 17.28% | - | 18.36% | 6,966.84 | 19.53% | 384,622.66 | 18.76% | 2,083,740.29 | |
| Delta G&A | | - | | - | | - | | - | - |
| GRAND TOTAL | | - | | - | | - | | - | - |

85 Anal 95-97

| Contract # Grand Total Analysis | 1995 Base/Rates | 1995 Amount | 1996 Base/Rates | 1996 Amount | 1997 Base/Rates | 1997 Amount | Total Delta 95-97 | Grand Total All Years |
|---|---|---|---|---|---|---|---|---|
| **ENGINEERING** | | | | | | | | |
| Overhead Base ($) | 12,630,071.20 | | 15,250,365.38 | | 17,353,495.53 | | | |
| Overhead ($) | | | | | | | | |
| Current PBR | 158.00% | 19,955,512.50 | 154.47% | 23,557,270.27 | 155.36% | 26,960,390.66 | 70,473,173.42 | |
| Current PBR | 158.00% | 19,956,512.50 | 154.47% | 23,557,270.27 | 155.36% | 26,960,390.66 | 70,473,173.42 | |
| Delta | | - | | - | | - | - | |
| Cont Lab Base ($) | 2,145,459.47 | | 2,635,009.86 | | 2,700,114.86 | | | |
| Cont Lab ($) | | | | | | | | |
| Current PBR | 87.50% | 1,877,286.79 | 82.42% | 2,171,774.95 | 82.86% | 2,237,315.17 | 6,286,375.91 | |
| Current PBR | 87.50% | 1,877,286.79 | 82.42% | 2,171,774.95 | 82.86% | 2,237,315.17 | 6,286,376.91 | |
| Delta | | - | | - | | - | - | |
| Total DELTA by Year | | - | | - | | - | - | - |
| **EAGLE** | | | | | | | | |
| Eng Overhead Base ($) | 124,691.65 | | 434,008.35 | | 600,997.04 | | | |
| Eng Overhead ($) | | | | | | | | |
| Current PBR | 200.77% | 250,343.22 | 213.26% | 926,561.94 | 222.30% | 1,336,016.42 | 2,511,921.59 | |
| Current PBR | 200.77% | 250,343.22 | 213.26% | 925,561.94 | 222.30% | 1,336,016.42 | 2,511,921.59 | |
| Delta | | - | | - | | - | - | |
| Cont Lab Base ($) | 17,528.37 | | 31,071.70 | | 69,569.60 | | | |
| Cont Lab ($) | | | | | | | | |
| Current PBR | 115.95% | 20,324.15 | 131.24% | 40,778.60 | 135.18% | 94,030.67 | 155,133.31 | |
| Current PBR | 115.95% | 20,324.15 | 131.24% | 40,778.60 | 135.18% | 94,030.67 | 155,133.31 | |
| Delta | | - | | - | | - | - | |
| Shop Overhead Base ($) | 0.21 | | 79,872.84 | | 195,571.37 | | | |
| Shop Overhead ($) | | | | | | | | |
| Current PBR | 200.77% | 0.42 | 213.26% | 170,336.82 | 222.30% | 434,755.16 | 605,092.40 | |
| Current PBR | 200.77% | 0.42 | 213.26% | 170,336.82 | 222.30% | 434,755.16 | 605,092.40 | |
| Delta | | - | | - | | - | - | |
| Total DELTA by Year | | - | | - | | - | - | - |
| **FALCON** | | | | | | | | |
| Eng Overhead Base ($) | 19,842.87 | | 4,291.43 | | - | | | |
| Eng Overhead ($) | | | | | | | | |
| Current PBR | 176.49% | 34,822.25 | 213.26% | 9,151.90 | 222.30% | - | 43,974.16 | |
| Current PBR | 175.49% | 34,822.25 | 213.26% | 9,151.90 | 222.30% | - | 43,974.16 | |
| Delta | | - | | - | | - | - | |
| Cont Lab Base ($) | 96.83 | | 1.28 | | - | | | |
| Cont Lab ($) | | | | | | | | |
| Current PBR | 97.91% | 94.81 | 131.24% | 1.68 | 135.18% | - | 96.49 | |
| Current PBR | 97.91% | 94.81 | 131.24% | 1.68 | 135.18% | - | 96.49 | |
| Delta | | - | | - | | - | - | |
| Shop Overhead Base ($) | 322.53 | | 529.98 | | - | | | |
| Shop Overhead ($) | | | | | | | | |
| Current PBR | 175.49% | 566.01 | 213.26% | 1,130.24 | 222.30% | - | 1,696.24 | |
| Current PBR | 175.49% | 566.01 | 213.26% | 1,130.24 | 222.30% | - | 1,696.24 | |
| Delta | | - | | - | | - | - | |
| Total DELTA by Year and Load Center | | - | | - | | - | - | - |
| G&A Exp Base ($) Curren | 50,283,248.96 | | 60,654,463.05 | | 77,407,457.96 | | | |
| G&A Exp Base ($) Revise | 50,283,248.95 | | 60,654,463.05 | | 77,407,457.95 | | | |
| G&A Exp ($) | | | | | | | | |
| Current PBR | 19.47% | 9,790,148.57 | 19.46% | 11,803,368.51 | 18.84% | 14,583,565.08 | 36,177,072.16 | |
| Current PBR | 19.47% | 9,790,148.57 | 19.46% | 11,803,358.51 | 18.84% | 14,583,565.08 | 36,177,072.16 | |
| Delta G&A | | - | | - | | - | - | - |
| GRAND TOTAL | | - | | - | | - | - | - |

1X Anal 91-94

| alysis | 1991 Base/Rates | 1991 Amount | 1992 Base/Rates | 1992 Amount | 1993 Base/Rates | 1993 Amount | 1994 Base/Rates | 1994 Amount | Total Delta 91-94 |
|---|---|---|---|---|---|---|---|---|---|
| **AING** | | | | | | | | | |
| Base ($) | 4,612,972.93 | | 5,365,788.60 | | 11,325,589.79 | | 12,612,011.33 | | |
| Inc ($) | | | | | | | | | |
| Current Total Rate | 32.87% | 1,516,284.20 | 20.40% | 1,094,620.87 | 30.65% | 3,471,293.27 | 34.98% | 4,411,681.56 | |
| Revised Total Rate | 32.87% | 1,516,284.20 | 20.40% | 1,094,620.87 | 30.65% | 3,471,293.27 | 34.98% | 4,411,681.56 | |
| Delta | | - | | - | | - | | - | - |
| Ind Exp Base ($) Current | 6,354,296.25 | | 7,957,192.50 | | 18,273,184.24 | | 20,956,000.85 | | |
| Ind Exp Base ($) Revised | 6,354,296.25 | | 7,957,192.50 | | 18,273,184.24 | | 20,956,000.85 | | |
| Ind Exp ($) | | | | | | | | | |
| Current Total Rate | 87.06% | 5,532,050.32 | 82.22% | 6,542,403.67 | 84.37% | 15,417,085.55 | 63.62% | 13,332,207.74 | |
| Revised Total Rate | 87.06% | 5,532,050.32 | 82.22% | 6,542,403.67 | 84.37% | 15,417,085.55 | 63.62% | 13,332,207.74 | |
| Delta | | - | | - | | - | | - | - |
| Sav Plan Base ($) Current | 6,129,257.13 | | 6,460,409.47 | | 14,796,883.06 | | 17,023,692.89 | | |
| Sav Plan Base ($) Revised | 6,129,257.13 | | 6,460,409.47 | | 14,796,883.06 | | 17,023,692.89 | | |
| Sav Plan ($) | | | | | | | | | |
| Current Total Rate | 3.25% | 199,200.86 | 3.56% | 229,990.58 | 3.34% | 494,215.89 | 3.49% | 594,126.88 | |
| Revised Total Rate | 3.25% | 199,200.86 | 3.56% | 229,990.58 | 3.34% | 494,215.89 | 3.49% | 594,126.88 | |
| Delta | | - | | - | | - | | - | - |
| Sec Accr Base ($) Current | 6,176,870.29 | | 7,264,531.28 | | 15,644,822.53 | | 17,715,101.49 | | |
| Sec Accr Base ($) Revised | 6,176,870.29 | | 7,264,531.28 | | 15,644,822.53 | | 17,715,101.49 | | |
| Sec Accr ($) | | | | | | | | | |
| Current Total Rate | 26.60% | 1,643,047.50 | 28.11% | 2,042,059.74 | 26.96% | 4,217,844.16 | 21.83% | 3,867,206.65 | |
| Revised Total Rate | 26.60% | 1,643,047.50 | 28.11% | 2,042,059.74 | 26.96% | 4,217,844.16 | 21.83% | 3,867,206.65 | |
| Delta | | - | | - | | - | | - | - |
| Total DELTA by Year | | - | | - | | - | | - | - |
| **EAGLE** | | | | | | | | | |
| Shop Load Base (Hrs) | 34,340.67 | | 117,389.06 | | 261,404.12 | | 475,766.23 | | |
| Shop Load ($) | | | | | | | | | |
| Current Total Rate | $ 24.09 | 827,266.74 | $ 20.32 | 2,385,345.70 | $ 11.86 | 3,100,252.86 | $ 14.91 | 7,093,674.49 | |
| Revised Total Rate | $ 24.09 | 827,266.74 | $ 20.32 | 2,385,345.70 | $ 11.86 | 3,100,252.86 | $ 14.91 | 7,093,674.49 | |
| Delta | | - | | - | | - | | - | - |
| Eng Load Base (Hrs) | 81,505.21 | | 142,140.42 | | 185,133.56 | | 228,537.08 | | |
| Eng Load ($) | | | | | | | | | |
| Current Total Rate | $ 24.09 | 1,963,460.51 | $ 20.32 | 2,888,293.33 | $ 11.86 | 2,195,684.02 | $ 14.91 | 3,407,487.86 | |
| Revised Total Rate | $ 24.09 | 1,963,460.51 | $ 20.32 | 2,888,293.33 | $ 11.86 | 2,195,684.02 | $ 14.91 | 3,407,487.86 | |
| Delta | | - | | - | | - | | - | - |
| Shop Ind Base ($) | 328,507.56 | | 1,099,418.98 | | 2,495,581.04 | | 5,387,542.57 | | |
| Shop Ind ($) | | | | | | | | | |
| Current Total Rate | 108.77% | 357,317.67 | 102.07% | 1,122,177.97 | 111.04% | 2,771,093.19 | 98.90% | 5,328,279.60 | |
| Revised Total Rate | 108.77% | 357,317.67 | 102.07% | 1,122,177.97 | 111.04% | 2,771,093.19 | 98.90% | 5,328,279.60 | |
| Delta | | - | | - | | - | | - | - |
| Eng Ind Base ($) | 1,340,525.84 | | 2,003,485.64 | | 3,233,802.46 | | 4,434,318.73 | | |
| Eng Ind ($) | | | | | | | | | |
| Current Total Rate | 65.83% | 882,468.16 | 87.92% | 1,761,464.49 | 90.02% | 2,911,068.97 | 86.04% | 3,815,287.84 | |
| Revised Total Rate | 65.83% | 882,468.16 | 87.92% | 1,761,464.49 | 90.02% | 2,911,068.97 | 86.04% | 3,815,287.84 | |
| Delta | | - | | - | | - | | - | - |
| Total DELTA by Year | | - | | - | | - | | - | - |
| **FALCON** | | | | | | | | | |
| Shop Load Base (Hrs) | 78,295.96 | | 82,355.65 | | 75,172.64 | | 59,606.68 | | |
| Shop Load ($) | | | | | | | | | |
| Current Total Rate | $ 32.67 | 2,557,929.01 | $ 33.32 | 2,744,096.92 | $ 23.63 | 1,776,329.48 | $ 19.21 | 1,145,043.94 | |
| Revised Total Rate | $ 32.67 | 2,557,929.01 | $ 33.32 | 2,744,096.92 | $ 23.63 | 1,776,329.48 | $ 19.21 | 1,145,043.94 | |
| Delta | | - | | - | | - | | - | - |
| Eng Load Base (Hrs) | 63,614.04 | | 93,968.81 | | 111,975.77 | | 74,535.00 | | |
| Eng Load ($) | | | | | | | | | |
| Current Total Rate | $ 32.96 | 2,096,718.76 | $ 36.39 | 3,419,525.00 | $ 23.63 | 2,645,987.45 | $ 19.21 | 1,431,817.35 | |
| Revised Total Rate | $ 32.96 | 2,096,718.76 | $ 36.39 | 3,419,525.00 | $ 23.63 | 2,645,987.45 | $ 19.21 | 1,431,817.35 | |
| Delta | | - | | - | | - | | - | - |
| Shop Ind Base ($) | 984,883.51 | | 1,031,044.88 | | 996,423.01 | | 827,798.00 | | |
| Shop Ind ($) | | | | | | | | | |
| Current Total Rate | 108.77% | 1,071,257.79 | 102.07% | 1,052,387.30 | 111.04% | 1,106,428.11 | 98.90% | 818,692.22 | |
| Revised Total Rate | 108.77% | 1,071,257.79 | 102.07% | 1,052,387.30 | 111.04% | 1,106,428.11 | 98.90% | 818,692.22 | |
| Delta | | - | | - | | - | | - | - |
| Eng Ind Base ($) | 1,167,885.98 | | 1,828,100.61 | | 2,390,161.01 | | 1,694,813.93 | | |
| Eng Ind ($) | | | | | | | | | |
| Current Total Rate | 65.83% | 768,819.34 | 87.92% | 1,607,266.06 | 90.02% | 2,151,622.94 | 86.04% | 1,458,217.91 | |
| Revised Total Rate | 65.83% | 768,819.34 | 87.92% | 1,607,266.06 | 90.02% | 2,151,622.94 | 86.04% | 1,458,217.91 | |
| Delta | | - | | - | | - | | - | - |
| Total DELTA by Year and Load Center | | - | | - | | - | | - | - |
| GRAND TOTAL | | - | | - | | - | | - | - |



LUCENT Proprietary

1X Anal 95-97

| nalysis | 1995 Base/Rates | 1995 Amount | 1996 Base/Rates | 1996 Amount | 1997 Base/Rates | 1997 Amount | Total Delta 95-97 | Grand Total All Years |
|---|---|---|---|---|---|---|---|---|
| **NG** | | | | | | | | |
| ɪasə ($) | 21,719,214.53 | | 20,477,124.10 | | 21,497,661.06 | | | |
| ($) | | | | | | | | |
| Current Total Rate | 158.00% | 34,316,358.96 | 154.47% | 31,631,013.60 | 155.36% | 33,398,766.22 | 99,346,138.78 | |
| Revised Total Rate | 165.10% | 35,858,423.19 | 159.48% | 32,656,917.51 | 155.36% | 33,398,766.22 | 101,914,106.93 | |
| Delta | | 1,542,064.23 | | 1,025,903.92 | | - | 2,567,968.15 | |
| ɩ Lab Base ($) | 4,985,234.15 | | 3,329,088.57 | | 3,373,550.27 | | | |
| ʌt Lab ($) | | | | | | | | |
| Current Total Rate | 87.50% | 4,362,079.88 | 82.42% | 2,743,834.80 | 82.86% | 2,795,323.75 | 9,901,238.43 | |
| Revised Total Rate | 87.50% | 4,362,079.88 | 93.23% | 3,103,709.27 | 87.60% | 2,955,230.04 | 10,421,019.19 | |
| Delta | | - | | 359,874.47 | | 159,906.28 | 519,780.76 | |
| Total DELTA by Year | | 1,542,064.23 | | 1,385,778.39 | | 159,906.28 | 3,087,748.91 | 3,087,748.91 |
| **EAGLE** | 56,035,573.49 | | 52,108,137.70 | | 54,896,427.28 | | - | |
| Eng Overhead Base ($) | 1,815,866.56 | | 2,086,345.54 | | 2,315,832.87 | | - | |
| Eng Overhead ($) | | | | | | | | |
| Current Total Rate | 200.77% | 3,645,715.29 | 213.26% | 4,449,340.50 | 222.30% | 5,148,096.47 | 13,243,152.26 | |
| Revised Total Rate | 204.45% | 3,712,539.18 | 213.26% | 4,449,340.50 | 222.30% | 5,148,096.47 | 13,309,976.15 | |
| Delta | | 66,823.89 | | - | | - | 66,823.89 | |
| Cont Lab Base ($) | 383,409.60 | | 198,001.42 | | 135,061.25 | | | |
| Cont Lab ($) | | | | | | | | |
| Current Total Rate | 115.95% | 444,563.43 | 131.24% | 259,857.06 | 135.18% | 182,575.80 | 886,996.29 | |
| Revised Total Rate | 115.95% | 444,563.43 | 131.24% | 259,857.06 | 135.18% | 182,575.80 | 886,996.29 | |
| Delta | | - | | - | | - | - | |
| Shop Overhead Base ($) | 3,072,273.15 | | 2,119,673.58 | | 2,041,033.31 | | | |
| Shop Overhead ($) | | | | | | | | |
| Current Total Rate | 200.77% | 6,168,202.80 | 213.26% | 4,520,415.88 | 222.30% | 4,537,217.05 | 15,225,835.73 | |
| Revised Total Rate | 204.45% | 6,281,262.46 | 213.26% | 4,520,415.88 | 222.30% | 4,537,217.05 | 15,338,895.38 | |
| Delta | | 113,059.65 | | - | | - | 113,059.65 | |
| Total DELTA by Year | | 179,883.54 | | - | | - | 179,883.54 | 179,883.54 |
| **FALCON** | | | | | | | | |
| Eng Overhead Base ($) | 1,234,569.89 | | 18,531.47 | | - | | | |
| Eng Overhead ($) | | | | | | | | |
| Current Total Rate | 175.49% | 2,166,546.70 | 213.26% | 39,520.21 | 222.30% | - | 2,206,066.91 | |
| Revised Total Rate | 179.27% | 2,213,213.44 | 213.26% | 39,520.21 | 222.30% | - | 2,252,733.65 | |
| Delta | | 46,666.74 | | - | | - | 46,666.74 | |
| Cont Lab Base ($) | 32,910.66 | | 1.28 | | - | | | |
| Cont Lab ($) | | | | | | | | |
| Current Total Rate | 97.91% | 32,222.83 | 131.24% | 1.68 | 135.18% | - | 32,224.51 | |
| Revised Total Rate | 97.91% | 32,222.83 | 131.24% | 1.68 | 135.18% | - | 32,224.51 | |
| Delta | | - | | - | | - | - | |
| Shop Overhead Base ($) | 641,788.46 | | (111,590.85) | | - | | | |
| Shop Overhead ($) | | | | | | | | |
| Current Total Rate | 175.49% | 1,126,274.57 | 213.26% | (237,978.65) | 222.30% | - | 888,295.92 | |
| Revised Total Rate | 179.27% | 1,150,534.17 | 213.26% | (237,978.65) | 222.30% | - | 912,555.53 | |
| Delta | | 24,259.60 | | - | | - | 24,259.60 | |
| Total DELTA by Year and Load Center | | 70,926.35 | | - | | - | 70,926.35 | 70,926.35 |
| GRAND TOTAL | | 1,792,874.12 | | 1,385,778.39 | | 159,906.28 | 3,338,558.79 | 3,338,558.79 |

P183

# GENERAL DISCLOSURE STATEMENT

In FY 1997 provisional billing and forward pricing rates, a factor was included in overhead rates for the FAS 106 post-retirement benefit obligation based on Lucent's (and AT&T's) established practice of funding such obligation. Lucent has not funded such obligation in FY 1997, such obligation may be funded until Lucent's 1997 tax return filing. As such, it is uncertain as to whether Lucent will be required to adjust provisional billing rates or, subsequently, final overhead rates, for FY 1997 as a result of this issue. Any such adjustment would be made pursuant to Art. 5.9.

# SCHEDULE 5.10(c)

## Selected Net Assets

Schedule 5.10C

# ATS Selected Net Assets Subject to Purchase Price Adjustment at Closing Date
## $ In Thousands
## 6/30/97

| | | |
|---|---|---|
| **Assets** | | |
| Inventory | 24,991 | |
| Accounts Receivable - Short Term | 14,189 | |
| Net Plant | 14,710 | |
| Accounts Receivable - Long Term | 13,091 | |
| Other Prepaid Assets (Signing Bonus - Represented Employees) | 90 | |
| TOTAL ASSETS | 67,071 | |
| **Liabilities** | | |
| Accounts Payable (External) | 1,014 | |
| Contract Reserves | 2,273 | |
| Property Taxes Payable | 360 | |
| Taxes Payable, i.e. Sales & Use, Franchise, etc. | 687 | |
| Warranty - Short & Long Term | 1,025 | |
| TOTAL LIABILITIES | 5,359 | |
| NET ASSETS | | 61,712 |

NOTE 1: Excludes deferred taxes - state and federal.
NOTE 2: Excludes Prepaid Pension Asset



Lucent Technologies Proprietary

Schedule 5.10C

# ATS Selected Net Assets Subject to Purchase Price Adjustment at Closing Date
## $ In Thousands
## 6/30/97

| | | | |
|---|---|---|---|
| **Assets** | | | |
| Inventory | 24,991 | By contract | (Excludes BTSLL, KINGCRAB, and SCALLOP) |
| Accounts Receivable - Short Term | 14,189 | By contract | (Excludes BTSLL, KINGCRAB, and SCALLOP) |
| Net Plant | 14,710 | Estimate | |
| Accounts Receivable - Long Term | 13,091 | Actual by contract | (Excludes BTSLL, KINGCRAB, and SCALLOP) |
| Other Prepaid Assets (Signing Bonus - Represented Employees) | 90 | Headcount | Calculated by Occupation Headcount |
| | | | Signing Bonus - 7/97-5/98 = 11 mos. x 278 x $29.41/employee |
| TOTAL ASSETS | 67,071 | | |
| **Liabilities** | | | |
| Accounts Payable | 1,014 | Specific | 914K of identified vendor payments by contract |
| | | | 100K of retainage |
| Contract Reserves | 2,273 | Specific | 1,310K SSI |
| | | | 113K Undersea Cable Engineering |
| | | | 850K STM |
| Property Taxes Payable | 360 | Specific | |
| Taxes Payable, i.e. Sales & Use, Franchise, etc. | 687 | | 50% of Total Taxes on HQT Books - 50% x 1,374 |
| Warranty - Short & Long Term | 1,025 | Specific | 941K Long Term (SCS) |
| | | | 84K Short Term (50K SSI, 35K SCS) |
| TOTAL LIABILITIES | 5,359 | | |
| NET ASSETS | | 61,712 | |

NOTE 1: Excludes deferred taxes - state and federal.
NOTE 2: Excludes Prepaid Pension Asset

P187

## SCHEDULE 5.13

## SUBJECT CONTRACTS

## SUBJECT CONTRACTS

- RDA Contract Number: N00039-88-C-0122
- FDS-UWS Contract Number: N00039-90-C-0077

# SCHEDULE 8.2(c)(i)

## SENIOR MANAGEMENT EMPLOYEES

Charles E. McQuery
Samuel H. Francis
Scott L. Sears
Les J. Kleinberg
Kathy B. Atkins
Harry L. Grant
Philippe Wiener
Dan M. LaPerriere
Bradley J. Waters

SCHEDULE 8.2(c)(ii)

KEY EMPLOYEES

**AP**
Vonthaer, LF
Gotch, JE
De Gennaro, CH
Hurst, PJ
Kober, JH

**PROS SPT**
Riveron, R
Bastin, DA
Justice, JG

**R&D**
Tiel, RF
Gensinger, PF
Weiner, CK
Richardson, AG
Kramer, SA
Fried, PM
Thompson, MV
Seals, JD
Terpay, GW
Burgess, JJ
Elliot, PJ
Holt, MD
Schneider, RE
Myers, JH
Labianca, FM
Fischer, E.
Unver, EA
David, AJ
Palat, DM
Lucero, AJ

**DEFENSE**
Mulholland, LJ
Campbell, GH
Horton, OF
Onega, MA
Stockdale, JM
Judd, RP

**MRKTG**
Ames, MP
Henderson, VB

**MFG/E+O**
Draughn, DO
Chancey, JL
Franks, JW
Edenfield, JA
Andrews, PS
Price, DM
Deuterman, MM