# Exhibit 4

# GS Reporting Structure




ats.ppt 1 (zgg) 5/30/97

Lucent Technologies - Proprietary

P205