# Exhibit 5

# Advanced Technology Systems
# Leadership Quality Council




GC - (910) 279-XXXX
WH - (201) 386-XXXX
VA - (703) 271-XXXX

ats.ppt 2 (zgg) 5/30/97

Lucent Technologies - Proprietary

P206