# Exhibit 7

# FIXED ASSETS TRAI FRABLE BALANCE SHEET
00)

| FUNCTIONAL AREA | ORGANIZATION CODES | JUNE 1997 GROSS | JUNE 1997 RESERVE | JUNE 1997 NET | SEPTEMBER 1997 GROSS | SEPTEMBER 1997 RESERVE | SEPTEMBER 1997 NET | "NOT FOUND" | ADJUSTED NET |
|---|---|---|---|---|---|---|---|---|---|
| PRESIDENT | 300000000 - 300002000 | 597 | 457 | 140 | | | | | |
| PROGRAM SUPPORT | 300010000 - 300019000 | 2,353 | 1,915 | 438 | 415 | 185 | 230 | | 230 |
| QUALITY | 300020000 - 300020400 | 35 | 26 | 9 | 2,090 | 1,747 | 343 | 35 | 308 |
| CFO | 300030000 - 300034200 | 154 | 113 | 41 | | | - | | |
| CIO | 300040000 - 300040600 | 3,222 | 2,566 | 656 | 32 | 22 | 10 | | 10 |
| MARKETING | 300050000 - 300053000 | 293 | 239 | 54 | 1,760 | 1,441 | 319 | | 319 |
| NAVY PROGRAMS | 30020B000 - 300220000 | 3,770 | 2,750 | 1,020 | | | - | | |
| ADVANCED PROJEC | 30030B000 - 300330000 | 4,072 | 2,361 | 1,711 | 3,545 | 2,655 | 890 | 23 | 867 |
| MFG & ENG. | 301000000 - 301962300 | 27,176 | 20,529 | 6,647 | 3,634 | 2,162 | 1,472 | 103 | 1,369 |
| R&D LESS WIRELESS | 302000000 - 302821000 | 33,208 | 29,589 | 3,619 | 26,769 | 20,040 | 6,729 | 51 | 6,678 |
| SECURE COMM. | 303117300 | | | - | 35,967 | 31,446 | 4,521 | 525 | 3,996 |
| | | | | | 142 | 104 | 38 | | 38 |
| TOTAL | | 74,880 | 60,545 | 14,335 | 74,354 | 59,802 | 14,552 | 737 | 13,815 |

EXCLUDED ASSETS

| FUNCTIONAL AREA | ORGANIZATION CODES | JUNE 1997 GROSS | JUNE 1997 RESERVE | JUNE 1997 NET | SEPTEMBER 1997 GROSS | SEPTEMBER 1997 RESERVE | SEPTEMBER 1997 NET | "NOT FOUND" | ADJUSTED NET |
|---|---|---|---|---|---|---|---|---|---|
| HR | 300003000 - 300003300 | 40 | 26 | 14 | 59 | 39 | 20 | | |
| PR/MARKETING | 300054000 - 300054100 | 62 | 42 | 20 | 309 | 244 | 65 | 22 | (2) |
| WIRELESS | 300060000 - 300062000 | 1,465 | 407 | 1,058 | 1,568 | 532 | 1,036 | 20 | 45 |
| NBD | 300100000 - 300125000 | 1,308 | 1,009 | 299 | 1,282 | 1,013 | 269 | 14 | 1,022 (2) |
| UTILITIES | 300500000 - 300504000 | 327 | 184 | 143 | 317 | 194 | 123 | 44 | 225 |
| DIGITAL STUDIOS | 300600000 - 300600100 | 571 | 508 | 63 | 553 | 500 | 53 | | 123 (3) |
| CFO | 300030000 - 300034200 | 307 | 226 | 81 | 438 | 337 | 101 | | 53 (4) |
| CIO | 300040000 - 300040600 | 3,221 | 2,565 | 656 | 4,599 | 3,745 | 854 | 5 | 96 |
| INTEGRATED SOLUTI | 303000000 - 303151000 | 7,209 | 4,820 | 2,389 | 7,105 | 4,686 | 2,419 | 62 | 792 |
| R&D WIRELESS | 302###### | 1,485 | 1,298 | 187 | 661 | 500 | 161 | 5 | 2,414 |
| MISCELLANEOUS | 3002/30001/3003/301 | | | | 303 | 238 | 65 | | 161 (5) |
| QUALITY, ETC. | 300000000/30002 | 385 | 143 | 242 | 383 | 330 | 53 | | 65 |
| | | | | | | | | | 53 |
| | | 16,380 | 11,228 | 5,152 | 17,577 | 12,358 | 5,219 | 172 | 5,047 |
| TOTAL | | 91,260 | 71,773 | 19,487 | 91,931 | 72,160 | 19,771 | 909 (1) | 18,862 |
| COMPUTER & COMMUNICATIONS EQUIPMENT < $10K NOT FOUND | | | | | | | | 845 (6) | |
| TOTAL OF ALL ASSETS | | | | | | | | 1,754 | 18,017 |

RICK RASCOE

GDAUDIT.xls

10/16/97