# Exhibit 10

ATS Employees Contract Charging in 1998 After Sale

| Contract_Nbr | Org_Nbr | Soc_Sec_Nbr | Last_Name | First_Name | SumOfHours | SumOfDollars | BU |
|---|---|---|---|---|---|---|---|
| 3338 | 303500000 | | LIATI | JOHN | 121.00 | 3,280.96 | ATS |
| 3338 | 303510000 | | AUBORN | JAMES | 224.00 | 11,469.23 | ATS |
| 3338 | 303511000 | | HOLCOMB | DOUGLAS | 88.00 | 4,120.77 | ATS |
| 3338 | 303511000 | | ABATE | JOSEPH | 248.00 | 11,303.08 | ATS |
| 3338 | 303512000 | | AQUARO | VICTOR | 281.00 | 6,038.83 | ATS |
| 3338 | 303513000 | | SANTO | MICHAEL | 128.00 | 3,384.61 | ATS |
| 3338 | 303513000 | | RIGAS | ANDREW | 50.00 | 1,105.77 | ATS |
| 3338 | 303513000 | | TOURGEE | GERALD | 145.00 | 6,294.96 | ATS |
| 3338 | 303513000 | | BEYERS | ROBERT | 46.00 | 1,698.46 | ATS |
| 3338 | 303600100 | | NARAYOUSKI | MICHAEL | 15.00 | 489.67 | ATS |
| 3338 | 303600100 | | PRIMO | EVELYN | 3.00 | 62.26 | ATS |
| 3338 | 304000200 | | NARAYOUSKI | MICHAEL | 92.00 | 3,003.25 | ATS |
| 3338 | 304000200 | | PRIMO | EVELYN | 13.75 | 285.33 | ATS |
| 3338 | 307400000 | | PARKER | JOYCE | 64.00 | 1,393.84 | ATS |
| 4358 | 300018200 | | NARAYOUSKI | MICHAEL | 14.00 | 432.12 | ATS |
| 4358 | 300018200 | | RIGAS | ANDREW | 12.00 | 256.72 | ATS |
| 4358 | 303500000 | | MCDONALD | TERRI | 11.00 | 205.72 | ATS |
| 4358 | 303500000 | | LIATI | JOHN | 324.00 | 8,495.81 | ATS |
| 4358 | 303510000 | | SANTO | MICHAEL | 716.50 | 16,117.29 | ATS |
| 4358 | 303510000 | | AQUARO | VICTOR | 762.00 | 16,220.44 | ATS |
| 4358 | 303510000 | | ABATE | JOSEPH | 331.00 | 14,626.58 | ATS |
| 4358 | 303510000 | | SZAJOWSKI | PAUL | 596.00 | 21,425.38 | ATS |
| 4358 | 303510000 | | BEYERS | ROBERT | 141.00 | 5,206.15 | ATS |
| 4358 | 303510000 | | AUBORN | JAMES | 387.00 | 19,699.75 | ATS |
| 4358 | 303511000 | | ABATE | JOSEPH | 159.00 | 7,246.72 | ATS |
| 4358 | 303512000 | | AQUARO | VICTOR | 296.00 | 6,361.15 | ATS |
| 4358 | 303512000 | | SZAJOWSKI | PAUL | 20.00 | 828.84 | ATS |
| 4358 | 303513000 | | SANTO | MICHAEL | 272.50 | 6,251.70 | ATS |
| 4358 | 303513000 | | TOURGEE | GERALD | 8.00 | 347.31 | ATS |
| 4358 | 303513000 | | BEYERS | ROBERT | 28.00 | 1,033.85 | ATS |
| 4358 | 304000100 | | NARAYOUSKI | MICHAEL | 43.00 | 1,403.70 | ATS |
| 4358 | 304000100 | | RIGAS | ANDREW | 52.00 | 1,150.00 | ATS |
| 4358 | 304000200 | | NARAYOUSKI | MICHAEL | 82.00 | 2,676.82 | ATS |
| 4358 | 304000200 | | RIGAS | ANDREW | 37.00 | 818.28 | ATS |
| 4358 | 307400000 | | PARKER | JOYCE | 24.00 | 522.69 | ATS |
| 4369 | 300018200 | | NARAYOUSKI | MICHAEL | 14.00 | 432.12 | ATS |
| 4369 | 303500000 | | MCDONALD | TERRI | 48.00 | 895.76 | ATS |
| 4369 | 303500000 | | LIATI | JOHN | 521.00 | 13,736.51 | ATS |
| 4369 | 303510000 | | SIMPSON | JAY | 228.00 | 10,483.45 | ATS |
| 4369 | 303510000 | | MANTZ | IRA | 596.00 | 19,509.91 | ATS |
| 4369 | 303510000 | | SANTO | MICHAEL | 28.50 | 645.80 | ATS |
| 4369 | 303510000 | | HOLCOMB | DOUGLAS | 647.00 | 30,172.02 | ATS |
| 4369 | 303510000 | | ABATE | JOSEPH | 291.00 | 12,758.07 | ATS |
| 4369 | 303510000 | | PULLEN | SHERRI | 348.00 | 7,082.29 | ATS |
| 4369 | 303510000 | | TOURGEE | GERALD | 298.00 | 12,636.54 | ATS |
| 4369 | 303510000 | | BEYERS | ROBERT | 621.00 | 22,463.82 | ATS |
| 4369 | 303510000 | | AUBORN | JAMES | 501.00 | 25,536.77 | ATS |
| 4369 | 303511000 | | HOLCOMB | DOUGLAS | 766.00 | 35,869.37 | ATS |
| 4369 | 303511000 | | ABATE | JOSEPH | 476.00 | 21,694.62 | ATS |
| 4369 | 303512000 | | AQUARO | VICTOR | 271.00 | 5,823.90 | ATS |
| 4369 | 303513000 | | SANTO | MICHAEL | 452.50 | 11,778.65 | ATS |
| 4369 | 303513000 | | RIGAS | ANDREW | 313.00 | 6,922.12 | ATS |
| 4369 | 303513000 | | TOURGEE | GERALD | 663.00 | 28,783.12 | ATS |
| 4369 | 303513000 | | BEYERS | ROBERT | 778.00 | 28,726.11 | ATS |
| 4369 | 304000100 | | NARAYOUSKI | MICHAEL | 57.00 | 1,860.73 | ATS |
| 4369 | 304000100 | | PRIMO | EVELYN | 3.00 | 62.26 | ATS |
| 4369 | 304000200 | | NARAYOUSKI | MICHAEL | 189.00 | 6,169.78 | ATS |
| 4369 | 304000200 | | RIGAS | ANDREW | 24.00 | 530.78 | ATS |

ATS Employees Contract Charging in 1998 After Sale

| Contract_Nbr | Org_Nbr | Soc_Sec_Nbr | Last_Name | First_Name | SumOfHours | SumOfDollars | BU |
|---|---|---|---|---|---|---|---|
| 4369 | 304000200 | | PRIMO | EVELYN | 13.50 | 280.14 | ATS |
| 4369 | 307400000 | | PARKER | JOYCE | 8.00 | 174.23 | ATS |
| 9810348YXG | 30311A000 | | HUTCHINGS | WALTER | 110.00 | 3,262.97 | ATS |
| 9810348YXG | 30311B000 | | LANKFORD | THOMAS | 76.00 | 2,623.47 | ATS |
| 9810348YXG | 303500000 | | VILLA | CHARLES | 20.00 | 694.23 | ATS |
| 9810348YXG | 303510000 | | TOURGEE | GERALD | 26.00 | 1,128.75 | ATS |
| 9810348YXG | 303513000 | | TOURGEE | GERALD | 32.00 | 1,389.23 | ATS |
| 9810348YXG | 303520000 | | TUBBS | ALLAN | 228.00 | 9,262.50 | ATS |
| 9810348YXG | 303520000 | | HALLOCK | GARY | 58.00 | 2,534.71 | ATS |
| 9810348YXG | 303520000 | | VILLA | CHARLES | 31.00 | 1,076.06 | ATS |
| 9810348YXG | 303522000 | | TUBBS | ALLAN | 24.00 | 975.00 | ATS |
| 9810348YXG | 303553000 | | TUBBS | ALLAN | 692.00 | 28,112.50 | ATS |
| 9810348YXG | 303553000 | | HALLOCK | GARY | 478.00 | 22,980.78 | ATS |
| 9810348YXG | 303553000 | | VILLA | CHARLES | 639.00 | 22,180.68 | ATS |
| 9810348YXG | 307400000 | | STEFFEN | FRANCIS | 2.00 | 59.23 | ATS |
| 98A810600000 | 303500000 | | LIATI | JOHN | 9.00 | 244.04 | ATS |
| 98A810600000 | 303520000 | | STRATTON | RICHARD | 30.00 | 1,775.49 | ATS |
| 98A810600000 | 303521000 | | HERY | WILLIAM | 35.00 | 1,458.89 | ATS |
| 98A810600000 | 303521000 | | IMBESI | DOMINICK | 32.00 | 1,555.38 | ATS |
| 98A810600000 | 303521000 | | BENJAMIN | BRUCE | 63.50 | 2,341.58 | ATS |
| 98A810600000 | 303522000 | | REDDINGTON | THOMAS | 39.00 | 1,783.12 | ATS |
| 98A810600000 | 303522000 | | O NEILL | LAWRENCE | 76.00 | 3,350.58 | ATS |
| 98A810600000 | 303523000 | | WROBLICKA | WILLIAM | 11.00 | 545.77 | ATS |
| 98A810600000 | 303600100 | | NARAYOUSKI | MICHAEL | 18.00 | 587.60 | ATS |
| 98A810600000 | 303600100 | | RORLS | CAROLYN | 3.00 | 62.60 | ATS |
| 98A810600000 | 304000200 | | NARAYOUSKI | MICHAEL | 13.00 | 424.38 | ATS |
| BUSUPPORTLUCIS | 300018300 | | BENNETT | FLORENCE | 8.00 | 230.38 | ATS |
| BUSUPPORTLUCIS | 303520000 | | MC PHERSON | ROSS | 26.00 | 997.50 | ATS |
| CLASS0040 | 303500000 | | LIATI | JOHN | 146.00 | 3,821.67 | ATS |
| CLASS0040 | 303510000 | | PICCIRILLI | ALFONSO | 800.00 | 28,333.10 | ATS |
| CLASS0040 | 303510000 | | SIMPSON | JAY | 4.00 | 180.19 | ATS |
| CLASS0040 | 303510000 | | AUBORN | JAMES | 49.00 | 2,504.09 | ATS |
| CLASS0040 | 303512000 | | PICCIRILLI | ALFONSO | 852.00 | 30,721.21 | ATS |
| CLASS0040 | 303600100 | | NARAYOUSKI | MICHAEL | 8.00 | 261.16 | ATS |
| CLASS0040 | 304000100 | | NARAYOUSKI | MICHAEL | 31.00 | 1,011.97 | ATS |
| CLASS0040 | 304000100 | | RIGAS | ANDREW | 28.00 | 619.23 | ATS |
| CLASS0040 | 304000200 | | NARAYOUSKI | MICHAEL | 116.00 | 3,786.74 | ATS |
| CLASS0040 | 304000200 | | RIGAS | ANDREW | 128.00 | 2,830.78 | ATS |
| CLASS0310 | 303500000 | | MCDONALD | TERRI | 26.00 | 485.29 | ATS |
| CLASS0310 | 303500000 | | LIATI | JOHN | 45.00 | 1,170.61 | ATS |
| CLASS0310 | 303500000 | | GLOUDEMANS | P | 42.00 | 2,328.17 | ATS |
| CLASS0310 | 303520000 | | REDDINGTON | THOMAS | 375.00 | 15,943.25 | ATS |
| CLASS0310 | 303520000 | | O NEILL | LAWRENCE | 478.75 | 21,098.50 | ATS |
| CLASS0310 | 303520000 | | SCHIFF | MARK | 35.00 | 844.71 | ATS |
| CLASS0310 | 303520000 | | STRATTON | RICHARD | 9.50 | 562.23 | ATS |
| CLASS0310 | 303522000 | | REDDINGTON | THOMAS | 157.00 | 7,124.14 | ATS |
| CLASS0310 | 303522000 | | O NEILL | LAWRENCE | 297.75 | 13,126.78 | ATS |
| CLASS0310 | 303523000 | | WROBLICKA | WILLIAM | 1.00 | 49.62 | ATS |
| CLASS0310 | 303523000 | | METLER | WILLIAM | 474.00 | 18,914.40 | ATS |
| CLASS0310 | 303553000 | | SCHIFF | MARK | 10.00 | 241.35 | ATS |
| CLASS0310 | 304000100 | | NARAYOUSKI | MICHAEL | 17.00 | 554.95 | ATS |
| CLASS0310 | 304000100 | | RIGAS | ANDREW | 14.00 | 309.61 | ATS |
| CLASS0310 | 304000200 | | NARAYOUSKI | MICHAEL | 82.00 | 2,676.84 | ATS |
| CLASS0310 | 304000200 | | RIGAS | ANDREW | 134.00 | 2,963.48 | ATS |
| CLASS91870 | 303520000 | | PUNTURIERI | JOSEPH | 40.00 | 1,678.85 | ATS |
| CLASS91870 | 303520000 | | KAPLOW | WESLEY | 38.00 | 1,472.50 | ATS |
| CLASS91870 | 303520000 | | IMBESI | DOMINICK | 141.00 | 6,833.21 | ATS |
| CLASS91870 | 303520000 | | GEIMAN | REGINA | 270.50 | 6,484.29 | ATS |

TS_LD_97_98.xls
98 Labor

ATS Employees Contract Charging in 1998 After Sale

| Contract_Nbr | Org_Nbr | Soc_Sec_Nbr | Last_Name | First_Name | SumOfHours | SumOfDollars | BU |
|---|---|---|---|---|---|---|---|
| DAAB0797CS616 | 303500000 | | WALDENMAIER | EUGENE | 31.00 | 1,196.78 | ATS |
| DAAB0797CS616 | 303520000 | | JOSEPH | BARRY | 10.00 | 365.86 | ATS |
| DAAB0797CS616 | 303520000 | | SKELLY | RALPH | 20.00 | 772.11 | ATS |
| F3060297C0274 | 30311A000 | | HUTCHINGS | WALTER | 138.00 | 4,078.06 | ATS |
| F3060297C0274 | 30311B000 | | LANKFORD | THOMAS | 191.50 | 6,570.76 | ATS |
| F3060297C0274 | 303133100 | | HUTCHINGS | WALTER | 3.00 | 88.99 | ATS |
| F3060297C0274 | 303520000 | | REDDINGTON | THOMAS | 259.00 | 11,009.56 | ATS |
| F3060297C0274 | 303520000 | | KAPLOW | WESLEY | 216.00 | 8,799.24 | ATS |
| F3060297C0274 | 303520000 | | HERY | WILLIAM | 360.00 | 14,994.80 | ATS |
| F3060297C0274 | 303520000 | | SCHIFF | MARK | 12.00 | 289.61 | ATS |
| F3060297C0274 | 303521000 | | HERY | WILLIAM | 400.00 | 16,673.08 | ATS |
| F3060297C0274 | 303521000 | | BENJAMIN | BRUCE | 6.00 | 221.25 | ATS |
| F3060297C0274 | 303522000 | | REDDINGTON | THOMAS | 109.00 | 4,957.63 | ATS |
| F3060297C0274 | 303553000 | | SCHIFF | MARK | 47.00 | 1,134.33 | ATS |
| GIO1340 | 30311A000 | | HUTCHINGS | WALTER | 4.00 | 118.65 | ATS |
| GIO1340 | 30311B000 | | LANKFORD | THOMAS | 100.00 | 3,451.96 | ATS |
| GIO1340 | 303520000 | | STRATTON | RICHARD | 6.00 | 355.10 | ATS |
| GIO1340 | 303532000 | | JUSTICE | WATSON | 7.50 | 335.33 | ATS |
| MDA90498CB266 | 303520000 | | REDDINGTON | THOMAS | 10.00 | 457.21 | ATS |
| MDA90498CB266 | 303520000 | | STRATTON | RICHARD | 10.50 | 621.42 | ATS |
| MDA90498CB266 | 303521000 | | PUNTURIERI | JOSEPH | 47.00 | 2,198.61 | ATS |
| MDA90498CB266 | 303521000 | | IMBESI | DOMINICK | 3.00 | 145.82 | ATS |
| MDA90498CB266 | 303522000 | | REDDINGTON | THOMAS | 140.00 | 6,400.94 | ATS |
| MDA90498CB266 | 303523000 | | WROBLICKA | WILLIAM | 4.00 | 198.47 | ATS |
| MDA90498CB266 | 303600100 | | NARAYOUSKI | MICHAEL | 15.00 | 489.67 | ATS |
| MDA90498CB266 | 304000200 | | NARAYOUSKI | MICHAEL | 45.00 | 1,468.98 | ATS |
| MDA90498CB641 | 303500000 | | LIATI | JOHN | 3.00 | 81.35 | ATS |
| MDA90498CB641 | 303520000 | | STRATTON | RICHARD | 30.00 | 1,775.48 | ATS |
| MDA90498CB641 | 303521000 | | PUNTURIERI | JOSEPH | 108.00 | 5,052.12 | ATS |
| MDA90498CB641 | 303521000 | | IMBESI | DOMINICK | 79.00 | 3,839.86 | ATS |
| MDA90498CB641 | 303521000 | | BENJAMIN | BRUCE | 60.50 | 2,230.93 | ATS |
| MDA90498CB641 | 303522000 | | REDDINGTON | THOMAS | 41.00 | 1,874.56 | ATS |
| MDA90498CB641 | 303522000 | | O NEILL | LAWRENCE | 58.50 | 2,579.07 | ATS |
| MDA90498CB641 | 303523000 | | WROBLICKA | WILLIAM | 2.00 | 99.23 | ATS |
| MDA90498CB641 | 303523000 | | METLER | WILLIAM | 40.00 | 1,596.15 | ATS |
| MDA90498CB641 | 303600100 | | NARAYOUSKI | MICHAEL | 20.00 | 652.89 | ATS |
| MDA90498CB641 | 303600100 | | RORLS | CAROLYN | 1.00 | 20.86 | ATS |
| MDA90498CB641 | 304000200 | | NARAYOUSKI | MICHAEL | 10.00 | 326.44 | ATS |
| N0001497C2064 | 30311A000 | | HUTCHINGS | WALTER | 60.00 | 1,779.80 | ATS |
| N0001497C2064 | 30311B000 | | LANKFORD | THOMAS | 12.00 | 414.24 | ATS |
| N0001497C2064 | 303133100 | | HUTCHINGS | WALTER | 5.00 | 148.32 | ATS |
| N0001497C2064 | 303500000 | | WALDENMAIER | EUGENE | 275.00 | 10,435.15 | ATS |
| N0001497C2064 | 303500000 | | GLOUDEMANS | P | 321.00 | 17,793.91 | ATS |
| N0001497C2064 | 303520000 | | PIDWERBETSKY | ALEX | 360.00 | 15,576.35 | ATS |
| N0001497C2064 | 303520000 | | VILLA | CHARLES | 2.00 | 69.42 | ATS |
| N0001497C2064 | 303530000 | | JUSTICE | WATSON | 2.75 | 122.96 | ATS |
| N0001497C2064 | 303530000 | | LOWERY | WILLIAM | 17.00 | 644.86 | ATS |
| N0001497C2064 | 303540000 | | GLOUDEMANS | P | 445.00 | 24,667.57 | ATS |
| N0001497C2064 | 303551000 | | PIDWERBETSKY | ALEX | 475.00 | 21,306.49 | ATS |
| N0001992C0064 | 30311A000 | | HUTCHINGS | WALTER | 85.00 | 2,511.46 | ATS |
| N0001992C0064 | 30311B000 | | LANKFORD | THOMAS | 71.50 | 2,456.04 | ATS |
| N0001992C0064 | 303133100 | | HUTCHINGS | WALTER | 8.00 | 237.31 | ATS |
| N0001992C0064 | 303510000 | | SIMPSON | JAY | 40.00 | 1,926.92 | ATS |
| N0001992C0064 | 303510000 | | ABATE | JOSEPH | 98.00 | 4,305.71 | ATS |
| N0001992C0064 | 303511000 | | ABATE | JOSEPH | 21.00 | 957.14 | ATS |