# Exhibit 12

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case No. 04-1511C<br>(Judge Braden) |

**DECLARATION OF MICHAEL J. GELLER**

I, Michael J. Geller, declare as follows:

1. I am currently the Vice President of Advanced Technology and Government Communications Laboratory for Lucent Technologies Inc ("Lucent"). I have held this position since December 1, 2004. In this position, I am responsible for, among other duties, the executive oversight and coordination of Lucent's research and development programs relating to contracts with the United States government (the "government"). I was formerly the Chief Technical Officer of Lucent's Government Solutions business organization ("GS") and the Director of New Business Development of Lucent's Advanced Technology Systems ("ATS") business organization. In each of those positions, I have managed Lucent's advanced networking and communications research and development programs with the government and government prime contractors, as well as the development of new contract opportunities with the government. I served in those positions beginning in approximately 1995 and ending in November 2004. As a result of my experiences and responsibilities in these positions, I

have personal knowledge of Lucent, its business organizations doing business with the government during that period, the sale of assets to General Dynamics Corporation ("GD") described below and other matters discussed in this declaration.

2. I have a Bachelors of Science degree in Mathematics from Rensselaer Polytechnic Institute and hold a Masters Degree in Mathematics from the University of Connecticut.

**Lucent Prior to September 30, 1997**

3. Prior to September 30, 1997, Lucent maintained the GS business organization. The GS organization was one of several organizations within Lucent prior to September 30, 1997. To assist, in part, in the management of the GS organization and to provide a graphical representation of the organization to interested persons, Lucent created the GS Reporting Structure organizational chart (the "GS Organizational Chart") as of May 30, 1997, which shows the organizational layout of Lucent's GS business units. The GS Organizational Chart is attached to Plaintiff's Appendix in Support of Motion for Summary Judgment ("Pl. App."), as Exhibit ("Ex.") 4, p. P205. I am familiar with GS Organizational Chart because it was used by management to represent to me and the other employees within the GS organization how GS was organized in May 1997, during which time I was a Director within that organization. Furthermore, I am familiar with the GS organization and the GS Organizational Chart accurately reflects how it was organized. The GS Organizational Chart accurately reflects the GS organization as of September 30, 1997.

4. Prior to September 30, 1997, ATS was one of several business organizations within Lucent's GS organization, as accurately shown in the GS Organizational Chart. Pl. App., Ex. 4, p. P205.

5. Prior to September 30, 1997, ATS provided, among other things, products and services for advanced networking and communications, including remote signal detection, transmission, processing, analysis and display, command, control and communication and intelligence, ship systems automation, undersea surveillance, land and air systems, decision support systems, networking, advanced programs, structural vibration control, tactical wireless solutions, utility solutions and secure communications, as well as the research and development, systems engineering and software development and engineering technologies and competencies underlying such business.

6. Prior to September 30, 1997, the business that ATS performed depended upon various types of critically important intellectual property, including extensive patent and technical information, *i.e.*, "know-how", relating to, among other areas, optics, networking, software and mathematics. The intellectual property related to advanced communications and networking technologies applicable to the government's defense and national security needs in areas such as photonics, high-powered optical amplifiers, opto-mechanics, advanced multimedia, IP networking research and design and wireless engineering.

7. Prior to September 30, 1997, the ATS business organization was organized into several different groups and disciplines, including, among others, Government Wireless Programs (Tactical Wireless), Utility Solutions, New Business Development

and Advanced Projects (Land and Air Programs). In my positions, it has been necessary that I and my staff have accurate information regarding, among other things, the organizational structure of Lucent. The ATS Leadership Quality Council organizational chart, dated May 30, 1997 (the "ATS Organizational Chart"), is an accurate graphical depiction of the entities within the ATS organization as of September 30, 1997. Pl. App., Ex. 5, p. P206. I am familiar with the ATS Organizational Chart because I was the Director of the New Business Development group during the time the chart was created. As shown in the ATS Organizational Chart, ATS had 14 different business, engineering and support groups which collectively provided, among other things, advanced networking and communications to Lucent's customers.

8. Prior to September 30, 1997, the ATS business organization, including the Advanced Projects, Government Wireless Programs, Utility Solutions and New Business Development groups, had hundreds of employees with highly technical skills and competencies, including skills in research and development, engineering, manufacturing and operations, software design and additional support functions, such as contracting, finance and human resources.

**<u>Lucent After September 30, 1997</u>**

9. On August 20, 1997, Lucent and GD entered into an agreement for the purchase and sale of certain assets of ATS. I am familiar with the sale of assets to GD because I was a Director within ATS at the time of the sale.

10. It is my understanding that excluded from the sale of assets to GD were certain ATS areas of business and contracts, as well as the personnel, intellectual

property, real property and fixed assets associated with these capabilities and contracts (collectively "the retained assets"). The retained assets included, among other things, capabilities relating to products provided by the Advanced Projects (also known as Land and Air Programs), Utility Solutions and the Government Wireless Programs (also known as Tactical Wireless) groups, as well as in the research and development, systems engineering and software design and engineering, relating to the government's defense and national security needs in the photonics, high-power optical amplifiers, opto-mechanics, advanced multimedia, free-space wireless, IP networking research and design and wireless engineering areas. Lucent also retained capabilities in support areas such as contracting, finance and human resources.

11. After the sale of assets to GD, the retained assets continued to be responsible for the cost-plus fixed fee ("CPFF") contracts listed in Table 1 below. The contracts listed in Table 1 either: (a) were awarded prior to the sale of assets and were under performance before and after the time of the sale of assets; or (b) were awarded shortly after September 30, 1997 based upon proposals submitted to the government before the sale. Table 1 identifies for each of these contracts: the contract number, description, type, the date the contract was signed and whether the contract was subject to the cost accounting standards ("CAS").

**Table 1: ATS Contracts and Proposals**

| Contract No. | Description | Type | Execution Date | CAS Covered |
|---|---|---|---|---|
| **Contracts** | | | | |
| N0001992C0064 | Lithography Collimeter Dev. | CPFF | 7/23/92 | Yes |

| Contract No. | Description | Type | Execution Date | CAS Covered |
|---|---|---|---|---|
| DAAB0797CS616 | Advanced Cellular | CPFF | 1/10/97 | Yes |
| 4358 | BTS-LL | CPFF | 2/18/97 | Yes |
| F3060297C0274 | Proactive Problem Avoidance | CPFF | 9/15/97 | Yes |
| CLASS0040 | Sapporo | CPFF | 7/14/97 | Yes |
| CLASS0310 | Flamingo | CPFF | 8/25/97 | Yes |
| 4369 | BTS-Reliability Study | CPFF | 9/19/97 | Yes |
| N0001497C2064 | Robust RF Tags | CPFF | 9/30/97 | Yes |
| **Proposals** | | | | |
| 3338 | BTS-DC | CPFF | 5/29/98 | Yes |

12. Included within the retained assets that Lucent did not transfer to GD were employees who were working for the ATS business organization. These employees included research and development technical managers and employees and other support personnel. The retention of these employees enabled Lucent to continue to be responsible for the performance of the contracts in Table 1 and to pursue and be awarded additional CAS-covered contracts in 1998 and thereafter, including work relating to the government's defense and national security needs in the photonics, high-power optical amplifiers, opto-mechanics, advanced multimedia, free-space wireless, IP networking research and design and wireless engineering areas..

13. The retained assets formed the core of Lucent's existing government business that produces current annual revenues in excess of $77 million from CAS-covered contracts.

14. Table 2 below shows a representation of a few of the CAS-covered contracts (including Time and Material ("T&M") CAS-covered contracts) that the retained assets, including the retained managers and employees, were instrumental in obtaining and performing after October 1, 1997.

**Table 2: New CAS-Covered Contracts**

| Contract No. | Description | Type | Execution Date | CAS Covered |
|---|---|---|---|---|
| 9810348YXG | ELB Phase 1B | CPFF | 5/13/98 | Yes |
| MDA 90498CB266 | Flexible Routing System | T&M | 6/2/98 | Yes |
| MDA 90498CB641 | 672-1 | CPFF | 8/1/98 | Yes |
| 98A810600000 | Woodland | CPFF | 9/17/98 | Yes |

15. The contracts in Table 2 involve the advanced communications and networking technologies applicable to the government's defense and national security needs in the photonics, opto-mechanics, advanced multimedia, IP networking research and design and wireless engineering areas.

Pursuant to 28 U.S.C. § 1746, I declare under penalty and perjury the above statements are true and correct. Executed this 28th day of July, 2005.

Michael J. Geller

DN:32108936.5