# Exhibit 15

# Part 3 of 3

Audit Report No. 6201-2001K19200001

EXHIBIT 2

CAS 413 Segment Closing Estimate
Inactive Actuarial Accrued Liability Remaining at Lucent
As of 10/01/1997
Lucent Technologies, Inc. Pension Plans

| | PLAN | | |
|---|---|---|---|
| Source | Management Pension Plan | Occupational LTPP | |
| | In $Millions | | |
| Actuarial Total Plan Current Liability | | | |
| Active | $3,134.4 | $2,700.1 | 1997 Schedule B |
| Terminated Vested | $336.8 | $473.9 | 1997 Schedule B |
| Ratio:Inactive/Active | 10.75% | 17.55% | |
| AON Exhibit: Active Liability Transfer to GD | $58.9 | $8.5 | |
| Liability Remaining:Active times Inactive Ratio | $6.3 | $1.5 | |
| Assets for Inactives Remaining (ESTIMATED) | $15.5 | $4.2 | |
| CAS 413 Inactive Adjustment Amount | $9.2 | $2.7 | |

Prepared By:
George Matray
CIPR Center
8/25/2003



FOR OFFICIAL USE ONLY

APPENDIX 3

## CONTRACTOR WRITTEN RESPONSE

September 9, 2003

Mr. Tom Caruso
Defense Contract Audit Agency
Northern New Jersey Branch Office

Re: Audit Report Regarding Transfer of Pension Assets in Respect of Sale of Advanced Technology Systems (ATS) Assets to General Dynamics (GD)

In an exit audit discussion of July 31, 2003, relating to the referenced subject, the DCAA provided to Lucent Technologies a preliminary computation of a CAS 413.50 ©12 adjustment and requested Lucent's response or comments thereto. While Lucent does not concede that there is a basis for such an adjustment in respect of this transaction or that the proposed methodology utilized by the DCAA is the correct approach and reserves its right to challenge those issues, Lucent is providing its comments to the proposed computations in the attachments hereto.

Specifically, Lucent has reviewed data relating to the final true-up of the asset transfers to GD and that data is presented for both the LTPP and the LTMPP in the attachments hereto. The comparison with the data provided in the DCAA computations submitted in the exit conference is also included. In addition, Lucent presents its calculations on Government participation and Government share. The calculation of Government share is based on a review of 1997 incurrences which is, we understand, the method utilized by DCAA. The calculation follows the Teledyne methodology. The attachments also summarize the methodology used by Lucent. The underlying data may be reviewed by contacting Angel Marshall at the Guilford Center.

While this was the primary item for which contractor input was requested, Lucent also wishes to bring the following to the attention of the Government. In your phone conversation of September 8, 2003 with Debra Pfaff and Tom Suher, representing the contractor, the Government for the first time provided proposed computations relating to excess assets for inactive ATS employees. Lucent does not agree that this is an appropriate subject for a 413 adjustment. The subject transaction with GD did not involve the transfer of inactive personnel. That is, there were no liabilities or assets transferred in respect of this population. Lucent continues to be fully responsible to discharge any pension liabilities in respect of these personnel and continues to have Government contracts for which the Government will benefit from such a situation. This situation is unlike the AT&T-Lucent divestiture where the liabilities for inactive personnel were transferred to Lucent and the Government reviewed the adequacy of the transfer of assets in respect of such transferred liabilities. In this case, very simply, there is no transfer of liabilities, the contractor continues to have Government contracts (indeed a growing base) as it has consistently since the referenced sale took place. As such, there is

no segment closure with respect to which an adjustment is warranted. Indeed, the contractor is aware of no case or legal precedent for effecting a CAS 413 adjustment for a population that was not the subject of a transfer where the contractor continues to operate the segment purportedly related to these inactive personnel.

On the broader subject mentioned above as to the appropriateness of any CAS 413 adjustment in respect of the subject transaction, Lucent provides the following position. First, there was no segment closure in this case. Lucent did not in the referenced transaction with GD transfer the entire ATS segment. It retained certain contracts and assets of ATS which have continued to operate (and grow) to this day. Second, the basis for the Government's adjustment of pension cost is flawed. During the period from 1984 through 1997, Lucent and AT&T charged approximately $17M in pension costs in its security accruals rates to Government contracts and since 1990, only $3M in total. This minimal participation by the Government in the contribution to pension costs does not provide a basis for the Government to now contend that an adjustment in the tens of millions of dollars is warranted.

Lucent appreciates the opportunity to provide these comments and data. It is willing to meet with the Government at its earliest convenience to discuss any of this material.

Cc: J. Wesley Gilliam
Divisional Administrative Contracting Officer
Defense Contract Management Agency

Audit Report No. 6201-2001K19200001

DCAA COMPUTATION OF CAS 413.50(c)12 ADJUSTMENT

LUCENT TECHNOLOGIES SALE OF ATS TO GENERAL DYNAMICS

Page 1 of 2

A. LUCENT TECHNOLOGIES PENSION PLAN – (LTPP)

| | | Original Report | 4/1/98 True - Up | 10/5/98 True Up | REFERENCE |
|---|---|---|---|---|---|
| 1 | PBO Liability for all Active Employees Transferred to GD – 10/1/97 | $8,500,000 | $8,586,611 | $9,551,471 | Per Tom Bainbridge Response AON File: Dec2000req |
| 2 | Total PBO Liability of all (Active & Inactive) Lucent Participants – 10/1/97 | $10,555,800,000 | $10,555,800,000 | $10,556,235,000 | Exhibit I – Lucent Technologies Inc–Benefit Obligations 9/30/97 |
| 3 | Pro-Rata share of Liability (1,2) | 0.08052445% | 0.08134496% | 0.09046180% | |
| 4 | Market Value of Assets – 10/1/97 | $18,266,900,000 | $18,266,900,000 | $18,266,900,000 | Exhibit I – Lucent Technologies Inc–Benefit Obligations 9/30/97 |
| 5 | Asset Allocation of Sold Segment (Lucent ATS to GD) = (3 x 4) | $14,709,321 | $14,859,202 | $16,528,220 | |
| 6 | Assets Transferred to GD | $10,501,000 | $10,608,000 | $11,800,000 | ASA – Pension Plan Asset Transfers From Lucent To Corresponding Plans of GD kab\lucent\actrpts\Tbatsrpt.doc 1/30/1998 |
| 7 | Assets Remaining with Lucent (5 – 6) | $4,208,321 | $4,251,202 | $4,728,220 | |
| 8 | Estimated Government Participation | 89.4% Per K.Bristow (10.6% Non Gov) NOTE: Prior to the Teledyne decision. K. Bristow has been requested to breakout the Government %. | 62.0% | 62.0% | |
| 9 | Government Share (7 x 8) | $3,762,239 | $2,635,745 | $2,931,496 | |

1 See attached Lucent Analysis



FOR OFFICIAL USE ONLY

P327

DCAA COMPUTATION OF CAS 413.50(c)12 ADJUSTMENT

LUCENT TECHNOLOGIES SALE OF ATS TO GENERAL DYNAMICS

Page 2 of 2

A. LUCENT TECHNOLOGIES MANAGEMENT PENSION PLAN

| | | Original Report | 4/1/98 True - Up | 10/5/98 True Up | REFERENCE |
|---|---|---|---|---|---|
| 1 | PBO Liability for all Active Employees Transferred to GD – 10/1/97 | $58,900,000 | $58,920,609 | $58,920,609 | Per Tom Bainbridge Response AON File: Dec2000req |
| 2 | Total PBO Liability of all (Active & Inactive) Lucent Participants – 10/1/97 | $12,310,400,000 | $12,310,400,000 | $12,310,400,000 | Exhibit I – Lucent Technologies Inc–Benefit Obligations 9/30/97 |
| 3 | Pro-Rata share of Liability (1,2) | 0.47845724% | 0.47862465% | 0.47862465% | |
| 4 | Market Value of Assets – 10/1/97 | $17,576,100,000 | $17,576,100,000 | $17,576,100,000 | Exhibit I – Lucent Technologies Inc–Benefit Obligations 9/30/97 |
| 5 | Asset Allocation of Sold Segment (Lucent ATS to GD) = (3 x 4) | $84,094,123 | $84,123,547 | $84,123,547 | |
| 6 | Assets Transferred to GD | $68,591,000 | $68,615,000 | $70,015,000 | ASA –Pension Plan Asset Transfers From Lucent To Corresponding Plans of GD kab\lucent\actrpts\Tbatsrpt.doc 1/30/1998 |
| 7 | Assets Remaining with Lucent (5 – 6) | $15,503,123 | $15,508,547 | $14,108,547 | |
| 8 | Estimated Government Participation | 89.4% Per K.Bristow (10.6% Non Gov) NOTE: Prior to the Teledyne decision. K. Bristow has been requested to breakout the Government %. | 62.0% | 62.0% | |
| 9 | Government Share (7 x 8) | $13,859,792 | $9,615,299 | $8,747,299 | |

1 See attached Lucent Analysis



FOR OFFICIAL USE ONLY

## Government Participation Analysis of ATS Incurrences

| | | |
|---|---|---|
| Line 1 ALL CAS COVERED (coded as #1) | | 142,927,003.47 |
| Line 2 (Less CAS Covered FFP prior to 1/1/96) | | (26,713,190.10) |
| Line 3 (Line 1 - Line 2) | 116,213,813.37 | |
| Line 4 Non-CAS-coded as #3 | | 46,110,459.66 |
| (CR/CPFF included in line 5) | | 3,686,337.68 |
| Line 5 Cost Plus with no CAS Indication | | 4,960,524.77 |
| Line 6 Total Incurrences for 1997 | | 194,395,471.34 |
| Line 7 CAS COVERED SUBJECT TO GOV'T SHARE (Line 3 plus Line 5) | | 121,174,338.14 |
| Government Participation (Line 7 ) Line 6) | | 62% |



FOR OFFICIAL USE ONLY

| | |
|---|---|
| Analysis of Non-CAS/Commercial Incurrences - | 38% (or 73,221,133.20) |
| Commercial (SSI) | 13,148,798.86 |
| SCS (All Fixed Prices Non-CAS) | 14,175,652.83 |
| T&M Support to Other Non-CAS Units | 8,049,719.46 |
| Pre-1996 CAS Covered FFP | 26,713,190.10 |
| Other (various Non-CAS Cost Plus and FFP Contracts - coded as 3) | 11,133,771.95 |

Notes to Government Participation Analysis

In developing the Government participation numbers, the following methodology was utilized.

The incurrences for FY 1997 for the portions of the ATS segment that transferred to General Dynamics were profiled. (note that the entire ATS segment in FY 1997 was not transferred to GD).

These incurrences were profiled based on data archived in the MIPS system that categorizes contracts and incurrences by FSBU, contract number (if applicable), contract execution and start date, type of contract and dollar value. In the MIPS system, the Contracts Manager indicates a CAS filed denominating whether the subject contract is subject to CAS and whether the contract in fact includes a CAS clause. The CAS field indicators are as follows:

1 - Indicates that there is a CAS clause in the contract and CAS applies

2 - Indicates there is a CAS clause in the contract but CAS does not apply

3 - Indicates there is no CAS clause and CAS does not apply

These CAS indicators were used for the most part in profiling the incurrences as to whether they were CAS covered. However, there were certain contracts that had no field indicator as to CAS coverage but, when such were cost plus arrangements, they were included as CAS covered (Line 5) for purposes of the Government share calculation. CAS covered firm fixed price contracts executed prior to 1/1/1996 were excluded from the CAS covered numerator for the purpose of calculating Government participation. (line 2)

Based on the above profile, it was possible to make an assessment of which contracts were CAS covered and to derive a Government participation percentage. The second sheet profiles the contracts and incurrences that relate to non CAS covered contracts and incurrences, including those CAS covered firm fixed price contracts that were executed prior to 1/1/1996 and, per the Teledyne case, excluded from the Government share calculation.