**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1511C** |
| | ) | **(Judge Braden)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States of America, respectfully requests an enlargement of time of 30 days (to and including October 6, 2005) within which to respond to plaintiff's motion for summary judgment, filed electronically on August 2, 2005. Absent the requested enlargement, defendant would be required to respond to plaintiff's motion on or before September 6, 2005. RCFC 6(e), 7.1(c). This is defendant's first request for an enlargement of time for this purpose. On August 31, 2005, undersigned counsel for defendant sent an electronic mail message describing defendant's planned motion to Thomas A. Lemmer, Esq., counsel for plaintiff, who advised on September 6, 2005, that plaintiff would not oppose the requested enlargement.

The grounds for this motion are that plaintiff's motion and supporting papers are lengthy, and the requested enlargement is needed in order to afford defendant an adequate opportunity to respond. Plaintiff's motion is 26 pages long, and is supported by 13 pages of proposed findings of uncontroverted fact (34 proposed findings in all), and a 331-page appendix. The motion raises novel issues regarding the application of the segment-closing provisions of Cost

Accounting Standard 413.50(c)(12) to a transaction of considerable complexity – plaintiff's sale of its Advanced Technology Systems segment to General Dynamics Corporation. Because plaintiff was a party to this transaction, and defendant was not, plaintiff has a much greater understanding than defendant of the facts and circumstances of this transaction. The brief enlargement requested is required in order for defendant to review plaintiff's lengthy motion and prepare an appropriate response.

For the foregoing reasons, defendant respectfully requests that the Court enter an Order granting the requested enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: September 6, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 6th day of September, 2005, a copy of the foregoing Defendant's Unopposed Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird