# In the United States Court of Federal Claims

No. 04-1511C
Filed: September 16, 2005

*************************************
*
LUCENT TECHNOLOGIES INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

Defendant's September 6, 2005 unopposed motion for enlargement of time of 30 days within which to respond to plaintiff's motion for summary judgment, through October 6, 2005, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge