# In the United States Court of Federal Claims

No. 04-1511C
Filed: October 13, 2005

*************************************
*
LUCENT TECHNOLOGIES INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

The parties' October 6, 2005 Joint Motion for Enlargement of Time for an additional 60 days for the defendant to respond to plaintiff's motion for summary judgment, through December 5, 2005, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge