# In the United States Court of Federal Claims

No. 04-1511C
Filed: November 1, 2005

************************************
LUCENT TECHNOLOGIES INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

**ORDER**

On May 6, 2005, the Government filed a Motion to Transfer and Suggestion of the Appropriateness of Consolidation requesting the transfer of *Lucent Technologies Inc.* v. *United States* ("*Lucent*"), No. 04-1551C, from Judge Susan G. Braden to Judge Charles F. Lettow, because *Lucent* is related to two cases that were pending before Judge Lettow, *AT&T Corp.* v. *United States*, 03-2258C ("*AT&T I*") and *AT&T Corp.* v. *United States* ("*AT&T II*"), 04-1512C. In the alternative, the Government requested the transfer of both *AT&T I* and *AT&T II* to Judge Susan G. Braden. On May 18, 2005, Plaintiff filed a Response to Government's Motion to Transfer and Suggestion of Appropriateness of Consolidation indicating that it did not object to the transfer of *AT&T I* and *AT&T II*, but indicated that the lack of objection to the transfer of *AT&T I* was based on an understanding that the Government was not seeking to consolidate *AT&T I* with *Lucent* and, therefore, *AT&T I* would not be consolidated with *Lucent*. Plaintiff suggested that the issue of consolidation was premature and, therefore, did not submit a brief on consolidation. Plaintiff requested it be given an opportunity to address why consolidation of *AT&T I* with *Lucent* is inappropriate when the issue was ripe.

On October 13, 2005, Judge Lettow partially granted the Government's motion by transferring *AT&T I* and *AT&T II* to Judge Braden, but deferred to Judge Braden whether the cases should be consolidated. In light of Plaintiff's request to brief the issue of consolidation before the court issues a ruling, on or before November 21, 2005 Plaintiff may file a substantive response to the Government's Motion to Transfer and Suggestion of the Appropriateness of Consolidation. In addition, in the interest of avoiding the piecemeal resolution of these issues Plaintiff's response

should address its position regarding the consolidation of *AT&T I* with *Lucent*. The Government may file a reply on or before December 12, 2005.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**