# In the United States Court of Federal Claims

No. 04-1511C
Filed: December 8, 2005

| | |
|---|---|
| ************************************* | |
| | * |
| LUCENT TECHNOLOGIES INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

**ORDER**

The parties' December 5, 2005 Joint Motion for a Further Enlargement of Time is hereby **GRANTED.** The Government's response to Plaintiff's Motion for Summary Judgment, or, in the alternative, a joint proposal for further proceedings, is now due December 19, 2005.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**