**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AT&T CORP.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **Nos. 03-2258C, 04-1512C**<br>**(Judge Braden)** |
| **LUCENT TECHNOLOGIES INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-1511C**<br>**(Judge Braden)** |

**DEFENDANT'S REPLY**
**REGARDING CONSOLIDATION**

As directed by the Court in its November 1, 2005 Order entered in the three related cases styled (i) *AT&T Corp. v. United* States, No. 03-2258 ("*AT&T I*"), (ii) *Lucent Technologies Inc. v. United States*, No. 04-1511 ("*Lucent*"), and (iii) *AT&T Corp. v. United* States, No. 04-1512 ("*AT&T II*"), defendant, the United States, respectfully submits this reply to (a) Plaintiff's Position Regarding Consolidation ("Lucent's Response"), filed November 21, 2005 in *Lucent*, and (b) AT&T's Response to Government's Suggestion of Appropriateness of Consolidation ("AT&T's Response"), filed November 21, 2005 in all three cases. For the Court's convenience, we are filing this same reply in each of these three cases.

**Procedural Background**. In Defendant's Motion to Transfer and Suggestion of the Appropriateness of Consolidation ("Defendant's Motion"), dated May 6, 2005, we sought transfer of all three of these directly-related cases (*Lucent*, *AT&T I*, and *AT&T II*) to a single Judge, and we requested that *Lucent* and *AT&T II* be consolidated. We did not request that *AT&T I* be consolidated with either of the two later cases (*Lucent* or *AT&T II*). *See* Defendant's Motion at 1-2; Defendant's Notice of Directly-Related Cases, filed May 6, 2005, at 2. By Order dated October 13, 2005, Judge Lettow granted our motion in part by transferring *AT&T I* and *AT&T II* to Judge Braden, but deferred to Judge Braden the question whether any of the cases should be consolidated. In its November 1 Order, the Court (Judge Braden) allowed plaintiff in all three cases to file a substantive response regarding consolidation (including the possibility of consolidating *AT&T I* with either *Lucent* or *AT&T II*). *See* Order dated November 1, 2005. In their responses, neither AT&T nor Lucent opposed consolidation of *AT&T II* with *Lucent*. *See* Lucent's Response at 1 ("Lucent does not object to the consolidation of *AT&T II* with *Lucent* "); AT&T's Response at 2 (because of common issues of fact and law, "these two cases [*AT&T II* and *Lucent*] could be consolidated"). Both AT&T and Lucent opposed consolidation of *AT&T I* with their cases. *See* Lucent's Response at 1; AT&T's Response at 2.

**The Government's Position.** For the reasons previously stated in Defendant's Motion, we believe that the two later-filed cases (*Lucent* and *AT&T II*) should be consolidated in the interests of promoting judicial efficiency. In that way, all of the parties having an interest in the resolution of the issues in common between these two cases – AT&T, Lucent, and the Government – would be parties to the same action, and issues relating to scheduling, discovery, any motions practice, and the like could be resolved in a single action without the need for

coordination with any other cases. As noted above, no party opposes consolidation of these two cases. By contrast, no party proposes consolidation of the remaining case (*AT&T I*) with either of the other cases. We have not previously sought consolidation of that case with either of the later-filed cases (*Lucent* or *AT&T II*), and do not do so now.

For the foregoing reasons, we respectfully request that the Court enter an order under RCFC 42(a) consolidating *Lucent* and *AT&T II*.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: December 12, 2005

**CERTIFICATE OF FILING**

I hereby certify that on the 12th day of December, 2005, a copy of the foregoing Defendant's Reply Regarding Consolidation was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird