**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1511C** |
| | ) | **(Judge Braden)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION**
**FOR A FURTHER ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, plaintiff, Lucent Technologies Inc., and defendant, the United States of America, jointly and respectfully request an enlargement of time of 25 days (to and including January 13, 2006) within which to complete their discussions regarding the possibility of presenting plaintiff's motion for summary judgment to the Court upon the basis of an agreed-upon statement of facts, and to advise the Court whether their discussions have been successful and propose a course of further proceedings for the Court's consideration. The parties request that defendant's current deadline for responding to plaintiff's motion for summary judgment (December 19, 2005) be suspended briefly pending the completion of their discussions and their submission of a proposal for further proceedings in this case. Absent the requested enlargements of time, defendant would be required to respond to plaintiff's motion on or before December 19, 2005. *See* Order dated December 8, 2005. This is the parties' second request for additional time to complete their discussions, and the fourth request for an enlargement of time for defendant to respond to plaintiff's motion, the Court having granted defendant's first request for a thirty-day enlargement by Order dated September 16, 2005, the parties' joint motion for a

sixty-day enlargement in the October 13 Order, and the parties' joint motion for a fourteen-day enlargement in the December 8 Order.

The parties have continued their discussions regarding the possibility of presenting the legal issue framed by plaintiff's motion for summary judgment to the Court based upon facts that would be agreed-upon for purposes of the motion. As we have previously advised the Court, on December 5, 2005, plaintiff provided a draft stipulation for defendant's consideration. On December 12, 2005, defendant proposed a revised stipulation, and on December 14, plaintiff proposed a further revised draft stipulation. The parties are now discussing a process by which plaintiff would provide adequate verification regarding certain facts to which plaintiff desires defendant to stipulate. The parties expect to conclude their discussions and be able to present for the Court's consideration a proposal for further proceedings, either with or without an agreed-upon stipulation, by the requested date (January 13, 2006). The parties continue to believe that this approach has a reasonable prospect of resulting in an agreed-upon procedure for the resolution of plaintiff's summary judgment motion, a procedure that would avoid the Court's having to become involved in the resolution of unnecessary discovery disputes and might well expedite the early determination of plaintiff's motion.

For the foregoing reasons, the parties respectfully request that the Court enter an Order granting the requested enlargement of time.

Respectfully submitted,

s/ Thomas A. Lemmer
THOMAS A. LEMMER
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado
Telephone: (303) 634-4000
Facsimile: (303) 634-4400

COREY R. SANCHEZ
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado

MICHAEL GARSON
Corporate Counsel
Lucent Technologies Inc.
450 Spring Park Place
Herndon, VA 20170-5243

Attorneys for Plaintiff Lucent Technologies Inc.

Dated: December 19, 2005

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Attorneys for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 19th day of December, 2005, a copy of the foregoing Joint Motion for a Further Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird