# In the United States Court of Federal Claims

No. 04-1511C
Filed: January 3, 2006

```
***************************************
                                      *
LUCENT TECHNOLOGIES INC.,             *
                                      *
          Plaintiff,                  *
                                      *
v.                                    *
                                      *
THE UNITED STATES,                    *
                                      *
          Defendant.                  *
                                      *
***************************************
```

**ORDER**

The parties' December 19, 2005 Joint Motion for a Further Enlargement of Time is hereby **GRANTED.** The Government's deadline for responding to Plaintiff's Motion for Summary Judgment is hereby suspended. On or before January 13, 2005, the parties shall file a Joint Status Report informing the court of the status of their efforts to reach an agreed-upon statement of facts and containing a proposal for further proceedings.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**