**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1511C** |
| | ) | **(Judge Braden)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order dated January 3, 2006, plaintiff, Lucent Technologies Inc., and defendant, the United States of America, respectfully submit the following Joint Status Report.

The parties are actively continuing their discussions regarding the possibility of presenting the legal issue framed by plaintiff's motion for summary judgment to the Court based upon a stipulation of facts that would be agreed upon for purposes of the motion. Since December 19, 2005, when the parties filed their Joint Motion for a Further Enlargement of Time, the parties have continued to exchange drafts of possible language for the stipulation. The parties intend to continue their discussions regarding the language of a possible stipulation, with the hope of concluding them within the next two weeks (*i.e.*, by January 27, 2006), either by agreement upon proposed language (which agreement would be subject to plaintiff's providing verification for certain factual matters referred to in any proposed stipulation), or by the conclusion that no such agreement is possible. If the parties are able to reach agreement upon the language of a proposed stipulation, plaintiff would provide, on or before January 31, 2006, documentation that the Government has requested of certain facts referred to in the stipulation. The parties anticipate that, if the Government determines after its review that the documentation

is satisfactory, the parties would present to the Court a joint stipulation of facts on or before February 15, 2006, along with a joint proposal for the Court's consideration regarding further proceedings in light of the parties' agreement upon the joint stipulation. If the parties determine at any point in this process that agreement cannot be reached, they will promptly advise the Court by a further Joint Status Report, which will also contain the parties' joint recommendation for further proceedings upon plaintiff's pending motion.

Respectfully submitted,

s/ Thomas A. Lemmer
THOMAS A. LEMMER
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado
Telephone: (303) 634-4000
Facsimile: (303) 634-4400

COREY R. SANCHEZ
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado

MICHAEL GARSON
Corporate Counsel
Lucent Technologies Inc.
450 Spring Park Place
Herndon, VA 20170-5243

Attorneys for Plaintiff Lucent Technologies Inc.

Dated: January 13, 2006

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Attorneys for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 13th day of January, 2006, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird