**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1511C** |
| | ) | **(Judge Braden)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiff, Lucent Technologies Inc., and defendant, the United States of America, respectfully submit the following Joint Status Report.

The parties have concluded that, despite their best efforts, they will be unable to reach agreement upon the terms of a stipulation of fact that could be presented to the Court as the agreed-upon factual basis upon which the Court could decide the legal issue framed by plaintiff's motion for summary judgment. Because the parties did not reach this conclusion until today, they have not had the chance to consult or agree upon a joint recommendation for the course of further proceedings upon plaintiff's motion. The parties respectfully request that the Court permit them to provide their joint recommendation regarding further proceedings in a further Joint Status Report to be filed within ten days (on or before March 1, 2006).

Respectfully submitted,

s/ Thomas A. Lemmer
THOMAS A. LEMMER
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado
Telephone: (303) 634-4000
Facsimile: (303) 634-4400

COREY R. SANCHEZ
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado

MICHAEL GARSON
Corporate Counsel
Lucent Technologies Inc.
450 Spring Park Place
Herndon, VA 20170-5243

Attorneys for Plaintiff Lucent Technologies Inc.

Dated: January 13, 2006

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Attorneys for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 15th day of February, 2006, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird