# In the United States Court of Federal Claims

No. 04-1511C
Filed February 27, 2006

*************************************
LUCENT TECHNOLOGIES INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

The parties February 15, 2006 request for an enlargement of time to provide their joint recommendation regarding further proceedings is hereby **GRANTED**. The parties shall file a Joint Status Report on or before **March 1, 2006.**

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**