## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case Nos. 04-1511C and 04-1512C<br>(Judge Braden) |
| AT&T CORP.,<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | |

## JOINT MOTION FOR ENLARGEMENT OF TIME REGARDING JOINT STATUS REPORT

Plaintiff, Lucent Technologies Inc. ("Lucent"), and defendant, the United States of America (the "Government"), respectfully request, due to an illness of Government counsel, a seven-day enlargement of time to file their Joint Status Report regarding Case No. 04-1511C.

As the parties advised the Court in the Joint Status Report filed February 15, 2006, they were not able to reach agreement upon the terms of a stipulation of facts that could be presented to the Court as the agreed-upon factual basis upon which the Court could decide the legal issue framed by Lucent's motion for summary judgment, filed August 2, 2005. In their Joint Status Report, the parties requested that the Court permit them to

consult and provide their joint recommendation regarding further proceedings in a further Joint Status Report on or before March 1, 2006.

The parties have exchanged drafts of a proposed Joint Status Report, but due to Government counsel's illness, the parties were unable to finalize their recommendations to the Court. The parties respectfully request that the Court grant the parties an additional seven days to prepare the Joint Status Report.

Respectfully submitted this 1st day of March 2006.

s/ Thomas A. Lemmer
THOMAS A. LEMMER
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado
Telephone: (303) 634-4000
Facsimile: (303) 634-4400

OF COUNSEL:

COREY R. SANCHEZ
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado

MICHAEL GARSON
Corporate Counsel
Lucent Technologies Inc.
450 Spring Park Place
Herndon, VA 20170-5243

Attorneys for Lucent Technologies Inc.

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Attorneys for United States

DN:32113704.2