**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 04-1511C**<br>**(Judge Braden)** |
| **AT & T CORP.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 04-1512C**<br>**(Judge Braden)**<br>**(Consolidated)** |

**JOINT STATUS REPORT (NO. 04-1511)**

Plaintiff, Lucent Technologies Inc., and defendant, the United States of America, respectfully submit the following Joint Status Report and proposed recommendation for the course of further proceedings in No. 04-1511.

As the parties advised the Court in the Joint Status Report filed February 15, 2006, they were not able to reach agreement upon the terms of a stipulation of fact that could be presented to the Court as the agreed-upon factual basis upon which the Court could decide the legal issue framed by Lucent's motion for summary judgment, filed August 2, 2005. In their Joint Status Report, the parties requested that the Court permit them to consult and provide their joint recommendation regarding further proceedings in a further Joint Status Report.

The parties have consulted and jointly propose the following schedule for the Court's consideration:

| | |
|---|---|
| April 18, 2006 | Government to file its RCFC 56(f) motion |
| May 2, 2006 | Lucent to file its response |
| May 16, 2006 | Government to file any reply in support of its motion |

The parties believe that oral argument on the Government's RCFC 56(f) motion would be of assistance to the Court, and respectfully request that the Court grant an opportunity for oral argument. If the Court agrees, the argument could be scheduled at any time after May 16, 2006 that would be convenient to the Court and the parties.

After the Court has decided the Government's RCFC 56(f) motion, either with or without argument, in the Court's discretion, the parties recommend the following schedule, subject to the Court's concurrence, for further proceedings, depending upon how the Court decides the motion. If the Court were to deny the Government's Rule 56(f) motion, the parties have agreed that the Government would file its response to Lucent's motion for summary judgment within 45 days of the Court's Order. If, however, the Court were to grant the motion and direct Lucent to provide discovery, the parties have agreed that Lucent would provide the discovery that the Court has directed within 60 days of the Court's Order, and the Government would respond to Lucent's motion to summary judgment within 45 days after Lucent had provided this discovery. Pending the further order of the Court, through the adoption of the parties' proposed schedule or otherwise, the parties understand and have agreed that, except as the Court may otherwise direct in response to the Government's 56(f) motion: (i) Lucent's obligation to respond to the Government's pending discovery requests shall be suspended, and (ii) the Government's

obligation to respond to Lucent's pending motion for summary judgment shall also be suspended.

Respectfully submitted,

s/ Thomas A. Lemmer
THOMAS A. LEMMER
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado
Telephone: (303) 634-4000
Facsimile: (303) 634-4400

COREY R. SANCHEZ
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado

MICHAEL GARSON
Corporate Counsel
Lucent Technologies Inc.
450 Spring Park Place
Herndon, VA 20170-5243

Attorneys for Plaintiff Lucent Technologies Inc.

Dated: March 8, 2006

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Attorneys for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 8th day of March, 2006, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird