# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed March 14, 2006

***********************************
AT&T CORP.,

Plaintiff,

and,

LUCENT TECHNOLOGIES, INC.,

Plaintiff.,

v.

THE UNITED STATES,

Defendant.
***********************************

**ORDER**

The parties' March 1, 2006 Joint Motion for Enlargement of Time Regarding Joint Status Report is, hereby, **GRANTED**.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**