# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed April 10, 2006

***********************************

| | |
|---|---|
| AT&T CORP., | * |
| | * |
| Plaintiff, | * |
| | * |
| and, | * |
| | * |
| LUCENT TECHNOLOGIES, INC., | * |
| | * |
| Plaintiff., | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

***********************************

**SCHEDULING ORDER**

On March 8, 2006, the Plaintiff, Lucent Technologies Inc., and the Defendant filed a Joint Status Report indicating Defendant's intention to file a Motion for Summary Judgment pursuant to RCFC 56 (f) and containing a proposed briefing schedule. Plaintiff, AT&T Corp, did not join in the Joint Status Report and has not subsequently filed any document indicating AT&T's position regarding how this case, as consolidated, should proceed.

Accordingly, the court orders the following briefing schedule:

| | |
|---|---|
| May 15, 2006 | Government shall file a RCFC 56(f) Motion |
| May 29, 2006 | Plaintiff shall file a RCFC 56(f) Response |
| June 12, 2006 | Government shall file any Reply |

The court will schedule oral argument after reviewing the parties' filings.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**