**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case Nos. 04-1511C and 04-1512C<br>(Judge Braden) |
| AT&T CORP.<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | |

**PLAINTIFF LUCENT TECHNOLOGIES INC.'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME (NO. 04-1511C)**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, Plaintiff, Lucent Technologies Inc. ("Lucent"), respectfully requests an extension of time of seven days (to and including June 5, 2006) to file its answer in response to the Defendant's Motion for an Order Denying Plaintiff Lucent Technologies Inc.'s Motion for Summary Judgment without Prejudice or, in the Alternative, Granting a Continuance to Permit Essential Discovery, dated May 15, 2006 (the "Government's Rule 56(f) Motion"). Without the requested extension, Lucent would be required to file its reply to the Government's Rule 56(f) Motion on or before May 29, 2006.

On May 24, 2006, counsel for Lucent, Mr. Thomas A. Lemmer, contacted Mr. C. Coleman Bird, counsel for the United States (the "government"), to discuss this motion. On May 26, 2006, Mr. Bird indicated to Mr. Lemmer that the government would not oppose the extension of time requested by this motion, provided that the government's reply would not be due until June 23, 2006, because government counsel will be out of the office during certain of the periods relevant to the drafting of its reply.

Lucent requires the additional time for two reasons. First, counsel to Lucent had previous commitments in other cases and client matters which have required attention since Lucent received the Government's Rule 56(f) Motion on May 15, 2006. Second, Lucent requires additional time to coordinate the execution of affidavits by employees of Lucent that are required to respond to the Government's Rule 56(f) Motion. Accordingly, Lucent respectfully requests this Court enter an Order granting Lucent's unopposed motion for a seven-day extension of time (to and including June 5, 2006) for Lucent to file its reply to the Government's Rule 56(f) Motion.

The Court previously issued an Order on April 10, 2006, requiring the parties to file their respective briefs regarding the Government's Rule 56(f) Motion as follows:

**Previous Scheduling Order**

| | |
|---|---|
| May 15, 2006 | Government shall file an Rule 56(f) Motion |
| May 29, 2006 | Lucent shall file a Rule 56(f) Response |
| June 12, 2006 | Government shall file any Reply |

If the Court grants Lucent's request for an extension of time for the Lucent to file its response to the Government's Rule 56(f) Motion to June 5, 2006, Lucent proposes the

following scheduling order to accommodate additional time for the government to reply to Lucent's response.

**Proposed Scheduling Order**

| | |
|---|---|
| June 5, 2006 | Lucent shall file a Rule 56(f) Response |
| June 23, 2006 | Government shall file any Reply |

Respectfully submitted this 26th day of May, 2006.

s/Thomas A. Lemmer
Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
FAX: (303) 634-4400

ATTORNEY FOR PLAINTIFF
LUCENT TECHNOLOGIES INC.

OF COUNSEL:

Corey R. Sanchez
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202

Michael Garson
Corporate Counsel
Lucent Technologies Inc.
8000 Towers Crescent Drive, Suite 400
Vienna, VA 22182
(703) 394-1450

DN:32115741