# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LUCENT TECHNOLOGIES INC.

Plaintiff,

vs.

UNITED STATES,

Defendant.

AT&T CORP.

Plaintiff,

vs.

UNITED STATES,

Defendant.

Case Nos. 04-1511C and 04-1512C
(Judge Braden)

## DECLARATION OF THOMAS R. SUHER

I, Thomas R. Suher, declare as follows:

1. I am currently a consultant to Lucent Technologies Inc. ("Lucent") advising and providing assistance in connection with its contracts and activities with the United States government (the "government"). I have held this position since April 2002. I was formerly a General Attorney for Lucent responsible for providing legal support for Lucent's business activities with the government and other activities in the commercial and international fields. I was in that position from the beginning of Lucent's operations in February 1996 to March 2002, during which time I was involved in the transaction for the sale by Lucent to General Dynamics of certain assets and

operations of the Navy Programs, Advanced Projects and Secure Communications organizations that closed on October 1, 1997 ("the asset sale transaction").

2. I graduated from the University of North Carolina at Chapel Hill Law School in 1974 and am licensed to practice law in North Carolina and New York.

3. As a result of my experiences as both an attorney for Lucent and my subsequent assignment as a consultant, I have personal knowledge of Lucent, including its government contracts and the transaction involving the asset sale transaction, the terms of the various documents relating to the asset sale transaction and the claims made by the government pursuant to Cost Accounting Standard ("CAS") 413, 48 C.F.R. § 9904.413, including the segment closing audit and Special Contractor Insurance/Pension Review CAS 413 Adjustment performed by the government in connection with Cost Accounting Standard ("CAS") 413.

4. During the Defense Contract Audit Agency's (DCAA) audit of Lucent relating to whether Lucent was in compliance with CAS 413 in connection with its sale of assets to General Dynamics, Lucent responded to the government's requests for detailed and extensive information supporting the transaction, including information on actuarial accrued liabilities, interest rates and the assumptions underlying the pension plans, pension assets, amortization schedules, contributions to the plans, employee benefit payments

and assets both retained and sold. I was involved in the coordination of providing information to the government for the purpose of such audit and reviews.

5. With respect to such audits and reviews, the following information was provided by Lucent, or its supporting actuaries, to various elements of the government, including the DCAA and the Defense Contract Management Agency (DCMA) including the DCMA CIPR team and the Administrative Contracting Officer:

(a) Actuarial reports for the Lucent pension plans, including summaries of significant pension plan changes and pension valuation data for relevant years was provided to DCMA on August 17, 2002.

(b) Specific information on the pension assets transferred to General Dynamics in connection with the asset sale transaction was provided to the ACO on February 4, 1999, to the DCAA on February 19, 2001 and on June 13, 2001 which included specifics on the actuarial liabilities and assets of each of Lucent's pension plans for the personnel transferred to General Dynamics.

(c) A copy of the actuarial report dated January 30, 1998, prepared by Actuarial Sciences Inc., the actuaries for the Lucent plans, detailing the amount of the pension assets to be transferred from the Lucent plans to General Dynamics.

(d) Additional data on the pension asset transfers provided to DCAA on September 10, 2003 in response to specific questions of DCAA in connection with the audit.

6. With respect to the asset sale transaction itself, I am aware that General Dynamics provided a copy of the Agreement for the Purchase and Sale of Assets between Lucent and General Dynamics and a listing of exhibits and schedules to the agreement to DCAA and DCMA in the months shortly after the closing. These documents, among other things, describe the assets and liabilities transferred and, in part, those retained regarding the sale of assets to General Dynamics. This information includes more than several hundred pages of detail regarding the asset sale transaction, including every final agreement comprising the transaction.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of June, 2006.

Thomas R. Suher

DN:32115701.1