# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case Nos. 04-1511C and 04-1512C<br>(Judge Braden) |
| AT&T CORP.<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | |

## LUCENT TECHNOLOGIES INC.'S
## MOTION FOR HEARING (NO. 04-1511C)

Plaintiff, Lucent Technologies Inc. ("Lucent"), respectfully requests an oral argument on the issues presented in Defendant's Motion for an Order Denying Plaintiff Lucent Technologies Inc.'s Motion for Summary Judgment without Prejudice or, in the Alternative, Granting a Continuance to Permit Essential Discovery, dated May 15, 2006 (the "Government's Rule 56(f) Motion"). Lucent filed its opposition to the Government's Rule 56(f) Motion on June 5, 2006, and the government filed its reply on June 23, 2006. Accordingly, the briefing on the Government's Rule 56(f) Motion is now complete.

As the parties' briefs discuss, the government requests this Court deny Lucent's pending motion for summary judgment or grant the government a continuance of its obligation to respond to Lucent's motion so that the government may obtain discovery it claims it requires to respond to Lucent's Motion for Summary Judgment. Lucent requests this Court to rule on Lucent's Motion for Summary Judgment because the government failed to meet its burden of establishing that it is entitled to discovery, having failed to identify any material fact that might be disputed as a result of discovery and ignoring that it is in possession of the information required to respond to Lucent's Motion for Summary Judgment.

Lucent respectfully submits that the Court would benefit from oral argument because it would provide the Court with further explanation of the parties' positions, assisting the Court in deciding the Government's Rule 56(f) Motion. Accordingly, Lucent respectfully requests that the Court hold oral argument on this matter at the Court's convenience.

Respectfully submitted this 29th day of June, 2006.

s/Thomas A. Lemmer
Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
FAX: (303) 634-4400

ATTORNEY FOR PLAINTIFF
LUCENT TECHNOLOGIES INC.

OF COUNSEL:

Corey R. Sanchez
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202

Michael Garson
Corporate Counsel
Lucent Technologies Inc.
8000 Towers Crescent Drive, Suite 400
Vienna, VA 22182

DN:32116468.2