IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1511C
(Consolidated with Case No. 04-1512C)

| | |
|---|---|
| **AT&T Corp.,** | ) |
| **Plaintiff,** | ) |
| **And,** | ) |
| **LUCENT TECHNOLOGIES, INC.** | ) |
| **v.** | ) |
| **THE UNITED STATES,** | ) |
| **Defendant.** | ) |

RECEIVED
OVER THE COUNTER
JUN 27 2006
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**MOTION TO SUBSTITUTE ATTORNEY OF RECORD**

Pursuant to Rule 83.1(c)(4) of the Court of Federal Claims, Plaintiffs, AT&T Corp.("AT&T") hereby respectfully moves the Court to substitute Howard J. Stanislawski as counsel of record for AT&T in the above-captioned matter. Mr. Stanislawski's affidavit of appointment is attached hereto. The reason for the substitution is that AT&T's current counsel of record, Francis J. O'Toole, is retiring from the active practice of law. Mr. O'Toole has consented to this change in appointment, as indicated by his signature below.

June 26, 2006

Respectfully submitted,

Francis J. O'Toole
Sidley Austin, LLP
1501 K Street, NW
Washington, DC 20005
Tel: 202-736-8000
Fax: 202-736-8711

OF COUNSEL:

OF COUNSEL:
Richard G. Vartain
AT&T Corp.
7125 Columbia Gateway Drive
Columbia, MD 21046-2552

Howard J. Stanislawski
Sidley Austin, LLP
1501 K Street, NW
Washington, DC 20005
Tel: 202-736-8000
Fax: 202-736-8711

**CERTIFICATE OF SERVICE**

I, Howard J. Stanislawski, certify that on June 27, 2006, I caused a copy of the foregoing "Motion To Substitute Attorney of Record," to be served by facsimile and by the United States mail (first-class postage prepaid) on the following counsel for defendant:

C. Coleman Bird, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20539
Tel: 202-307-0453
Fax: 202-514-7965

Howard J. Stanislawski