**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**No. 04-1511C**
**(Consolidated with Case No. 04-1512C)**

| | |
|---|---|
| **AT&T Corp.,** | ) |
| **Plaintiff,** | ) |
| **and,** | ) |
| **LUCENT TECHNOLOGIES, INC.,** | ) |
| **Plaintiff.,** | ) |
| **v.** | ) |
| **THE UNITED STATES,** | ) |
| **Defendant.** | ) |

## AFFIDAVIT OF APPOINTMENT OF HOWARD J. STANISLAWSKI

I, Howard J. Stanislawski, being sworn under oath, state as follows:

1. I have been appointed as the new counsel of record for AT&T Corp. in the above-captioned matter.

2. I have been admitted to practice before this court.

3. Former counsel of record, Francis J. O'Toole, consents to my appointment.

Howard J. Stanislawski