# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed August 23, 2006

| | |
|---|---|
| AT&T CORP., | * |
| Plaintiff, | * |
| and, | * |
| LUCENT TECHNOLOGIES, INC., | * |
| Plaintiff., | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Plaintiff, Lucent Technologies, Inc.'s, June 29, 2006 Motion for Hearing is **GRANTED.** A hearing on the issues presented in Defendant's May 15, 2006 Motion for an Order Denying Plaintiff Lucent Technologies, Inc.'s Motion for Summary Judgment Without Prejudice or, in the Alternative, Granting a Continuance to Permit Essential Discovery will be held on September 25, 2006 at 2:00 p.m. at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**