# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed: September 26, 2006

| | |
|---|---|
| AT&T CORP., | * |
| Plaintiff, | * |
| and, | * |
| LUCENT TECHNOLOGIES, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Plaintiff, Lucent Technologies Inc. ("Lucent"), and defendant have agreed to the following stipulation in this case, solely for purpose of resolving Lucent's August 2, 2005 Motion for Summary Judgment:

1. On October 1, 1997, Lucent and General Dynamics Corporation ("General Dynamics") closed an "Agreement for the Purchase and Sale of Assets" related to Lucent's Advanced Technology Systems Business Unit ("ATS Business Unit").

2. Pursuant to the October 1, 1997 Agreement, Lucent: (a) transferred substantially all of the ATS Business Unit's contracts under performance to General Dynamics; and (b) sold other substantial assets of the ATS Business Unit to General Dynamics.

3. Pursuant to the October 1,1997 Agreement, however, Lucent retained one or more CAS-

covered contracts that the ATS Business Unit was performing, as of the October 1, 1997 closing date, and also retained certain of the tangible and intangible assets and employees of the ATS Business Unit.

Based upon the foregoing Stipulation, evidencing consent of the parties, the court hereby orders as follows:

1. Lucent will withdraw the August 2, 2005 Motion for Summary Judgment and supporting papers and file an Amended Motion for Summary Judgment no later than November 10, 2006.

2. Defendant will file any Response no later than December 11, 2006.

3. Plaintiff may file any Reply no later than December 19, 2006.

4. All discovery in this case is stayed pending the court's disposition of Lucent's November 10, 2006 Amended Motion for Summary Judgment or further order of the Court.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**

**s/ Thomas A. Lemmer**
**Thomas A. Lemmer**
**Attorney for Plaintiff, Lucent Technologies Inc.**

**s/ C. Coleman Bird**
**C. Coleman Bird**
**Attorney for Defendant, The United States**