**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1511C** |
| | ) | **(Judge Braden)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of time of eight days (to and including December 19, 2006), within which to respond to Plaintiff's Amended Motion for Summary Judgment ("Plaintiff's Motion"), dated November 9, 2006. Absent the requested enlargement, defendant would be required to respond to plaintiff's motion on or before December 11, 2006. *See* Order dated September 26, 2006 (Document No. 47). This is defendant's first request for an enlargement of time for this purpose. On December 7, 2006, undersigned counsel for defendant sent an electronic mail message to Thomas A. Lemmer, Esq., counsel for plaintiff, stating that defendant intended to file this motion and asking whether plaintiff intended to oppose it. On December 8, 2006, Mr. Lemmer responded that plaintiff would have no objection provided that the date for plaintiff's reply would also be extended, from December 19, 2006 to January 12, 2007. Defendant has no objection to the Court's extending plaintiff's deadline as requested.

The additional time is needed to complete the preparation of defendant's response to plaintiff's dispositive motion. Plaintiff filed its amended motion on November 9, 2006,

approximately six weeks after the Court entered its September 26, 2006 Scheduling Order. During the approximately four weeks since November 9, 2006, undersigned counsel for defendant has been required, in addition to other matters, to (i) file a lengthy motion for partial summary judgment in *General Motors Corp. v. United States*, No. 00-40C, on November 17, 2006; (ii) defend a deposition of a Government employee on November 9, 2006, in Washington, D.C., prepare an expedited response to plaintiff's motion to compel discovery on November 21, 2006, and present argument in opposition to plaintiff's motion at a telephone status conference with the Court on November 22, 2006, travel to Boston, Massachusetts to prepare two additional witnesses for deposition, and defend these depositions on December 3-6, 2006, and draft discovery requests for a December 14, 2006 Rule 30(b)(6) deposition of plaintiff, in order to meet the fact discovery deadline of December 15, 2006, set by the Court with no further extensions in *Raytheon Corp. v. United States*, No. 05-448C; and (iii) prepare oppositions to dispositive motions in *General Electric Co. v. United States*, No. 99-172C, and *Unisys Corp. v. United States*, No. 05-281C, that are due on December 15, 2006. The brief extension requested will allow defendant the opportunity to prepare a brief that we believe will be of assistance to the Court in resolving the issues presented in Plaintiff's Motion.

For the foregoing reasons, defendant respectfully requests that the Court enter an Order establishing the following schedule for the remaining briefing on Plaintiff's Motion:

1. Defendant will file any Response to Plaintiff's Motion no later than December 19, 2006.

2. Plaintiff may file any Reply no later than January 12, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: December 8, 2006

**CERTIFICATE OF FILING**

I hereby certify that on the 8th day of December, 2006, a copy of the foregoing Defendant's Unopposed Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird