# In the United States Court of Federal Claims

No. 04-1511C
Filed: December 14, 2006

*************************************
LUCENT TECHNOLOGIES INC., *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
*************************************

## ORDER

Defendant's December 8, 2006 Unopposed Motion For Enlargement of Time is, hereby, **GRANTED**. Defendant will have an additional eight days, through December 19, 2006, to respond to Plaintiff's November 9, 2006 Amended Motion for Summary Judgment. Plaintiff's Reply will be filed on January 12, 2007.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge