**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case Nos. 04-1511C and 04-1512C<br>(Judge Braden) |
| AT&T CORP.<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | |

**PLAINTIFF LUCENT TECHNOLOGIES INC.'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME (NO. 04-1511C)**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, Plaintiff, Lucent Technologies Inc. ("Lucent"), respectfully requests an extension of time of seven days (to and including January 19, 2007) to file its reply in response to Defendant's Opposition to Plaintiff's Amended Motion for Summary Judgment (the "Government's Opposition"). Without the requested extension, Lucent would be required to file its reply to the Government's Opposition on or before January 12, 2007.

On January 8, 2007, counsel for Lucent, Mr. Corey R. Sanchez, contacted Mr. C. Coleman Bird, counsel for the United States (the "government"), to discuss this

motion. On January 9, 2007, Mr. Bird indicated to Mr. Sanchez that the government would not oppose the extension of time requested by this motion.

Lucent requires the additional time because Lucent's lead counsel, Mr. Thomas A. Lemmer, has been called to attend to commitments in other cases and client matters during the entire week preceding the January 12, 2007 deadline.

Accordingly, Lucent respectfully requests that the Court grant Lucent's Unopposed Motion for Extension of Time to and including January 19, 2007, to reply to the Government's Opposition.

Respectfully submitted this 9th day of January, 2007.

s/Thomas A. Lemmer
Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
FAX: (303) 634-4400

ATTORNEY FOR PLAINTIFF
LUCENT TECHNOLOGIES INC.

OF COUNSEL:

Corey R. Sanchez
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202

Michael Garson
Corporate Counsel
Lucent Technologies Inc.
8000 Towers Crescent Drive, Suite 400
Vienna, VA 22182
(703) 394-1450

DN:32120661.2