# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed: January 10, 2007

| | |
|---|---|
| AT&T CORP., | * |
| Plaintiff, | * |
| and, | * |
| LUCENT TECHNOLOGIES INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Plaintiff's January 9, 2007 Unopposed Motion For Enlargement of Time is, hereby, **GRANTED**. Plaintiff will have an additional seven days, through January 19, 2007, to file its Reply in response to Defendant's Opposition to Plaintiff's November 9, 2006 Amended Motion for Summary Judgment.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge