**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1511C** |
| | ) | **(Judge Braden)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| **AT & T CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1512C** |
| | ) | **(Judge Braden)** |
| | ) | **(Consolidated)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY**
**IN FURTHER OPPOSITION TO**
**PLAINTIFF'S AMENDED MOTION**
**FOR SUMMARY JUDGMENT (NO. 04-1511C)**

Defendant, the United States, respectfully requests that the Court enter an order granting leave for defendant to file Defendant's Surreply in Further Opposition to Plaintiff's Amended Motion for Summary Judgment (No. 04-1511C), which is attached as Attachment "A," in reply to Plaintiff's Reply to Defendant's Opposition to Plaintiff's Amended Motion for Summary Judgment ("Pl. Repl."), filed January 19, 2007.

Defendant requests leave to file a surreply in order for defendant to have a fair opportunity to respond to arguments that plaintiff raised for the first time in Plaintiff's Reply,

including plaintiff's serious and utterly unsupported assertion that defendant engaged in "baseless factual distortions," Pl. Repl. at 1, plaintiff's argument that the Court should adopt plaintiff's "100 per cent test" because it is a "bright-line" test (*id*. at 16-17), and plaintiff's erroneous suggestion that defendant has based its argument upon the proposition that a segment cannot have only one CAS-covered contract (*id*. at 14). Defendant believes that its surreply will be of assistance to the Court in clarifying the parties' positions upon the important legal issues that plaintiff's amended dispositive motion raises.

Should the Court deem it helpful, we would be pleased to present argument upon plaintiff's motion. The issues that plaintiff raises are important issues of first impression (principally, whether the Government's right to a segment-closing adjustment can be defeated by a contractor's sale of a segment in its entirety but for a single CAS-covered contract and related assets). Oral argument could be of assistance to the Court in clarifying these issues and the parties' differing perspectives upon these issues.

For the foregoing reasons, defendant respectfully requests that the Court enter an order granting defendant leave to file the attached Surreply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Acting Director

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: February 7, 2007

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 7th day of February, 2007, a copy of the foregoing "Defendant's Motion for Leave to File Surreply in Further Opposition to Plaintiff's Amended Motion for Summary Judgment (No. 04-1511C)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird