# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed: February 14, 2007

***********************************
AT&T CORP., *
*
Plaintiff, *
*
and, *
*
LUCENT TECHNOLOGIES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The court hereby grants the Government's February 7, 2007 Motion for Leave to File Surreply in Further Opposition to Plaintiff's Amended Motion for Summary Judgment.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**