# In the United States Court of Federal Claims

**04-1511C & 04-1512C**

**Filed: April 3, 2007**

**LUCENT TECHNOLOGIES, INC.
AND AT&T CORP**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 volume)**
**Held in Washington, D.C.**
**March 28, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.