# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed: May 21, 2007

| | |
|---|---|
| AT&T CORP., | * |
| Plaintiff, | * |
| and, | * |
| LUCENT TECHNOLOGIES, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## SCHEDULING ORDER

On April 26, 2007, the court issued a Memorandum Opinion and Order Regarding Amended Motion for Summary Judgment as to Count I of the Complaint and Count II of the Counterclaim, in which the court denied Lucent's November 9, 2006 Amended Motion for Summary Judgment. *See AT&T Corp. and Lucent Tech., Inc.* v. *United States*, No. 04-1511C, 2007 WL 1279498 (Fed. Cl. April 26, 2007). The court convened a telephone status conference on May 7, 2007, to discuss a schedule for discovery and future proceedings. Another telephone status conference was held on May 18, 2007, at which time the court denied the Government's request that discovery be allowed to proceed on issues relating to quantum and post-retirement benefit liability (Count VI of Lucent's September 29, 2004 Complaint). Pursuant to the discussion at these status conferences, the court orders the following schedule:

1) **Discovery Regarding Segment Closing**. The parties shall commence discovery regarding whether Lucent's sale to General Dynamics Corporation of certain assets of Lucent's Advanced Technology Systems ("ATS") Business Unit in October 1997 constituted a segment closing under 48 C.F.R. § 9904.413-50(c)(12) (1995).

a. Lucent shall serve its responses to the Government's September 28, 2005 First Set of Interrogatories and Requests for the Production of Documents on or before July 6, 2007;

b. Lucent shall advise the Government on or before June 15, 2007, whether it contends that the ATS Business Unit did not constitute a "segment," as defined in 48 C.F.R. § 9904.413-30(a)(19) (1995), prior to the sale to General Dynamics Corporation; and

c. Lucent shall serve its discovery requests, if any, on the Government on or before June 1, 2007.

2) **Discovery Regarding Quantum and Count VI.** The Government may serve written discovery relating to quantum and Count VI of Lucent's Complaint, but Lucent shall not be obligated to respond to such discovery, absent further order of the court.

3) **Joint Status Report.** The parties shall file a joint status report on or before September 7, 2007, proposing a course of further proceedings in this case. The parties' report shall address the need for further discovery regarding whether the October 1997 ATS transaction constituted a segment closing under 48 C.F.R. § 9904.413-50(c)(12) (1995), and, if such discovery is needed, the date that the parties propose for its completion. If no further discovery is needed, the parties shall propose a schedule for resolution of this issue, either by summary judgment or by trial.

4) **Protective Order.** The parties shall submit a Motion for a Protective Order for the court's consideration as soon as possible.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**