**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-1511C** **(Judge Braden)** **(Consolidated)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |
| **AT & T CORP.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-1512C** **(Judge Braden)** **(Consolidated)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME (NO. 04-1511C)**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of time of thirty days (to and including August 2, 2007), within which to respond to Lucent Technologies Inc.'s Requests for Admission, Requests for Production and Interrogatories (No. 04-1511C) ("Plaintiff's Discovery Requests"), served by mail on June 1, 2007. Absent the requested enlargement, defendant would be required to respond to Plaintiff's Discovery Requests on or before July 3, 2007. RCFC 33(b)(1), 34(b), 36(a); RCFC 5(b)(2)(B), 6(e). This is defendant's first request for an enlargement of time for this purpose. On June 26, 2007,

undersigned counsel for defendant discussed this motion with Thomas A. Lemmer, Esq., counsel for plaintiff, who stated that plaintiff would not oppose defendant's motion.

The additional time is needed to complete the preparation of defendant's responses to Plaintiff's Discovery Requests. Plaintiff's Discovery Requests are broad and comprehensive, consisting of 14 requests for the production of documents, four requests for admission (containing multiple subparts relating to close to a dozen contracts, some of which appear to be classified), and seven interrogatories. Although considerable progress has been made, it will not be possible to complete the preparation of defendant's responses by the current due date (July 3, 2007). The brief enlargement requested is needed to give defendant a reasonable opportunity to prepare these responses and provide them to plaintiff.

For the foregoing reasons, defendant respectfully requests that the Court enter an order granting the requested enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
by s/ Deborah A. Bynum
JEANNE E. DAVIDSON
Director

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: June 27, 2007

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965
E-Mail: Coleman.Bird@usdoj.gov

Attorney for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 27th day of June, 2007, a copy of the foregoing Defendant's Unopposed Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird