# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed: June 28, 2007

************************************
AT&T CORP., *
*
Plaintiff, *
*
and, *
*
LUCENT TECHNOLOGIES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

The court hereby grants the Government's June 27, 2007 Unopposed Motion for an Enlargement of Time to respond to Lucent's June 1, 2007 Discovery Requests. The Government will respond on or before August 2, 2007.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**