**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AT&T CORP.<br>Plaintiff,<br>and<br>LUCENT TECHNOLOGIES INC.<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case Nos. 04-1511C and 04-1512C<br>(Judge Braden) |

**PLAINTIFF LUCENT TECHNOLOGIES INC.'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME (NO. 04-1511C)**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United State Court of Federal Claims, Plaintiff, Lucent Technologies Inc. ("Lucent"), respectfully requests an enlargement of time of 35 days (to and including August 10, 2007), within which to respond the government's First Set of Interrogatories and First Request for Production of Documents (the "government's discovery requests"). Absent the requested enlargement, Lucent would be required to respond to the government's discovery requests on or before July 6, 2007. *See* Order, dated May 21, 2007. This is Lucent's first request for an enlargement of time for this purpose.

On July 3, 2007, counsel for Lucent, Corey R. Sanchez, Esq., contacted counsel for the government, C. Coleman Bird, Esq., who stated that the government would not oppose Lucent's motion.

The additional time is required for Lucent to complete its responses to the government's discovery requests. The government's discovery requests are significantly broad and involve 48 interrogatories and requests for production of documents, which requires Lucent to search records in multiple locations and coordinate responses from several individuals, including individuals who are not employees of Lucent. Lucent's efforts are ongoing, but require additional time, which means that it will not be possible for Lucent to respond to the government's discovery requests by the required date (July 6, 2007). For the above reasons, Lucent respectfully requests the Court enter an order granting the requested enlargement of time.

Respectfully submitted this 3rd day of July, 2007.

s/Thomas A. Lemmer
Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
FAX: (303) 634-4400

ATTORNEY FOR PLAINTIFF
LUCENT TECHNOLOGIES INC.

OF COUNSEL:

Corey R. Sanchez
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202

Michael D. Garson
LGS Innovations
8000 Towers Crescent Drive, Suite 400
Vienna, VA 22182