# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed: July 9, 2007

| | |
|---|---|
| AT&T CORP., | * |
| Plaintiff, | * |
| and, | * |
| LUCENT TECHNOLOGIES, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The court hereby grants Lucent's July 3, 2007 Unopposed Motion for Extension of Time to respond to the Government's First Set of Interrogatories and First Request for Production of Documents. Lucent will respond on or before August 10, 2007.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**