**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-1511C** |
| | ) | **(Judge Braden)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |
| **AT & T CORP.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-1512C** |
| | ) | **(Judge Braden)** |
| | ) | **(Consolidated)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENTRY OF A PROTECTIVE ORDER (NO. 04-1511C)**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court enter a protective order in the form attached as Attachment No. 1. Thomas A. Lemmer, Esq., counsel for plaintiff Lucent Technologies Inc., has reviewed this motion and the proposed protective order (Attachment No. 1), and has authorized undersigned counsel for the Government to represent to this Court that plaintiff does not oppose the entry of this protective order.

In support of this motion, counsel for defendant states that some of the documents that may be produced by the parties in connection with this matter may contain proprietary,

confidential, or otherwise protectable information. The proposed protective order would provide for the safeguarding of this potentially protectable material.

Defendant also notes that, because certain of plaintiff's discovery requests have sought the production of documents and information that was provided to the Government by General Dynamics Corporation ("GD"), which is not a party to this action, and that GD may regard as containing its confidential and proprietary business information, defendant has sent a copy of this motion for a protective order by Federal Express and by first-class mail to David A. Savner, Esq., Senior Vice President, General Counsel, and Secretary of GD, and has advised him by letter that, under RCFC 7.2(a), unless otherwise directed by the Court, any responses to this motion are required to be filed within 14 days after service of the motion.

For these reasons, defendant respectfully requests that the Court enter a protective order in the form attached as Attachment No. 1.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965
E-Mail: Coleman.Bird@usdoj.gov

Attorney for Defendant United States

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: August 16, 2007

**CERTIFICATE OF FILING AND SERVICE**

1. I hereby certify that on the 16th day of August, 2007, a copy of the foregoing Defendant's Unopposed Motion for Entry of a Protective Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

2. I further certify that on the 16th day of August, 2007, a copy of the foregoing Defendant's Unopposed Motion for Entry of a Protective Order was (i) sent by Federal Express for next-business day delivery, and (ii) placed in the United States mail (first-class postage prepaid), to the following addressee:

David A. Savner, Esq.
General Counsel
General Dynamics Corporation
2941 Fairview Park Drive
Falls Church, VA 22042-4513.

s/ C. Coleman Bird