**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 04-1511C**<br>**(Judge Braden)** |
| **AT & T CORP.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 04-1512C**<br>**(Judge Braden)**<br>**(Consolidated)** |

**JOINT STATUS REPORT (NO. 04-1511C)**

As directed by the Court's Scheduling Order dated May 21, 2007 (the "Scheduling Order"), plaintiff Lucent Technologies Inc. ("Lucent") and defendant, the United States, respectfully submit this Joint Status Report.

Although the parties have made substantial progress on discovery, there is a need for further discovery regarding whether the October 1997 ATS transaction constituted a segment closing under 48 C.F.R. § 9904.413-50(c)(12) (1995). For the reasons set forth below, the parties propose February 15, 2008 as the date for the completion of this necessary discovery.

The parties have met the requirements set forth in the Court's Scheduling Order. On August 10, 2007 Lucent served its written responses to the Government's September 28, 2005 First Set of Interrogatories and Requests for Production of Documents. Lucent's written responses were originally due on July 6, 2007 (*see* Scheduling Order, ¶ 1.a), a date that the Court later extended to August 10, 2007 by Order dated July 9, 2007. By letter dated June 15, 2007, Lucent advised the Government that it does not contend that the ATS Business Unit did not constitute a segment as defined in 48 C.F.R. § 9904.413-30(a) (1995) prior to the sale to General Dynamics Corporation. (*See* Scheduling Order, ¶ 1.b). On June 1, 2007, Lucent served Plaintiff Lucent Technologies Inc.'s Requests for Admissions, Requests for Production and Interrogatories, as required by ¶ 1.c of the Scheduling Order. The Government served its written responses to Lucent's discovery requests on August 2, 2007 (after the Court granted a 30-day enlargement by Order dated June 28, 2007). On August 16, 2007, as required by ¶ 4 of the Scheduling Order, defendant submitted an unopposed motion for entry of an agreed-upon form of protective order. The Court entered the parties' requested protective order on September 6, 2007.

The parties require additional time to produce documents responsive to the pending document requests, and anticipate completing document production no later than October 19, 2007. The parties will also need time to review the documents produced, to determine, in the light of other discovery obtained in the case, whether any additional discovery or depositions will be needed, and, if so, to schedule and complete such discovery or depositions. The parties believe that these necessary tasks can be accomplished by the requested completion date (February 15, 2008).

The Court may also wish to direct the parties to file, no later than February 25, 2008, a further joint status report proposing a schedule for resolution of the segment closing issue, either by summary judgment or by trial.

For the foregoing reasons, the parties jointly and respectfully request that the Court enter an order providing for the completion of discovery on the segment closing issue by February 15, 2008 and the submission of a further joint status report by February 25, 2008 proposing a schedule for the resolution of the segment closing issue, either by summary judgment or by trial.

Respectfully submitted,

s/ Thomas A. Lemmer
THOMAS A. LEMMER
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado
Telephone: (303) 634-4000
Facsimile: (303) 634-4400

COREY R. SANCHEZ
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado

MICHAEL GARSON
Corporate Counsel
Lucent Technologies Inc.
450 Spring Park Place
Herndon, VA 20170-5243

Attorneys for Plaintiff Lucent Technologies Inc.

Dated: September 7, 2007

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Attorneys for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 7th day of September, 2007, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird