# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed: September 10, 2007

************************************

| | |
|---|---|
| AT&T CORP., | * |
| | * |
| Plaintiff, | * |
| | * |
| and, | * |
| | * |
| LUCENT TECHNOLOGIES, INC., | * |
| | * |
| Plaintiff., | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

************************************

**ORDER**

Pursuant to the request of both the Plaintiff and Government, as filed in a September 7, 2007 Joint Status Report, the court hereby orders completion of discovery on the segment closing issue by February 15, 2008, and submission of a joint status report proposing a schedule for resolution of the segment closing issue by February 25, 2008.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**