# Exhibit B

Atlanta
Denver
Los Angeles
Philadelphia

McKenna Long & Aldridge LLP
Attorneys at Law

1875 Lawrence Street • Suite 200 • Denver, CO 80202
303.634.4000 • Fax: 303.634.4400
www.mckennalong.com

San Diego
San Francisco
Washington, DC
Brussels

THOMAS A. LEMMER
(303) 634-4350
tlemmer@mckennalong.com

COREY R. SANCHEZ
(303) 634-4341
csanchez@mckennalong.com

November 30, 2007

**VIA FEDEX**

C. Coleman Bird
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20005

**Re: *AT&T Corp. and Lucent Techs. Inc. v. United States***
**Case Nos. 04-1511C and 04-1512C**

Dear Coleman:

We are writing this letter to correspond on certain matters relating to the production of documents in the subject case. First and foremost, Lucent Technologies Inc. ("Lucent") is requesting that the government produce without further delay the documents that it possesses that are responsive to Lucent's Requests for Admissions, Requests for Production and Interrogatories ("Lucent's discovery requests"). Document production in this case was to occur not later than October 19, 2007. To date, the government has not provided to Lucent a single document in response to Lucent's discovery requests.

The government previously had stated in its August 2, 2007 written response to Lucent's discovery requests that the government would produce to Lucent responsive documents, including those documents that contain confidential business or proprietary information, after the Court had entered an appropriate protective order. The Court issued an appropriate protective order on September 6, 2007 (the "Order"). Lucent, therefore, requests that the government provide the documents it intends to produce no later than December 18, 2007. Production by that date will allow the parties to stay on schedule and meet the Court's deadline of February 15, 2008, for completion of discovery.

In addition, as you know, Lucent previously produced to the government on October 18 and 19, 2007, CDs containing hundreds of responsive documents. As previously stated by Lucent, there remains a limited universe of documents that may be responsive to the government's discovery requests that are not readily available to Lucent. Lucent has proceeded to search for these additional documents. As a result, Lucent has obtained from its records a portion of the additional documents that Lucent believes may be responsive to the government's discovery requests, and is now producing those documents to the government on the enclosed CD. Those documents, which begin with Bates No. L007785 and end with Bates No. L008075, are subject to any objections submitted by Lucent, including, but not limited to, those objections filed with Lucent's prior written response to the government's discovery requests. As with Lucent's earlier document production, the documents included on this CD only relate to the current claims and defenses at issue in this litigation regarding whether Lucent closed a segment when it sold some of the assets of its Advanced Technology Systems business to General Dynamics Corporation on October 1, 1997.

As with Lucent's previous production of documents, the documents contained on the CD are subject to the Order. Documents marked with the legend "Proprietary Matter" therefore shall only be used and/or disclosed in accordance with the Order.

Remaining potentially responsive documents from corporate, legal and benefits organizations relative to the sale transaction and the transfer of pension assets, further accounting records and further information on pension charges, are being located and reviewed. Lucent anticipates producing any additional responsive documents obtained by December 18, 2007.

Lucent has substantially met its discovery obligations and will fully meet these obligations by December 18, 2007. Lucent anticipates that the government will fully meet its discovery obligations by that same date.

Sincerely,

Thomas A. Lemmer
Corey R. Sanchez

cc: Michael D. Garson
Thomas R. Suher

Enc.
DN:32132678.4