# Exhibit C

Atlanta
Denver
Los Angeles
Philadelphia

McKenna Long & Aldridge LLP
Attorneys at Law

1875 Lawrence Street • Suite 200 • Denver, CO 80202
303.634.4000 • Fax: 303.634.4400
www.mckennalong.com

San Diego
San Francisco
Washington, DC
Brussels

THOMAS A. LEMMER
(303) 634-4350
tlemmer@mckennalong.com

COREY R. SANCHEZ
(303) 634-4341
csanchez@mckennalong.com

December 21, 2007

C. Coleman Bird
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20005

**Re: *AT&T Corp. and Lucent Techs. Inc. v. United States***
**Case Nos. 04-1511C and 04-1512C**

Dear Coleman:

Lucent Technologies Inc. ("Lucent") again is requesting that the government produce without further delay the documents it possesses that are responsive to Lucent's Request for Admissions, Requests for Production and Interrogatories ("Lucent's discovery requests"). To date, the government has produced no documents in response to Lucent's discovery requests. As you know, Lucent completed its production on December 18, 2007. If the government continues to delay its production, the government will cause the parties to fail to meet the current schedule in this litigation.

Lucent requests that the government produce documents immediately or provide an appropriate response to this letter. Lucent will determine what action is required based upon the government's response.

Sincerely,

Thomas A. Lemmer
Corey R. Sanchez

cc: Michael D. Garson
Thomas R. Suher

DN:32134024.1