# Exhibit E

Atlanta
Denver
Los Angeles
Philadelphia

McKenna Long & Aldridge LLP
Attorneys at Law

1875 Lawrence Street • Suite 200 • Denver, CO 80202
303.634.4000 • Fax: 303.634.4400
www.mckennalong.com

San Diego
San Francisco
Washington, DC
Brussels

THOMAS A. LEMMER
(303) 634-4350
tlemmer@mckennalong.com

COREY R. SANCHEZ
(303) 634-4341
csanchez@mckennalong.com

January 3, 2008

C. Coleman Bird
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20005

**Re: *AT&T Corp. and Lucent Techs. Inc. v. United States* Case Nos. 04-1511C and 04-1512C**

Dear Coleman:

This letter confirms our understanding of the telephone conference between the government, who was represented by you, Kathleen Malone and Ellen Lynch, and Lucent Technologies Inc. ("Lucent"), represented by Thomas Lemmer and Corey Sanchez, on January 2, 2008; as well as responds to certain aspects of your letter dated January 3, 2008. During the telephone conference, the parties discussed, among other things, that Lucent had completed its production of documents, and that the government had not yet produced any documents to date. The government explained that its collection of documents in response to Lucent's discovery requests was underway, but that not all of the government agencies with potentially responsive documents had put the highest priority on this litigation effort. Consequently, the government requested additional time to complete its production to Lucent and the parties made certain agreements regarding how they would proceed.

In order to ensure the government would not further delay its production of documents, the government agreed to take several actions that would result in providing documents to Lucent as soon as possible. As part of the agreement to allow the government additional time to produce documents and in lieu of a rolling production by the government, the government committed to producing "substantially all" documents responsive to Lucent's discovery requests by the end of January 2008. The government believes it needs the additional time to collect documents from various locations and to complete its review of documents prior to production. Despite the government's assertions, Lucent reminded the government during the call that, although Lucent also had to overcome certain obstacles in order to meet the government's requests (including contending with resources and collecting documents from various locations), Lucent still

was able to complete its production to the government and believed that further delay by the government responding to Lucent's discovery requests was unnecessarily prolonging this litigation.

In addition, the government made an additional request for Lucent to facilitate the government's production efforts relative to documents maintained by the Defense Contract Audit Agency ("DCAA") branch in Greensborough, North Carolina. According to the government, this branch of the DCAA has been reluctant to copy and/or send out to a copying vendor its potentially responsive documents, but likely would be willing to copy and produce documents if Lucent does not require production of a significant number of documents from its files. The government, therefore, offered to provide for Lucent's review by January 3, 2008, a comprehensive list of folders containing documents that the DCAA-Greensborough Branch has in its possession. Apparently, the list is an Excel spreadsheet that identifies various DCAA audit assignments by folders. Lucent agreed to review the list describing the DCAA-Greensborough Branch documents to determine whether it believes documents in the folders at that branch may be responsive to Lucent's discovery requests, but Lucent made clear to the government that Lucent does not believe the review of this list is a satisfactory means of production, and explained that Lucent does not accept the review of this list in lieu of the production by the government of all documents that may be responsive to Lucent's discovery requests.

Finally, during the telephone conference and included in your letter of January 3, 2008, the government expressed some concern over the statement Lucent included with its response to the government's discovery requests that stated that Lucent's production was "subject to any objections submitted by Lucent, including, but not limited to, those objections filed with Lucent's [August 10, 2007] written response to the discovery requests." We are confirming that Lucent currently has no further objections at this time, other than those previously asserted in its written responses; and that the statement is intended to preserve the right to make future objections, if required. Lucent further confirms that it will advise if documents are withheld in the future based upon additional objections not otherwise stated in its prior written response.

Sincerely,

Thomas A. Lemmer
Corey R. Sanchez

cc: Michael D. Garson
Thomas R. Suher

DN:32134412.2