# Exhibit H

Atlanta
Denver
Los Angeles
Philadelphia

McKenna Long & Aldridge LLP
Attorneys at Law

1875 Lawrence Street • Suite 200 • Denver, CO 80202
303.634.4000 • Fax: 303.634.4400
www.mckennalong.com

San Diego
San Francisco
Washington, DC
Brussels

THOMAS A. LEMMER
(303) 634-4350
tlemmer@mckennalong.com

COREY R. SANCHEZ
(303) 634-4341
csanchez@mckennalong.com

February 6, 2008

C. Coleman Bird
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20005

**Re:** ***AT&T Corp. and Lucent Techs. Inc. v. United States***
**Case Nos. 04-1511C and 04-1512C**

Dear Coleman:

This letter addresses the timing of the government's production of documents in the subject litigation. As previously discussed, the government informed Lucent Technologies Inc. ("Lucent") that the government would be producing substantially all documents in response to Lucent's discovery requests by the end of January 2008. Your office informed Mr. Thomas A. Lemmer on February 1, 2008, that you would contact Mr. Lemmer on February 4, 2008, to discuss the government's delay in producing documents because you were ill the latter part of the week of January 27, 2008. You still have not contacted Mr. Lemmer to date. If Lucent does not have a response from the government by February 8, 2008, Lucent will be forced to consider filing a motion to compel discovery.

Sincerely,

Thomas A. Lemmer
Corey R. Sanchez

cc: Michael D. Garson
Thomas R. Suher

DN:32136272.1