**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 04-1511C**<br>**(Judge Braden)** |
| **AT & T CORP.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 04-1512C**<br>**(Judge Braden)**<br>**(Consolidated)** |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME (NO. 04-1511C)**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of time of one week (to and including March 3, 2008) within which the parties may submit their joint status report proposing a schedule for the resolution of the segment closing issue. Absent the requested enlargement, the parties' joint status report would be due on February 25, 2008. See Order dated September 10, 2007. Undersigned counsel has been authorized by Corey R. Sanchez, Esq., counsel for plaintiff Lucent Technologies Inc., to represent to the Court that plaintiff does not oppose the motion. This is the first request for an enlargement of time for this purpose.

The grounds for the motion are that the parties are discussing a proposed schedule, but have not reached agreement. The requested additional time will give the parties the opportunity to continue their discussions to see if they can reach agreement upon a schedule that they can jointly propose for the Court's consideration.

For the foregoing reasons, the parties respectfully request that the Court enter an Order granting the requested enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965
E-Mail: Coleman.Bird@usdoj.gov

Attorneys for Defendant United States

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: February 25, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 25th day of February, 2008, a copy of the foregoing Joint Motion for a Further Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird