# In the United States Court of Federal Claims

No. 04-1512C
(Consolidated with Case No. 04-1511C)
Filed February 26, 2008

***********************************
AT&T CORP., *
*
Plaintiff, *
*
and, *
*
LUCENT TECHNOLOGIES, INC., *
*
Plaintiff., *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

Defendant's February 25, 2008 Unopposed Motion for Enlargement of Time to file a Joint Status Report is granted. Therefore, the parties will file a Joint Status Report on or before March 3, 2008.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**