**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 04-1511C**<br>**(Judge Braden)** |
| **AT & T CORP.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 04-1512C**<br>**(Judge Braden)**<br>**(Consolidated)** |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME (NO. 04-1511C)**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of time of 22 days (to and including March 21, 2008) within which to respond to Plaintiff Lucent Technologies Inc.'s Motion to Compel Defendant's Production of Documents and for Sanctions (No. 04-1511C), filed February 11, 2008. Absent the requested enlargement, defendant's response would be due on February 28, 2008. See RCFC 7.2(a), RCFC 6(e). Undersigned counsel has been authorized by Thomas A. Lemmer, Esq., counsel for plaintiff Lucent Technologies Inc., to represent to the Court that plaintiff does not oppose the motion. This is defendant's first request for an enlargement of time for this purpose.

The grounds for the motion are that defendant has proposed a schedule for its production of responsive documents under which it would complete its production of documents by March 14, 2008. On February 22, 2008, defendant made the first production pursuant to this schedule, and produced in excess of 7,000 pages of scanned images to plaintiff. The parties have agreed that, if defendant completes the production according to the schedule, plaintiff will withdraw and dismiss its motion without the need for any action by the Court. The requested enlargement is needed in order to give defendant a reasonable opportunity to respond to plaintiff's motion if it becomes necessary to do so.

For the foregoing reasons, defendant respectfully requests that the Court enter an order granting the requested enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
by s/ Franklin E. White
JEANNE E. DAVIDSON
Deputy Director

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: February 27, 2008

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965
E-Mail: Coleman.Bird@usdoj.gov

Attorneys for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 27th day of February, 2008, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird