**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **LUCENT TECHNOLOGIES INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-1511C**<br>**(Judge Braden)** |
| **AT & T CORP.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-1512C**<br>**(Judge Braden)**<br>**(Consolidated)** |

**JOINT STATUS REPORT (NO. 04-1511C)**

As directed by the Court's orders dated September 10, 2007 and February 26, 2008, plaintiff, Lucent Technologies Inc. ("Lucent"), and defendant, the United States, respectfully submit the following Joint Status Report and proposed recommendation for the course of further proceedings in No. 04-1511C.

On December 18, 2007, Lucent completed its production of documents in response to the Government's discovery requests. The completion of the Government's document production has been delayed, but the Government has agreed with Lucent upon a schedule under which the Government will complete its production of the remaining documents responsive to Lucent's

discovery requests by March 14, 2008. Thereafter, the parties will complete any additional discovery, including whatever depositions will be needed.

The parties believe that discovery will be completed by June 30, 2008, and jointly propose the following schedule for the Court's consideration:

| | |
|---|---|
| June 30, 2008 | Completion of discovery on the segment closing issue |
| July 14, 2008 | Parties to submit a joint status report and a proposed schedule proposing a schedule for resolution of the segment closing issue |

For the foregoing reasons, the parties jointly and respectfully request that the Court enter an order providing for the completion of discovery on the segment closing issue by June 30, 2008, and the submission of a further joint status report by July 14, 2008, proposing a schedule for the resolution of the segment closing issue.

Respectfully submitted,

s/ Thomas A. Lemmer
THOMAS A. LEMMER
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado
Telephone: (303) 634-4000
Facsimile: (303) 634-4400

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
by s/ Franklin E. White
JEANNE E. DAVIDSON
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Attorneys for Defendant United States

COREY R. SANCHEZ
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado

MICHAEL GARSON
Corporate Counsel
Lucent Technologies Inc.
8000 Towers Crescent Drive, Suite 400
Vienna, VA 22182

Attorneys for Plaintiff Lucent Technologies Inc.

Dated: March 3, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 3rd day of March, 2008, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird