# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed March 4, 2008

***********************************
AT&T CORP., *
*
Plaintiff, *
*
and, *
*
LUCENT TECHNOLOGIES, INC., *
*
Plaintiff., *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**SCHEDULING ORDER**

On March 3, 2008, the Plaintiff, Lucent Technologies Inc., and the Defendant filed a Joint Status Report indicating the parties' desired schedule regarding the segment closing issue. Accordingly, the court orders the following schedule:

| | |
|---|---|
| June 30, 2008 | Close of discovery regarding the segment closing issue |
| July 14, 2008 | Joint Status Report regarding the segment closing issue |

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**