**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-1511C** **(Judge Braden)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |
| **AT & T CORP.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-1512C** **(Judge Braden)** **(Consolidated)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME (NO. 04-1511C)**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of time of 14 days (to and including April 4, 2008) within which to respond to Plaintiff Lucent Technologies Inc.'s Motion to Compel Defendant's Production of Documents and for Sanctions (No. 04-1511C), filed February 11, 2008. Absent the requested enlargement, defendant's response was due on March 21, 2008. See Order dated February 28, 2008. This motion is being filed out of time because undersigned counsel for defendant mistakenly believed that defendant's response was due on March 24, 2008, not on March 21, 2008, the actual due date. Thomas A. Lemmer, Esq., counsel for plaintiff Lucent Technologies Inc., has advised that

plaintiff will not object to defendant's request for a two-week enlargement of time. This is defendant's second request for an enlargement of time for this purpose.

The grounds for the motion are that, on March 21, 2008, defendant completed its production of documents responsive to plaintiff's requests. During the period from February 22 to March 21, 2008, defendant produced a total of 66,072 pages of scanned images in six separate productions, as reflected in the following table:

| *Date of Production* | *Pages Produced* |
|---|---:|
| February 22, 2008 | 7,219 |
| February 29, 2008 | 11,146 |
| March 7, 2008 | 6,058 |
| March 14, 2008 | 19,484 |
| March 20, 2008 | 2,449 |
| March 21, 2008 | 19,716 |
| ***Total*** | ***66,072*** |

The Court will recall that, previously, defendant had proposed a schedule under which defendant would complete its production of documents by March 14, 2008, and the parties had agreed that, if defendant completed its document production according to this schedule, plaintiff would withdraw and dismiss its motion to compel without the need for any action by the Court. Despite its best efforts, defendant was not able to complete its entire production until March 21. Because defendant substantially complied with the schedule, defendant has made several recent requests that plaintiff withdraw and dismiss its motion. On March 24, plaintiff responded that it needed additional time to review defendant's March 20 and 21 productions and to resolve certain technical issues that plaintiff raised by letter to defendant dated March 21, 2008 before it could

determine whether it would withdraw and dismiss its motion. The brief enlargement of time requested is needed to determine whether plaintiff will withdraw and dismiss its motion, without the need for any further action by the Court, and, if plaintiff is not willing to do so, for defendant to prepare and file its response to plaintiff's motion.

For the foregoing reasons, defendant respectfully requests that the Court enter an order granting defendant's motion out of time for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965
E-Mail: Coleman.Bird@usdoj.gov

Attorneys for Defendant United States

OF COUNSEL:

KATHLEEN MALONE
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: March 24, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 24th day of March, 2008, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird