# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed March 25, 2008

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., | * |
| Plaintiff, | * |
| and, | * |
| AT&T CORP., | * |
| Plaintiff., | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Defendant's March 24, 2008 Unopposed Out Of Time Motion For Enlargement Of Time is granted. Therefore, Defendant will respond to Plaintiff's Motion To Compel Defendant's Production Of Documents And For Sanctions on or before April 4, 2008.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**