**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AT&T CORP.<br>Plaintiff,<br>and<br>LUCENT TECHNOLOGIES INC.<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case Nos. 04-1511C and 04-1512C<br>(Judge Braden) |

**PLAINTIFF LUCENT TECHNOLOGIES INC.'S MOTION TO WITHDRAW ITS MOTION TO COMPEL DEFENDANT'S PRODUCTION OF DOCUMENTS AND FOR SANCTIONS (NO. 04-1511C)**

Plaintiff Lucent Technologies Inc. ("Lucent") files this Motion to Withdraw its Motion to Compel Defendant's Production of Documents and for Sanctions, filed by Lucent on February 11, 2008 ("Motion to Compel"). On April 2, 2008, Lucent informed the United States (the "government") that it would withdraw its Motion to Compel (with respect to the grounds upon which the Motion to Compel was originally filed), despite the existence of other issues relating to the government's production, which the parties anticipate resolving. The government has agreed to correct the deficiencies. Accordingly, Lucent respectfully requests that this Court grant this Motion to Withdraw Lucent's Motion to Compel.

Respectfully submitted this 4th day of April, 2008.

s/Thomas A. Lemmer
Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
FAX: (303) 634-4400

ATTORNEY FOR PLAINTIFF
LUCENT TECHNOLOGIES INC.

OF COUNSEL:

Corey R. Sanchez
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202

Michael D. Garson
Lucent Technologies Inc.
8000 Towers Crescent Drive, Suite 400
Vienna, VA 22182

DN:32139844.1