# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed April 7, 2008

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| and, | * |
| | * |
| AT&T CORP., | * |
| | * |
| Plaintiff., | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

Plaintiff's April 4, 2008 Motion To Withdraw Its Motion To Compel Defendant's Production Of Documents And For Sanctions is granted.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**