**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AT&T CORP.,<br><br>Plaintiff,<br><br>and<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant. | Case Nos. 04-1511C and 04-1512C<br>(Judge Braden) |

**JOINT MOTION FOR STAY (NO. 04-1511C)**

For the reasons set forth below, plaintiff, Lucent Technologies Inc. ("Lucent"), and defendant, the United States (the "government"), jointly and respectfully request that the United States Court of Federal Claims order a stay in this case until November 25, 2008, as the parties discuss settlement. Coleman Bird, counsel for the government, reviewed this motion and has authorized undersigned counsel for Lucent to represent to this Court that the government joins in this motion. In support of this motion, counsel for Lucent states that it has offered a confidential settlement to the government and such settlement offer requires time for the government to review. For this reason, the parties respectfully request that their motion for a stay be granted.

Respectfully submitted this 27th day of June, 2008.

s/Thomas A. Lemmer
Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
FAX: (303) 634-4400

ATTORNEY FOR PLAINTIFF
LUCENT TECHNOLOGIES INC.

OF COUNSEL:

Corey R. Sanchez
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202

Michael Garson
Corporate Counsel
Lucent Technologies Inc.
8000 Towers Crescent Drive, Suite 400
Vienna, VA 22182
(703) 394-1450

DN:32144701.2