# In the United States Court of Federal Claims

No. 04-1511C
(Consolidated with Case No. 04-1512C)
Filed June 30, 2008

***********************************
LUCENT TECHNOLOGIES, INC., *
*
Plaintiff, *
*
and, *
*
AT&T CORP., *
*
Plaintiff., *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The Parties' June 27, 2008 Joint Motion For Stay (No. 04-1511C) is granted. The parties will file a Status Report or a Joint Stipulation Of Dismissal on or before November 25, 2008.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**